**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Antonio L. Thomas 3033851
DOB:
09-15-1992
PO box 534
Jessup MD 20794
_____
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

**v.**

CO II Turay, SGT. COIII
Michael Adelowo, COII
Bayero, SGT. Hennon,
Akinwe Konu
_____
(Full name and address of respondent)
**Defendant(s).**

\*

\*

\*

\*

\*

\*

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY - 2 2024  K.K.

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: PX **24 CV 1307**
(Leave blank. To be filled in by Court.)

**COMPLAINT**

I.  Previous Lawsuits

    A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐    NO ☑

    B.  If you answered YES, describe that case(s) in the spaces below.

        1.  Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

        2.  Court (if a federal court name the district; if a state court name the city or county):

            _____

Instructions&Form1983 (09/2019)

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑    NO ☐

1. If you answered YES:

a. What was the result? Dismissal for procedural reasons/IDD's investigating under case No. [23-35-02673]

b. Did you appeal? _____

YES ☑    NO ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

_____

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On or around the end of october 2023 i notifyed my Tier officer COII Turay that my cell mate mr.Trevon yeldell was intoxicated with a knife tied to his right hand threatning my saftey and officer Turay went and did a search of MR.yeldell person only to find the knife, send mr.yeldell to segregation but failed to Add mr.yeldell to my enemies list like i asked and i was later stabbed because of COIITurays Negligence by mr. yeldell

IV. Relief
(State briefly what you want the Court to do for you.)

I would like the court to see that im compensated for my pain and suffering while in States custody and im asking $250,000.00

SIGNED THIS __19__ day of __April__ , __2024__ .

_A. Thomas_
Signature of Plaintiff

_Antonio Thomas_
Printed Name

_PO box#534 Jessup, MD 20794_
Address

_443-400-4423_
Telephone Number

_Chamtae mclean 09@Gmail.com_
Email Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Antonio Thomas #303385I

DOB: 09-15-1992

PO box #534

Jessup, MD 20794

*(Full name, date of birth, identification #, address of petitioner)*

**Plaintiff,**

v.

CoII Turay, Akinwe Konu, COII Bayero, COIII SGT, michael Adelowo, SGT Hennon

*(Full name and address of defendant)*

**Defendant(s).**

Case No.: PX 24 CV 1307

*(Leave blank. To be filled in by Court.)*

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024 _____,

a copy of Civil rights complaint under 42 U.S.C. § 1983

was mailed via first class mail, postage prepaid, to Clerk of the court 101 w. Lombard st. Balt, MD 21201

A. Thomas
Signature of Plaintiff

Antonio L. Thomas
Printed Name

PO box 534 Jessup, MD 20794
Address

443-400-4423
Telephone Number

Charntae mclean 09@Gmail.com
Email Address