Antonio Thomas #3033851
P.O box # 534
Jessup, MD 20794

CAPITAL DISTRICT 208
29 APR 2024 PM 2 L

quadient     NF
FIRST-CLASS MAIL
IMI
$000.88⁰
04/28/2024 ZIP 20794
043M31227202

US POSTAGE

Clerk of the court
101. West Lombard St.
Balt, MD 21202

New Case

21202-103301



FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY − 2 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____        DEPUTY

PROCESSED AND SHIPPED
INMATE MAIL
APR 2 9 2024
JCI MAILROOM
THIS IS A PRISON