## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTONIO L. THOMAS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: PX-24-1307 |
| CO II TURAY, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants Correctional Officer II (CO II) Momoh Turay, Sergeant Michael Adelowo, CO II Abdulsalam Bayero, CO II Olusegun Akinwekomi, and Lieutenant Fred Hinneh, by and through their attorneys, Anthony G. Brown, Attorney General of Maryland, and Ruzzel E. Castañeda, Assistant Attorney General, respectfully move, pursuant to Fed.R.Civ.P. 12(b), to dismiss Plaintiff's Amended Complaint (ECF No. 6) with prejudice for failure to state a claim upon which relief can be granted. In the alternative, Defendants move for summary judgment pursuant to Fed.R.Civ.P. 56 because there are no material facts in dispute, and Defendants are entitled to judgment as a matter of law. Defendants' Memorandum of Law and Exhibits is attached and incorporated herein by reference.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ *Ruzzel E. Castañeda*
RUZZEL E. CASTAÑEDA
Assistant Attorney General
Federal Bar No. 31412
Saint Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
Phone: (410) 576- 7299
E-mail: rcastaneda@oag.state.md.us

*Attorneys for Defendants CO II Momoh*
*Turay, Sgt. Michael Adelowo, CO II*
*Abdulsalam Bayero, CO II Olusegun*
*Akinwekomi, and Lt. Fred Hinneh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that within one business day of the 25th day of April 2025,

a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion for Summary

Judgment, and all attachments thereto, were mailed, postage prepaid to:

Antonio L. Thomas, # 3033851
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, Maryland 21502

*Pro se Plaintiff*

　　　　　　　/s/
RUZZEL E. CASTAÑEDA

2