**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ANTONIO L. THOMAS,                    *

      Plaintiff,                    *

    v.                    *          Civil Action No.: PX-24-1307

CO II TURAY, *et al.*,                    *

      Defendants.                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

Upon consideration of Defendants Correctional Officer II (CO II) Momoh Turay, Sergeant Michael Adelowo, CO II Abdulsalam Bayero, CO II Olusegun Akinwekomi, and Lieutenant Fred Hinneh's Motion to Dismiss or, in the Alternative, for Summary Judgment, and any response thereto, it is this _____ day of _____, 2025, by the United States District Court for the District of Maryland, hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; or in the Alternative, it is

**ORDERED** that Defendants' Motion for Summary Judgment is hereby **GRANTED**; and it is further

**ORDERED** that judgment be entered in favor of the Defendants.

 

                                                   _____
                                                   Paula Xinis, Judge
                                                   United States District Court