## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTONIO L. THOMAS,                          *

       Plaintiff,                          *

v.                                          *           Civil Action No.: PX-24-1307

CO II TURAY, *et al.*,                      *

       Defendants.                         *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DECLARATION OF BARRON THATCH

I, Barron Thatch, am competent to make the following declaration based on my personal knowledge, and I hereby declare under the penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am employed by the Department of Public Safety and Correctional Services (DPSCS).

2. I have been a Case Management Specialist at Jessup Correctional Institution (JCI) since April 20, 2022.

3. The attached records are true and accurate copies of the original records, which were made at or near the time of the recorded event, by me and other individuals with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

Exhibit 1

\_\_April 25, 2025\_\_

Date

Barron Thatch

Exhibit 1

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.1.8
App_Area:CASE_ALERTS

| | | | |
|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | Maximum | Assignment: |
| SID: | 3033851 | Restrictive Status: | Dis Seg | Current Rel Date: |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: |
| Location: | WCI 4_B_018_A | Status: | Sentenced | VPI: |

thatchbd  (DOC - )

**Home**   **Intake ▶**   **Housing ▶**   **Transfer ▶**   **Inmate Interaction ▶**   **Parole Commission ▶**   **Help**   **Logout**

Home > Search > Intake Interview List > WIP Summary > **Notes and Alerts**

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☑ Intake Interview List
☐ WIP Summary
☑ Demographics
☐ Aliases
☑ Personal Information
☑ Contact Information
☑ Emergency Contacts
☑ Home Plan Contacts
☑ Notes
**Fingerprinting**
☑ Fingerprinting
**Medical**
☐ Medical Dashboard
☑ DNA Collection
**Case Notes/Alerts**
☑ View
☐ Add Case Note
☐ Add Alert
**Sentence Calculation**
☑ Legal Summary
**Documents**
☑ Documents Queue
☑ Documents
**Housing**
☑ Bed Inventory
**Weekender/BCJL**
☑ Weekenders Log
☑ BC Jail
**Orientation/PREA**
☑ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☐ Release Activities
**Case Management**
☐ WIP Summary
☐ Case Forms
☑ Enemy Alert and Retraction

**Alert Detail**

Alert Type : Enemies ▼

Alert Text :

Font Arial ▼    Size 1 ▼

An Enemy Alert has been verified between inmates ANTONIO THOMAS SID# (3033851) and TREVON YELDELL SID# ▮▮▮▮▮▮ and has been submitted by Candace Welds on 01/08/2024.

[Check Spelling]

Prevents Release :    ☐

Suicide Risk Interval :    ▼

Expiration Date :    [            ]

[Save] [Clear] [Cancel]

Exhibit 1

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.1.8
App_Area:TRAFFICNTRANSFERS_TRA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | Maximum | Assignment: | CM-WJ-Dis Seg |
| SID: | 3033851 | Restrictive Status: | Dis Seg | Current Rel Date: | 12/29/2034 |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: | Y |
| Location: | WCI 4_B_005_A | Status: | Sentenced | VPI: | No Info |

thatchbd   (DOC - )

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**

Home > Intake Interview List > WIP Summary > Housing > **Inmate Traffic History**

**Traffic History**

| CL# | CL# Status |
|---|---|
| 0 - 11/11/2014 3:42:14 AM | Closed |
| 0 - 11/29/2016 10:01:18 PM | Closed |
| 0 - 2/23/2016 5:35:18 PM | Closed |
| 0 - 11/29/2016 10:07:34 PM | Closed |
| | Closed |
| 0 - 2/23/2016 5:30:37 PM | Closed |
| 0 - 2/12/2016 8:32:29 PM | Closed |
| 00461658 | Open |
| 563604 | Closed |

All ⌄

Add

**Inmate Traffic History**

| Date | Time | Movement Type | Location | Block_Tier_Cell_Bed | Occupancy | Reason | CL# | Per |
|---|---|---|---|---|---|---|---|---|
| 8/19/2024 | 08:19 | Housing Status Change | WCI | 4_B_008_A | Double | JCI HUB | 00461658 | ERIK FRANKENBERRY |
| 8/5/2024 | 10:38 | Internal Move | WCI | 4_B_008_A | Double | Admin Seg PA | 00461658 | ERIK FRANKENBERRY |
| 8/1/2024 | 12:54 | Internal Move | WCI | 3_A_019_B | Double | In House Move | 00461658 | Scott Booth |
| 7/31/2024 | 22:56 | Internal Move | WCI | ISOL_1_110_S | Single | General Health | 00461658 | Sarah Hawkins |
| 6/14/2024 | 18:03 | Internal Move | WCI | 3_A_019_B | Double | Transfer In | 00461658 | Shane Moore |
| 6/14/2024 | 17:56 | Transfer | WCI | | | | 00461658 | Shane Moore |
| 1/30/2024 | 01:16 | Internal Move | JCI | B_D_406_A | Double | Admin Seg | 00461658 | Adebowale Lawal |
| 1/30/2024 | 01:11 | Internal Move | JCI | | | Unassigned from bed | 00461658 | Adebowale Lawal |
| 1/24/2024 | 16:02 | Internal Move | JCI | B_D_408_A | Double | Correction | 00461658 | Sha'Cola Wright |
| 12/20/2023 | 18:46 | Housing Status Change | JCI | B_D_420_A | Double | Normal | 00461658 | Sha'Cola Wright |
| 12/20/2023 | 18:46 | Internal Move | JCI | B_D_407_B | Double | Correction | 00461658 | Sha'Cola Wright |
| 12/20/2023 | 12:51 | Internal Move | JCI | B_D_420_A | Double | Admin Seg | 00461658 | Eunique Ford |
| 12/20/2023 | 12:51 | Housing Status Change | JCI | B_D_420_A | Double | ER/911 | 00461658 | Eunique Ford |
| 12/20/2023 | 12:50 | Housing Status Change | JCI | E_A_118_B | Double | Normal | 00461658 | Eunique Ford |
| 12/20/2023 | 11:20 | Housing Status Change | JCI | E_A_118_B | Double | ER/911 | 00461658 | Eunique Ford |
| 12/16/2023 | 12:00 | Internal Move | JCI | E_A_118_B | Double | Dietary | 00461658 | Eunique Ford |
| 12/16/2023 | 12:00 | Internal Move | JCI | | | Unassigned from bed | 00461658 | Eunique Ford |
| 10/31/2023 | 13:10 | Internal Move | JCI | D_D_424_A | Double | In House Move | 00461658 | Jennina Brice |
| 10/20/2023 | 12:12 | Internal Move | JCI | D_B_209_A | Double | In House Move | 00461658 | Jennina Brice |
| 9/27/2023 | 13:15 | Internal Move | JCI | E_C_721_B | Double | Remove from Special Confinement | 00461658 | Jennina Brice |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Print

<span style="color:red">Exhibit 1</span>



**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.1.8
App_Area:DOC_DISCIPLINE_RULE_V

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Trevon Yeldell | Security Level: | Maximum | Assignment: | Unassigned | |
| SID: | | Restrictive Status: | Gen Pop | Current Rel Date: | | |
| CL#: | | Housing Status: | Normal | Enemies: | Y | |
| Location: | | Status: | Sentenced | VPI: | No Info | |





thatchbd  (DOC - )

| Home | Intake ▸ | Housing ▸ | Transfer ▸ | Inmate Interaction ▸ | Parole Commission ▸ | Help | Logout |
|---|---|---|---|---|---|---|---|

Home > Search > Intake Interview List > Rule Violation Summary > **Add Rule Violation**

**Inmate Discipline**
☐ Add Rule Violation
☒ Inmate Hearing Record
☐ Inmate Hearing Decision Review
☒ Rule Violation Summary

### Staff Report

Event ID#:  2023-0062530          Case Number : 2023-029

✱ General Location:              Other Outdoor Area ▼

✱ Specific Location:             Medication Window

✱ Date And Approximate Time of Conduct :          12/20/2023   10 ▼  52 ▼

Recommended Charge:

| Code | Description | |
|---|---|---|
| 102 | Commit assault or battery on an inmate | ✕ |
| 105 | Possess, use, or manufacture a weapon | ✕ |
| 315 | Possess or pass contraband | ✕ |
| 316 | Disobey an order | ✕ |

Add Recommended Charge

100 (Engage in a disruptive act)                                        ▼

✱ Reporting Staff:          ☐ Same as User    ☐ Different than User

Last Name:                  Adelowo

First Name:                 M.

Title:                      COIII

Font  Arial ▼   Size  1 ▼

✱ Report Facts:

On December 20th, 2023 Officer Abdul Salam Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#303**** (E-A 118) and Yeldell, Trevon SID#_____). Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#303****, and Yeldell, Trevon SID#_____ to stop the assault. Both II's were escorted to medical for evaluation.

Check Spelling

Date Of Report :            12/21/2023

Signature:

Save  Clear

### Supervisor Review Action

### Shift Commander's Administrative Segregation Review

### Notice of Inmate Disciplinary Hearing

Exhibit 1

# Mi-Case
OFFENDER MANAGEMENT

Version: 5.9.1.8
App_Area:TRAFFICNTRANSFERS_TRA

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Trevon Yeldell | Security Level: | Maximum | Assignment: | Unassigned | |
| SID: | ▮ | Restrictive Status: | Gen Pop | Current Rel Date: | 3/13/2045 | |
| CL#: | ▮ | Housing Status: | Normal | Enemies: | Y | |
| Location: | ▮ | Status: | Sentenced | VPI: | No Info | |

thatchbd (DOC - )

**Home   Intake ▶   Housing ▶   Transfer ▶   Inmate Interaction ▶   Parole Commission ▶   Help   Logout**

Home  >  Intake Interview List  >  WIP Summary  >  Housing  >  Inmate Traffic History

## Traffic History

**Inventory Search**
☐ Search
**Housing Assignment**
☐ View Assignment
☐ Assign Bed
☐ Unassign Bed
☐ Unassignment Queue
☐ Swap Multiple Inmates
☐ Housing Status Queue
☐ Assign Housing Status
☐ Inmate Traffic History

| CL# | CL# Status |
|---|---|
| 0 - 6/9/2015 9:38:09 AM | Closed |
| ▮ | Open |
| 0 - 11/29/2014 10:26:50 PM | Closed |
| 0 - 6/9/2015 9:38:09 AM | Closed |

[ All ▾ ]                                    [ Add ]

### Inmate Traffic History

| Date | Time | Movement Type | Location | Block_Tier_Cell_Bed | Occupancy | Reason | CL# | Por |
|---|---|---|---|---|---|---|---|---|
| 6/21/2024 | 12:42 | Housing Status Change | JCI | B_B_624_B | Double | Normal | ▮ | Jennina Brice |
| 6/21/2024 | 09:19 | Housing Status Change | JCI | B_B_624_B | Double | Court Appearance | | Jennina Brice |
| 5/4/2024 | 18:40 | Internal Move | JCI | B_B_624_B | Double | Admin Seg PA | | Sha'Cola Wright |
| 3/4/2024 | 20:56 | Internal Move | JCI | B_D_813_B | Double | In House Move | | Sha'Cola Wright |
| 3/4/2024 | 20:56 | Internal Move | JCI | | | Unassigned from bed | | Sha'Cola Wright |
| 2/21/2024 | 16:13 | Internal Move | JCI | B_D_807_A | Double | In House Move | | Sha'Cola Wright |
| 2/14/2024 | 12:31 | Housing Status Change | JCI | B_B_202_A | Double | Normal | | Jennina Brice |
| 2/14/2024 | 09:26 | Housing Status Change | JCI | B_B_202_A | Double | Court Appearance | | Jennina Brice |
| 12/20/2023 | 11:54 | Internal Move | JCI | B_B_202_A | Double | Admin Seg PA | | Eunique Ford |
| 12/18/2023 | 13:03 | Internal Move | JCI | D_D_809_A | Double | Remove from Special Confinement | | Jennina Brice |
| 12/12/2023 | 21:34 | Internal Move | JCI | B_B_202_A | Double | In House Move | | Sha'Cola Wright |
| 11/30/2023 | 14:10 | Internal Move | JCI | B_B_223_B | Double | Dis Seg | | Jennina Brice |
| 11/20/2023 | 14:06 | Internal Move | JCI | B_A_124_B | Double | In House Move | | Jennina Brice |
| 11/12/2023 | 03:21 | Internal Move | JCI | B_B_620_B | Double | In House Move | | Bosede Adedipe |
| 11/12/2023 | 03:08 | Internal Move | JCI | | | Unassigned from bed | | Bosede Adedipe |
| 11/10/2023 | 13:32 | Internal Move | JCI | B_B_619_B | Double | In House Move | | Kameka Fisher |
| 11/10/2023 | 13:32 | Internal Move | JCI | | | Unassigned from bed | | Kameka Fisher |
| 11/9/2023 | 13:01 | Internal Move | JCI | B_B_204_A | Double | Admin Seg PA | | Jennina Brice |
| 11/1/2023 | 23:03 | Housing Status Change | JCI | D_D_424_B | Double | Normal | | Sha'Cola Wright |
| 11/1/2023 | 07:58 | Housing Status Change | JCI | D_D_424_B | Double | Court Appearance | | Jennina Brice |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9

Print

Exhibit 1



**Mi-Case**
OFFENDER MANAGEMENT
Version: 5.9.1.8
App_Area:TRAFFICNTRANSFERS_TRA

| Name: |  Trevon Yeldell | Security Level: | Maximum | Assignment: | Unassigned |
|---|---|---|---|---|---|
| SID: | | Restrictive Status: | Gen Pop | Current Rel Date: | 3/13/2045 |
| CL#: | | Housing Status: | Normal | Enemies: | Y |
| Location: | | Status: | Sentenced | VPI: | No Info |

👤 thatchbd  (DOC - )

---

**Home**   **Intake** ▶   **Housing** ▶   **Transfer** ▶   **Inmate Interaction** ▶   **Parole Commission** ▶   **Help**   **Logout**

Home  >  Intake Interview List  >  WIP Summary  >  Housing  >  Inmate Traffic History

**Traffic History**

**Inventory Search**
☐ Search
**Housing Assignment**
☐ View Assignment
☐ Assign Bed
☐ Unassign Bed
☐ Unassignment Queue
☐ Swap Multiple Inmates
☐ Housing Status Queue
☐ Assign Housing Status
☐ Inmate Traffic History

| CL# | CL# Status |
|---|---|
| 0 - 6/9/2015 9:38:09 AM | Closed |
| | Open |
| 0 - 11/29/2014 10:26:50 PM | Closed |
| 0 - 6/9/2015 9:38:09 AM | Closed |

All ▼                                                    [Add]

**Inmate Traffic History**

| Date | Time | Movement Type | Location | Block_Tier_Cell_Bed | Occupancy | Reason | CL# | Per |
|---|---|---|---|---|---|---|---|---|
| 10/27/2023 | 13:02 | Internal Move | JCI | D_D_424_B | Double | In House Move | | Jennina Brice |
| 10/26/2023 | 13:35 | Internal Move | JCI | D_D_824_A | Double | In House Move | | Jennina Brice |
| 10/26/2023 | 13:32 | Internal Move | JCI | | | Unassigned from bed | | Jennina Brice |
| 7/3/2023 | 11:23 | Internal Move | JCI | E_D_424_A | Double | In House Move | | Jennina Brice |
| 7/3/2023 | 11:23 | Internal Move | JCI | | | Unassigned from bed | | Jennina Brice |
| 10/31/2021 | 12:17 | Internal Move | JCI | | | Unassigned from bed | | DANIELLE VAUGHAN |
| 10/31/2021 | 12:17 | Internal Move | JCI | E_D_823_A | Double | Remove from Special Confinement | | DANIELLE VAUGHAN |
| 10/29/2021 | 11:41 | Internal Move | JCI | B_B_619_A | Double | In House Move | | Jennina Brice |
| 10/2/2021 | 09:29 | Internal Move | JCI | B_B_606_A | Double | Admin Seg PA | | Jennina Brice |
| 7/29/2021 | 12:06 | Internal Move | JCI | E_D_404_A | Double | In House Move | | Jennina Brice |
| 6/30/2021 | 11:20 | Internal Move | JCI | E_D_405_B | Double | In House Move | | Jennina Brice |
| 6/16/2021 | 14:52 | Internal Move | JCI | A_A_125_B | Double | Transfer In | | Jennina Brice |
| 6/16/2021 | 13:14 | Transfer | JCI | | | | | Jennina Brice |
| 6/16/2021 | 07:32 | Transfer | JCI | | | | | Angel Fooks |
| 6/16/2021 | 07:32 | Internal Move | ECI-E | | | Unassigned from bed | | Angel Fooks |
| 6/2/2021 | 16:09 | Internal Move | ECI-E | HU5_B_011_A | Double | In House Move | | Scott Morris |
| 10/13/2020 | 11:40 | Internal Move | ECI-E | HU5_B_027_A | Double | Remove from Special Confinement | | Angel Fooks |
| 10/13/2020 | 11:24 | Transfer | ECI-E | | | | | Michelle Switalski |
| 10/13/2020 | 11:23 | Internal Move | ECI-W | | | Unassigned from bed | | Michelle Switalski |
| 8/26/2020 | 11:44 | Internal Move | ECI-W | HU4_B_016_A | Double | Admin Seg PA | | Tyanda White |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9

Print

Exhibit 1



**Mi-Case**
OFFENDER MANAGEMENT
Version: 5.9.1.8
App_Area:CASE_ALERTS

| | | | | | |
|---|---|---|---|---|---|
| Name: | Trevon Yeldell | Security Level: | Maximum | Assignment: | |
| SID: | | Restrictive Status: | Gen Pop | Current Rel Date: | |
| CL#: | | Housing Status: | Normal | Enemies: | |
| Location: | | Status: | Sentenced | VPI: | |

thatchbd   (DOC - )

**Home     Intake ▶    Housing ▶     Transfer ▶     Inmate Interaction ▶     Parole Commission ▶     Help     Logout**

Home > Search > Intake Interview List > **Notes and Alerts**

**Case Notes/Alerts**
☐ View
▣ Add Case Note
▣ Add Alert
**Dashboards**
▣ WIP Dashboard
**Case Management**

**Alert Detail**

Alert Type :   Enemies                                    ⌄

Alert Text :

Font  Arial        ⌄   Size   1      ⌄

An Enemy Alert has been verified between inmates ANTONIO THOMAS SID# (3033851) and TREVON YELDELL SID#          and has been submitted by Candace Welds on 01/08/2024.

[Check Spelling]

Prevents Release :                    ☐

Suicide Risk Interval :             ⌄

Expiration Date :

[Save] [Clear] [Cancel]

Exhibit 1