## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTONIO L. THOMAS,      *
      Plaintiff,

             *

   v.                       Civil Action No.: PX-24-1307

             *

CO II TURAY, *et al.*,
      Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF JASON D. CLISE

I, Jason D. Clise, am competent to make the following declaration based on my personal knowledge, and I hereby declare under the penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am employed by the Department of Public Safety and Correctional Services (DPSCS).

2. In my role as Assistant Litigation Coordinator at Western Correctional Institution ("WCI"), I have access to Administrative Remedies ("ARPs") that are filed by the Incarcerated Individuals housed at WCI.

3. I am familiar with the preparation and maintenance of ARP records. The attached records are true and accurate copies of original records, which were made at or near the time of the recorded event, by an individual with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS in the regular course of business.

Exhibit 2

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

4/24/2025
Date

_____
Jason D. Clise

2

Exhibit 2

Appendix 2 to CMM-17

MARYLAND DIVISION OF CORRECTION

## Administrative Segregation Investigative Report

Inmate: _Antonio Thomas_____ DOC #: _SID# 3033851_____

Date of Placement: _December 20, 2023_____ Time of Placement: _6:45 pm_____

**Reason for Investigation:** _Incarcerated Individual Antonio Davis was involved in in a stabbing where he was the victim._

**Inmate's Claim:** _II Thomas refused to give a statement._

**Persons Contacted:** _Captain Smith_

**Findings:** _II Thomas was stabbed on the compound while on his way to medical by II Trevon Yeldell SID # ▮▮▮▮_

**Recommendations:** _It is recommended that II Thomas placed on Admin Segregation pending case management decision to placed on the transfer list._

_____    Lt Addison
                    Investigator                     1/17/24
                                                           Date

(Revised 2-18)

Exhibit 2

JESSUP CORRECTIONAL INSTITUTION

INMATE STATEMENT

DATE: 12/20/2023

NAME: Antonio Thomas          IDENTIFICATION NUMBER: 3033857

HOUSING LOCATION: BD407          TIME: 9:36pm

STATEMENT:

I I refused to sign a statement

The above statement is given on my own free will and I have not been coerced in any way. The facts of this statement are being given to the investigating source and are truthful and precise to the best of my knowledge.

_____Sgt. Clarke_____          _____Af Samson_____
Witness                                    Witness

_____          _____
Inmate's Signature                        Identification Number

Exhibit 2

Offender Case Management System



**Mi-Case**
OFFENDER MANAGEMENT

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | Maximum | Assignment: | CM-WJ-Dis Seg | |
| SID: | 3033851 | Restrictive Status: | Adm Seg PA | Current Rel Date: | 12/28/2034 | |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: | Y | |
| Location: | WCI 4_B_011_A | Status: | Sentenced | VPI: | No Info | |

Version: 5.9.1.6
App_Area:DOC_CM_EM_ALERT_RETR

👤 clisejd   (DOC - WCI)

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**

Home > Search > Intake Interview List > WIP Summary > Enemy Alert & Retraction

**Case Plan Forms**
- ☐ Case Forms
- ☐ Enemy Alert and Retraction

**Case Notes/Alerts**
- ☐ View
- ☐ Add Case Note
- ☐ Add Alert

**Dashboards**
- ☐ WIP Summary
- ☐ Approval Queue
- ☐ Case Form History
- ☐ Case Summary
- ☐ Provisional Consideration
- ☐ Provisional Consideration Queue

# Maryland Division of Correction
## Enemy Alert & Retractions

| SID # | Name | Facility | Verified | Retracted | Comments | UID | Date/Timestamp | | Disable |
|---|---|---|---|---|---|---|---|---|---|
| 3447756 | SCOTT, JORDAN AARON | ECI-W | Yes | No | JORDAN SCOTT was first to declare. from assault | Gunn, Dayna | 12/5/2022 11:15:34 AM | Edit | Disable |
| 3860050 | BROOKS, ISIAH | JCI | Yes | Yes | Disabled: Enemy Retractions Signed 09/13/2024 | Plato, Sheila | 9/13/2024 2:12:16 PM | Edit | |
| 3489215 | WILSON, JUSTIN ANDREW | NBCI | Yes | No | ANTONIO THOMAS was first to declare. 08/05/2024 WCI. Fight on the tier involving weapons. | Plato, Sheila | 8/6/2024 8:04:00 AM | Edit | Disable |
| 3299029 | HARDY, EUGENE EMANUEL | ECI-E | No | No | ANTONIO THOMAS was first to declare. Thomas noted that Hardy is his enemy | Ogunmolasuyi, Ayo | 5/28/2024 10:26:45 AM | Edit | Disable |
| 3471385 | YELDELL, TREVON | JCI | Yes | No | ANTONIO THOMAS was first to declare. See Event-ID 2023-0062530 | Welds, Candace | 1/8/2024 10:45:02 AM | Edit | Disable |
| 2458732 | WILLIAMS, RASHARD | BCCC | Yes | No | ANTONIO THOMAS was first to declare. OCMS ALERT | Rogers, Trimechiah | 1/22/2018 1:37:46 PM | Edit | Disable |
| 3517152 | ANDERSON, DOMINIC MARQUIS | NBCI | Yes | No | ANTONIO THOMAS was first to declare. OCMS ALERT | Rogers, Trimechiah | 1/22/2018 1:37:27 PM | Edit | Disable |
| 3517152 | ANDERSON, DOMINIC MARQUIS | NBCI | No | No | ANTONIO THOMAS was first to declare. PHYSICAL ALTERCATION @ BCBIC | Holmes, Tracey | 3/20/2017 2:26:49 PM | Edit | |
| 3517152 | ANDERSON, DOMINIC MARQUIS | NBCI | Yes | No | Past Alert in OCMS | Johnson, Dominique | 5/3/2016 3:57:33 PM | Edit | |
| 0 | WILLIAMS, RASHARD ANTIONE | BCDC | Yes | No | Infraction (Rule 102) | Johnson, Dominique | 5/3/2016 3:57:33 PM | Edit | Disable |
| [ ] | [ ] | BPRUWA ⌄ | ☐ | ☐ | [ ] | | | Add New Inmate | |

Save  Clear  Cancel  Print

Exhibit 2

https://doc-micase.dpscs.ad.icj.mdstate/CaseManagement/EnemyAlertAndRetraction.aspx?personid=336334&docid=343869&businessunit=DOC    1/1