**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ANTONIO L. THOMAS,            *

    Plaintiff,                *

    v.                    *      Civil No. PX-24-1307

CO II TURAY *, et al.,*        *

    Defendants.          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **DECLARATION**

I, Britt Brengle, Administrator and Custodian of Records, being competent to testify, hereby declare on my personal knowledge as follows:

1. I am employed by the Department of Public Safety and Correctional Services (DPSCS) – Intelligence and Investigative Division (IID).

2. The attached records for the IID are true and accurate copies of original records that were made at or near the time of the recorded event, by an individual with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS.

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

DATE: <u>April 24, 2025</u>          *Britt Brengle*

                                    Britt Brengle
                                    Administrator and Custodian of Records

Exhibit 3

# Intelligence & Investigative Div
## Person Details Report
8520 Corridor Road Suite H Savage, MD 20763

Phone: (410) 724 - 5720 Fax: (301) 483 - 3106

| Index Id | Date of Info | | | | |
|---|---|---|---|---|---|
| 15696 | 10/17/2023 | | | | |
| **Person Name** | | **Title** | **DOB** | | **Age** |
| Thomas, Antonio Lamar | | | ▮▮▮▮▮ | | 32 |
| **Sex** | **Race** | | **Ethnicity** | **SSN** | |
| Male | Black or African American | | Not Hispanic or Latino | ▮▮▮▮▮ | |
| **DL #** | | | **DL State** | | |
| ▮▮▮▮▮ | | | MD | | |

12/27/2017

## Aliases

| Name | Title | DOB | SSN | Type | Date of Info |
|---|---|---|---|---|---|
| | | | ▮▮▮▮▮ | A | 10/17/2023 |

## Physical Descriptions

| Ht | Wt | Eye Color | Hair Color | Hair Style | Facial Hair | Hair Length | Build | Skin Color | Age | Date of Info |
|---|---|---|---|---|---|---|---|---|---|---|
| 511 | 175 | Brown | Black | Afro | Mustache&Beard | Very Short | Medium | Meduim Brown | 31 | 10/17/2023 |

## Addresses

| Address | Occupied | Type | Official | Date of Info |
|---|---|---|---|---|
| 13800 McMullen Highway South West Cumberland, MD 21502 | 06/14/2024 to | Residence | N | 12/13/2024 |
| 7805 House of Correction Road Jessup, MD 20794 | 01/26/2018 to 06/14/2024 | Residence | N | 06/14/2024 |
| 550 East Madison Street Baltimore , MD 21202 | 12/27/2017 to 01/26/2018 | Residence | N | 01/26/2018 |

## SMTs and Other Characteristics

| Type | Location | Type | Location | Type | Location |
|---|---|---|---|---|---|
| Tattoo | Back | Tattoo | Chest | Tattoo | Arm, Right Upper |
| | **Description** | | **Description** | | **Description** |
| 11/26/2022 | | 11/26/2022 | | 11/26/2022 | |

## Identification

| ID Number | ID Type | Class | State | Country | Issued | Expires | Date of Info |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | OLN | | Maryland | | | | 10/17/2023 |
| ▮▮▮▮▮ | FBI # | | | United States of America | | | 10/17/2023 |
| 00461-658 | DOC# | | Maryland | United States of America | 06/01/2017 | 06/01/2035 | 10/17/2023 |
| 3033851 | SID # | | Maryland | United States of America | | | 10/17/2023 |

## Birthplaces

| Citizenship | City | State | Country | Date of Info |
|---|---|---|---|---|
| United States of America | | Maryland | United States of America | 10/17/2023 |

## Involved Incidents

| Report # | Agency | Status | Report Date |
|---|---|---|---|
| 23-35-02673 | Intelligence & Investigative Div | Approved Report | 12/20/2023 |
| **Offense(s)** | | **Role(s)** | |
| Cr, 3-202 : Assault-First Degree | | Victim | |

Exhibit 3

| Summary | | | |
|---|---|---|---|
| Assault I/I | | | |
| **Report #** | **Agency** | **Status** | **Report Date** |
| 22-35-01962 | Intelligence & Investigative Div | Approved Report | 11/26/2022 |
| **Offense(s)** | | **Role(s)** | |
| Cr, 3-203 : Assault Second Degree: Other Assaults - Simple, Not Aggravated | | Victim | |
| **Summary** | | | |
| Inmate on inmate assault w/weapon. | | | |



# DPSCS Intelligence & Investigative Division

## Incident Report

8520 Corridor Road Suite H Savage, MD 20763

Phone: (410) 724 - 5720 Fax: (301) 483 - 3106

Errol E. Etting,
Executive Director

(US/Eastern)

| ORI | County | Venue | Report # |
|---|---|---|---|
| MD0023C00 | Anne Arundel | Jessup | 23-35-02673 |
| **Report Date / Time** | **Occurrence Date / Time** | | **File Class** |
| 12/20/2023 12:19 Hrs | 12/20/2023 12:19 Hrs | | 1 1420 |

| Incident Report Type(s) / Nature of Incident | Supplements |
|---|---|
| Assault (Inmate On Inmate) | Approved Report (1) |

**Summary**

Assault I/I

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 7805 House Of Correction Road | Jessup | Maryland | 20794 | United States of America |

| County: | Township of Occurrence | Clery Location |
|---|---|---|
| Anne Arundel | | |

**Intersection**

| Latitude | Longitude | Beat | Sub-Beat |
|---|---|---|---|
| 39.144947 | -76.779811 | Jessup | JCI |

## Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 1 1420 - Cr, 3-202 : Assault-First Degree | Closed | 12/20/2023 12:19 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | Knife/Cutting Instrument |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Investigating | D/Sergeant S. Johnson (#2076) | Intelligence & Investigative Div | 0 |
| Reporting | D/Sergeant S. Johnson (#2076) | Intelligence & Investigative Div | 0 |

## Incident People

| Roles | Supp # | | |
|---|---|---|---|
| **Arrestee,Suspect / Offender** | 0 | | |
| **Name** | Title | Date of Birth | |
| YELDELL, TREVON DEMONTRA (Primary Name) | | ▮▮▮▮ | |

04/08/2017

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| Black or African American | M | 28 Years Old | |

**Address:**

30420 Revells Neck Road Westover, MD 21890 (Date of Info: 06/16/2021)

| Height | Weight | Hair | Hair Length | Skin |
|---|---|---|---|---|
| 602 | 230 | Black Curly | Very Short | Meduim Brown |

| Eye Color | Build | Facial Hair | Date of Info |
|---|---|---|---|
| Brown | | Mustache&Beard | 04/16/2020 |

| Arrest Date | Arrest Type |
|---|---|
| 01/26/2024 | Summoned/Cited |

**Person Type**

Inmate

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| **Victim** | | | 0 | | |
| **Name** | | | **Title** | | **Date of Birth** |
| THOMAS, ANTONIO LAMAR (Primary Name) | | | | | ▓▓▓▓▓ |
| **Race** | **Sex** | **Age at Occurrence** | **DL #** | | |
| Black or African American | M | 31 Years Old | ▓▓▓▓▓▓▓▓ | | |
| **Address:** | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 10/17/2023) | | | | | |
| **Height** | **Weight** | **Hair** | **Hair Length** | | **Skin** |
| 511 | 175 | Black Afro | Very Short | | Meduim Brown |
| **Eye Color** | **Build** | | **Facial Hair** | | **Date of Info** |
| Brown | Medium | | Mustache&Beard | | 10/17/2023 |
| **Injuries** | | | | | |
| Apparent Minor Injury | | | | | |
| **Person Type** | | | | | |
| Inmate | | | | | |

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| **Witness** | | | 0 | | |
| **Name** | | | **Title** | | **Date of Birth** |
| ADELOWO, MICHAEL O. (Primary Name) | | | SGT | | ▓▓▓▓▓ |
| **Race** | **Sex** | **Age at Occurrence** | **DL #** | | |
| Black or African American | M | 48 Years Old | ▓▓▓▓▓▓▓▓ | | |
| **Address:** | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 07/17/2023) | | | | | |
| **Height** | **Weight** | **Hair** | **Hair Length** | | **Skin** |
| 603 | 224 | Black | | | |
| **Eye Color** | **Build** | | **Facial Hair** | | **Date of Info** |
| Brown | | | | | 07/17/2023 |

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| **Witness** | | | 0 | | |
| **Name** | | | **Title** | | **Date of Birth** |
| BAYERO, ABDULSALAM K. (Primary Name) | | | COII | | ▓▓▓▓▓ |
| **Race** | **Sex** | **Age at Occurrence** | **DL #** | | |
| Black or African American | M | 58 Years Old | ▓▓▓▓▓▓▓▓ | | |
| **Address:** | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 01/31/2024) | | | | | |
| **Height** | **Weight** | **Hair** | **Hair Length** | | **Skin** |
| 510 | 191 | Black | | | |
| **Eye Color** | **Build** | | **Facial Hair** | | **Date of Info** |
| Black | | | | | 01/31/2024 |

| **Incident Narratives** |
|---|

| **Original Narrative** | **Author:** D/Sergeant S. Johnson #2076 | **Date Created:** 01/16/2024 1320 Hrs | **Supp #:** 0 |
|---|---|---|---|

**SUBJECT OF INVESTIGATION:**

Assault First Degree, CR-3-202

**LIST OF EXHIBITS:**

1. Statement of COIII Michael Adelowo
2. Statement Of COII Abdul Salam Bayero
3. Chain of Custody and Photograph of Weapon
4. Offender Case Management System (OCMS) for inmate Trevon Yeldell B/M DOB ▮▮▮▮▮▮ SID# ▮▮▮▮▮▮
5. Offender Case Management System (OCMS) for inmate Antonio L.Thomas B/M DOB ▮▮▮▮▮ SID#3033851
6. SIR Serious Incident Report (SIR 23-261) and Use of Force Report
7. Complaint Withdrawal Form (Inmate Antonio L. Thomas)
8. Photographs of Inmate Trevon Yeldell's injury
9. Criminal Summons for Inmate Trevon Yeldell through the District Court of Maryland for Anne Arundel County; Case Number D-07-CR-24-004327

**Victim(s):**

Inmate Antonio Thomas

**Suspect(s):**

Inmate Trevon Yeldell

**ACTION TAKEN:**

Jessup Correctional Institution (JCI) Captain Alicia Thompson reported that on 12/20/2023 at 1052 hours, Inmate Trevon Yeldell SID ▮▮▮▮▮ B/M ▮▮▮▮▮▮ and Inmate Antonio Thomas SID 3033851 B/M ▮▮▮▮▮▮ were involved in a physical altercation. Both inmates' were in the medication line and began fighting using weapons. Sgt. Michael Adelowo dispersed pepper spray and both inmates were secured and escorted to the JCI medical section. Inmate Antonio Thomas went out 911 to the University of MD Shock Trauma. The ambulance arrived at 1102 hours and left at 1120 hours. Engine #44 and Ambulance #29 from Anne Arundel County were the responding agencies. Inmate Yeldell sustained injuries to his finger and was treated in-house. Inmate Thomas had stab wounds on the back of his head and neck, and shoulder. Inmate Thomas was alert and conscious when he went out 911. COII Laws and COII Bazemore were the escort officers who could be reached at 443-500-1769. SIR# 23-261 was generated. No staff injuries, and the incident was not captured on camera.

On 12/20/2023 at approximately 1230 hours Detective Sergeant Lewis and I responded to the University of Maryland, Shock Trauma for a condition check and interview of the victim Antonio Thomas. The interview took place on the fifth floor at 1247 hours. Inmate Thomas refused to cooperate with this investigation and stated he "didn't remember what happened, or who did it" to him. The injuries to the inmate were not able to be photographed due to his pain level and not wanting to continue with the investigation.

On 12/20/2023 D/Sergeant Lewis and I responded to JCI and spoke with Captain Higgins. Captain Higgins advised that the incident occurred during medication movement in front of the multipurpose building, and there was no crime scene or video of the incident. The Captain further made arrangements to have the Correctional Officers involved, COIII Adelowo, and COII Bayero available to be

Exhibit 3

interviewed by us.

On 12/20/23 at approximately 1430 hours, D/Sgt Lewis and I interviewed COIII Adelowo in a private room at JCI. COIII Adelowo stated he observed Inmate Yeldell walk towards Inmate Thomas during medication movement in front of the multipurpose building. Inmate Yeldell started stabbing Inmate Thomas in the neck area. He stated he ordered the inmates to stop, but they refused, and dispersed pepper spray at the inmates. He further stated that Inmate Yeldell dropped the weapon and laid on the ground. COIII stated that once Inmate Yeldell was handcuffed, he recovered the weapon that was used. During the interview, it was also learned the inmates knew each other due to being cellmates at one time. COIII Adelowo advised his written statement was true and accurate to the best of his memory. **(See Exhibit #1)**

On 12/20/2023 at approximately 1445 hours, D/Sgt Lewis and I interviewed COII Abdul Salam Bayero in a private room at JCI. COII Bayero stated that at approximately 1052 hours, he observed two inmates involved in an altercation. He called a 10-10 code (Inmate/Inmate Fighting) for officer assistance. He stated the inmates were separated and escorted to medical for further evaluation. COII Bayero Stated that his written statement was true and accurate to the best of his memory. **(See Exhibit #2)**

While exiting the facility COII Abeeb Kazeem provided us with the homemade weapon recovered in this incident. The weapon appeared to be homemade, approximately six inches in length, and sharpened to a point. The weapon was retrieved and transported to the DPSCS IID Savage Dropbox and submitted as evidence. **(See Exhibit #3)**

On 12/21/2023, I utilized the Offender Case Management System (OCMS) and obtained the information on Inmate Trevon Yeldell. I learned that he was incarcerated for Firearm/Drug Trafficking Crime and received a sentence of 30 years with a maximum release day of 09/03/2048. **(See Exhibit #4)** I again utilized the Offender Case Management System (OCMS) and obtained the information on Inmate Antonio L. Thomas. I learned that he was incarcerated for Armed Robbery and received a sentence of 30 years with a maximum release day of 06/01/2035. **(See Exhibit #5)**

On 12/28/2023, I received and reviewed the Serious Incident Report (SIR 23-261) and Use of Force (UOF) report from Captain Melissa J. Jenable. It indicated that on 12-20-2023 Officer Abdul Salam Bayero who was assigned Central Control called a 10-10 with a weapon at 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed a commotion in front of the medical line area, Sergeant Adelowo and Officer Bayero observed two inmates engaging in what appeared to be a fight with closed fists and a homemade weapon involved. Both inmates's were identified as Thomas, Antonio SID#303385(E A 118), and Yeldell, Trevon SID#███████████████ Responding staff Sgt.Adelowo, and Officer Bayero who were on the scene, gave several direct orders to both combative inmates to stop fighting. Both inmates did not comply with the orders given, and Sergeant Adelowo disbursed a one-second burst of OC spray to the facial area of Inmate Thomas, Antonio SID#303385, and Yeldell, Trevon SID#██████ to stop the assault. Ofc. Fonkem handcuffed Inmate Thomas, Antonio SID# 303385 assigned to E A 118, and escorted him to medical, and Sergeant Adegbite handcuffed Inmate Yeldell, Trevon SID#█████████████████████ and escorted him to medical. Both inmates were escorted to medical for evaluation. Inmate Thomas, Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to the University of Maryland, Shock Trauma. Engine #29 from Anne Arundel County arrived at the JCI Sallyport at 1102 hours and exited at 1120 hours. Officers Tyesha Laws and Marcus Bazemore were the escort Officers. Inmate Thomas was alert and responsive upon exiting JCI. Inmate Yeldell, Travon SID#██████ was seen, and treated in medical, and placed in B building on disciplinary segregation pending Adjustment without further incident. Both inmates were identified by the tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions. A 6-inch homemade weapon was recovered with a white sheet wrapped at the end and sharpened to a point. At 1159 hours PCO Tiara Stirkens of IID was notified of this incident and issued case number 23-35-02673 and OCMS event 2023-0062530 was generated. All notifications were made in accordance with OPS. 020.0003. **(See Exhibit #6)**

On 01/18/2024, I responded to JCI and interviewed Inmate Antonio L. Thomas about this incident. I asked Inmate Thomas to explain in detail what occurred when he was assaulted. Inmate Thomas stated that he did not want to give a statement and refused to provide me with any information regarding this investigation. I then provided Inmate Thomas with a Complaint Withdrawal Form, which he read, understood, and signed. Inmate Thomas wrote, "I would not like to pursue criminal charges" in the comment section. **(See**

Exhibit 3

**Exhibit #7)**

On 01/18/2024, I also attempted to interview Inmate Trevon Yeldell. Inmate Yeldell refused to exit his cell for the interview.

On 01/23/2024, I retrieved photographs from Lieutenant Bilal Ahmed of the JCI Intel Unit showing Inmate Thomas's injury from the incident.(SEE Exhibit #8) Lieutenant Ahmed also confirmed there was no video of the incident. **(See Exhibit #8)**

On 01/24/2024, I obtained a Criminal Summons against Inmate Trevon Yeldell under the District Court of Maryland for Anne Arundel County; Case Number ▮▮▮▮▮▮▮▮▮▮ The following charges were issued; Assault 1st Degree CR 3 202, Assault-Sec Degree CR 3 203, Poss/Rec Weapon While Conf/Det CR 9 412, Poss Contbnd-Place of Confinem CR 9 412 (a)(3), and Reckless Endangerment CR 3 204 (a)(1)

On 01/26/2024, I responded to Jessup Correctional Institute (JCI) and served Inmate Trevon Yeldell with the Criminal Summons. Inmate Yeldell accepted and signed the criminal summons. **(See Exhibit #9)**

On 01/26/2024, I responded to the District Court of Maryland for Anne Arundel County and turned the Criminal Summons over to the court. Based on the totality of circumstances, including the written/verbal statement of COIII Michael Adelowo stating Inmate Trevon Yeldell attacked and stabbed Inmate Antonio L. Thomas with a homemade weapon, I believe that criminal charges are necessary for this incident. I have concluded Inmate Trevon Yeldell has been charged accordingly and is awaiting trial.

No further investigation at this time.

| Signed:  D/Sergeant S. Johnson #2076 | Reviewed:  D/Lieutenant J. Nwanja #2015 |
|---|---|

# EXHIBIT 1

Exhibit 3

DATE: 12/20/23

## MATTER OF RECORD

NAME:                                    NUMBER:                    CELL:

FACTS: On Wednesday December 20, 2023, I Sergeant Michael Adelowo assigned to Central Control. At approximately 1052 Hrs during Wmelow medication movement, I Observed Incarcerated Individual (II) Trevon Yeldell SID ▮▮▮▮▮▮ Walked towards II Antonio Thomas SID 3033851 EA118 Stabbing him in the neck. I Sgt Adelowo ordered II Trevon Yeldell to stop which he refused. I then dispursed the O.C Spray to The facial area of II Thomas and II Yeldell. II Yeldell dropped The weapon in his hand and laid on the ground. II Yeldell was handcuffed and L Sgt Adelowo recovered the weapon used.

End of report

CONTINUED ON REVERSE

REPORTED BY: Adelowo                          TITLE: AO III

NAME (PRINT) ADELOWO MICHAEL

REMARKS BY SUPERVISOR:

SUPERVISOR'S SIGNATURE                        12/20/2023

Intelligence & Investigative Div

# EXHIBIT 2

Exhibit 3

DATE: 12/20/2023

## MATTER OF RECORD

NAME: _____  NUMBER: _____  CELL: _____

FACTS: On 12/20/2023, I Officer Abdulsalam Bayero CO II was assigned to Central Control at multi-purpose building on 7-3. Approximately 10:52 hrs, while window meds in progress, I observed two II's, in altercations. I thereby called code 10-10 for Officers assistance. The two II were isolated and escorted to medical for further evaluations

CONTINUED ON REVERSE

REPORTED BY: Bayero          TITLE: CO II

NAME (PRINT): Abdulsalam Bayero

REMARKS BY SUPERVISOR: _____

SUPERVISOR'S SIGNATURE

# EXHIBIT 3

Exhibit 3

## MARYLAND STATE POLICE
### REQUEST FOR LABORATORY EXAMINATION - CHAIN OF CUSTODY LOG

| FSD #: |
| --- |
| -FSD21- |

| Submitting Agency/Barrack: | Return Evidence to: (Indicate agency/barrack) | Case #: | Property Held #: |
| --- | --- | --- | --- |

| Investigator Name: | Investigator Email: | Investigator Phone #: |
| --- | --- | --- |

**Offense:**

Check for CDS: ☐ CDS Possession ☐ CDS PWID ☐ Unknown

| Offense Date: | County: |
| --- | --- |
| 12-20-23 | |

Suspect ☐ Juvenile ☐ Unknown   DOB: ▮▮▮▮   FBI #:   SID #: ▮▮▮▮

Last: YELDELL   First: TREVON   MI:   SUF:

Victim ☐ Unknown   DOB:

Last:   First:   MI:   SUF:

Type of Examination Requested: ☐ N/A

**Crime Lab Use Only:**

### LIST OF ARTICLES

| FSD Exhibit # (lab use only) | Item # | Description |
| --- | --- | --- |
| | 1 | Six inches long Homemade weapon Sharpened at to a point |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The undersigned hereby certifies that the above listed evidence submitted in this case, while in custody, remained and was delivered to the person/location indicated on the date and time stated in essentially the same condition as when received, except that material or portion consumed in the analysis at the Forensic Sciences Division.

| Type/Print and Sign Name or Location<br>Line # 1: Location or Person Where Evidence was Obtained<br>Line # 2: First Person Who Takes Possession of Evidence | Date | Time | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1. Trevon Yeldell 3471385 | 12/20/23 | 1052 Am | 11. | | | |
| 2. Sgt Michael Adelow | 12/20/23 | 1052 Am | 12. | | | |
| 3. Contraband Container | 12/20/23 | 1120 Am | 13. | | | |
| 4. Contraband Locker | 12/20/23 | 1217 Pm | 14. | | | |
| 5. | | | 15. | | | |
| 6. | | | 16. | | | |
| 7. | | | 17. | | | |
| 8. | | | 18. | | | |
| 9. | | | 19. | | | |
| 10. | | | 20. | | | |
| | | | 21. | | | |
| | | | 22. | | | |

Report Run On Wednesday, March 06, 2024  By N. Miraglia

Exhibit 3

Page: 11 of 52

# Department of Public Safety and Correctional Services
## JESSUP CORRECTIONAL INSTITUTION
## P.O. Box 534
## Jessup, Maryland 20794.



**INMATE (S) NAME:**   YELDELL TREVON SID#▬▬▬

**EVENT#**   2023-0062396

**TIME:**   1052HOUR

**DATE:**   12/20/2023

**LOCATION:**   MPB ENTRANCE MEDICAL LINE

ON DECEMBER, 20TH, 2023,





Intelligence & Investigative Div

# EXHIBIT 4

Exhibit 3

| Mi-Case | Name: | Trevon Yeldell | Security Level: | | Medium | | Assignment: | | CM-WJ-Dis Seg | |
|---|---|---|---|---|---|---|---|---|---|---|
| OFFENDER MANAGEMENT | SID#: | | Restrictive Status: | | Dis Seg | | Current Ref Date: | | Intelligence & Investigative Div | |
| Version: 5.9.0.4 | CL#: | | Housing Status: | | Normal | | Enemies: | | 7/22/2044 | |
| App_Area:DOC_DISCIPLINE_RULE_V | Location: | | Status: | | Sentenced | | VPI: | | Y | |
| | | | | | | | | | No Info | |

johnsosj  (DOC - HQTRS)

Home   Intake ▶   Housing ▶   Transfer ▶   Inmate Interaction ▶   Parole Commission ▶   Help   Logout

Home > Search > Intake Interview List > Rule Violation Summary > **Add Rule Violation**

**Inmate Discipline**
- ☐ Add Rule Violation
- ☐ Inmate Hearing Record
- ☐ Inmate Hearing Decision Review
- ☐ Rule Violation Summary

**Staff Report**

Event ID#: 2023-0062530          Case Number : 2023-029

★ General Location:          Other Outdoor Area

★ Specific Location:         Medication Window

★ Date And Approximate Time of Conduct :    12/20/2023    10 ▾   52 ▾

Recommended Charge:

| Code | Description | |
|---|---|---|
| 102 | Commit assault or battery on an inmate | ✕ |
| 105 | Possess, use, or manufacture a weapon | ✕ |
| 315 | Possess or pass contraband | ✕ |
| 316 | Disobey an order | ✕ |

Add Recommended Charge

100 (Engage in a disruptive act) ▾

★ Reporting Staff:          ☐ Same as User    ☑ Different than User

Last Name:        Adelowo

First Name:       M.

Title:            COIII

★ Report Facts:

On December 20th, 2023 Officer Abdul Salam Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#303**** (E-A 118) and Yeldell, Trevon SID# . Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's  did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#303****, and Yeldell, Trevon SID#  to stop the assault.  Both II's were escorted to medical for evaluation I/I Thomas, Antonio SID# 303**** assigned to E-A 118. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV). Sgt. Adelowo recovered 6" inches long metal, inmate homemade weapon,

Check Spelling

Date Of Report :         12/21/2023

Signature:

Save  Clear

**Supervisor Review Action**

**Shift Commander's Administrative Segregation Review**

**Notice of Inmate Disciplinary Hearing**

Exhibit 3

DPSCS 003 Intelligence & Investigative Div

## Department Of Public Safety and Correctional Services
### Inmate Waiver of Appearance with a Plea Agreement

Inmate Name: Trevon Yeldell    SID Number: ▮▮▮    Facility Location:    JCI

Housing Location: BB-202    Date of Report: 12/20/2023    Event Number: 2023-006259l

Rule Violation Charges: 105, 315, 102, 316

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**I. Inmate Waiver with Plea Agreement ( check those factors that apply):**

X  The subject inmate informed me that they wish to waive an appearance before the hearing officer and accept a plea agreement in this matter and accept the following: *(Check box that applies)*

- ☒ Guilty
- ☐ Informal
- ☐ Incident Report
- ☐ Institution has elected NOT TO PURSUE. *(Please Note Reason)*
- ☐ Not Competent *( Please Note if a DPSCS Form 124-225aR was Completed)*

Merging Tickets
#028
#029

**With the Following Sanctions:**

90  Days Loss Credits
60  Days Segregation    Effective Date: 12/20/2023
___ Days Cell Restriction    Effective Date: _____
30  Days Loss of Visits    Effective Date: 12/26/2023
___ Days loss of Commissary    Effective Date: _____
___ Days loss of Phones    Effective Date: _____

*Notes:*

**Pleading Guilty:** 105, 102, 315, 316    **Not Pursuing:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**II. Inmate Signature:**    I understand and agree to waive my appearance before a Hearing Officer in regard to the above rule violation(s) charged. I have made an informed decision not to appear and I waive my participation in the hearing for the rule violation(s) charged and accept the plea agreement listed above. This pl is given voluntarily and I understand by accepting this plea I waive my right to appeal the decision as well as a representative, witness, and/or evidence I may have requested. I also acknowledge this decision will be maintained in my case record.

**I have read the above statement and understand by my signature below I accept this to be tru**

Inmate Signature: X Trevon Yeldell    SID #: ▮▮▮    Date 12-26-2'

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**III. Reporting Staff:** *I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in this document are true.*

**X**  Inmate was correctly identified by me at service

Signature: _____ (i)    _____ (i)    12-26-23    11:10 Am

Print Name/Title    Signature    Date    Time

Officer Omsoju K COII

DPSCS #2023 Intelligence & Investigative Div

**Department of Public Safety and Correctional Services**
**INMATE HEARING RECORD**

Inmate Name: TREVON YELDELL    SID Number: █████████    Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: █████████████    Case Number: █████████    Housing Location: █████████████
Hearing Officer of Record: Adebukola Adewole    Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

........................................................................................................................................................................................

**Receipt of this Notice:** By my signature below, I acknowledge receipt of this Notice and understand a refusal to sign for receipt of this Notice shall be deemed a waiver of the Facility's service obligation.

**Inmate Signature:**_____ **Date:** _____

**Service of this Notice:** Inmate identified at service. Inmate refused to sign for receipt of this Notice.
Inmate received a copy of this Notice at Service.

*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth above regarding Service of this Notice are true.*

**Served By:** _____    **Time:**_____ **AM/PM**
　　　　　　　*Print Name*　　　　　　*Signature*　　　　　　*Date*

Exhibit 3

Department of Public Safety and Correctional Services
2023 Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                SID Number: ▮▮▮▮▮        Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: ▮▮▮▮▮▮▮                   Case Number: 2023-029      Housing Location: ▮▮▮▮▮▮
Hearing Officer of Record: Adebukola Adewole    Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

## Preliminary Review

**Appearance of Defendant Inmate:**

Reason for not appearing: Waived appearance
Comment:

**Service of Notice on Defendant Inmate:**

Defendant received a copy of notice of inmate Rule Violation from:   Yes
Comment:

**Facility Representation:**

Facility Request Representative: Yes
Comment:
Facility Representative: Ofc Otusajo

**Defendant Inmate Representation Request:**

Defendant request representation: No
Comment:

**Defendant Inmate Witness Request:**

Defendant requested witness or witnesses on notice at Service: No
Comment:

**Defendant Inmate Evidence Request:**

Defendant requested evidence: No
Comment:

**Motion Request:**

Was there a motion request: No
Comment:

**Defendant Inmate Attachment Review**

Attachment Review: No
Comment:

**Defendant Inmate Plea to Rule Violation Charge:**

| Rule Violation Charge | Plea |
|---|---|
| 102 | Guilty |
| 315 | Guilty |
| 316 | Guilty |
| 105 | Guilty |

---

Exhibit 3

Department of Public Safety and Correctional Services — Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                    SID Number: ▮▮▮▮▮    Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: ▮▮▮▮▮▮▮▮▮              Case Number: 2023-029    Housing Location: ▮▮▮▮▮▮▮
Hearing Officer of Record: Adebukola Adewole   Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

## Case Presentation

**Appearance of defendant inmate:**
Date of Appearance: 12/26/2023        Comment:

**Preparation of Hearing Participants:**
Are participants prepared to proceed with hearing?   Yes

**Case Presentation:**

Two cases merged (2023-028 & 029)
Plea agreement reached with the Institution. Incarcerated Individual signed a waiver of appearance form with plea agreement.
Incarcerated Individual pled guilty to rules 102, 105, 315 & 316 and accepted a plea of 90 days loss of credits, 60 days segregation and 30 days loss of visits.

**Informal Resolution:**

Hearing Officer offered Defendant an informal Resolution:   No

---

## Hearing Officer Decision

**List evidence found credible:**

**Based on the credible evidence, the finding of Fact:**
Plea agreement reached with the Institution. Incarcerated Individual signed a waiver of appearance form with plea agreement.
Incarcerated Individual pled guilty to rules 102, 105, 315 & 316 and accepted a plea of 90 days loss of credits, 60 days segregation and 30 days loss of visits.

**Decision:**

| Rule Violation Charge | Hearing Officer Decision |
|---|---|
| 102 | Guilty |
| 105 | Guilty |
| 315 | Guilty |
| 316 | Guilty |

**Based upon the credible evidence and findings of facts, provide a written explanation for the Decision:**
Plea agreement reached with the Institution. Incarcerated Individual signed a waiver of appearance form with plea agreement.
Incarcerated Individual pled guilty to rules 102, 105, 315 & 316 and accepted a plea of 90 days loss of credits, 60 days segregation and 30 days loss of visits.

Exhibit 3

3 of 5

Department of Public Safety and Correctional Services — Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL  SID Number: [redacted]  Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: [redacted]  Case Number: 2023-029  Housing Location: [redacted]
Hearing Officer of Record: Adebukola Adewole  Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

**Sanction Imposition**

**Adjustment History:**

The defendant inmate's adjustment History is:

Adjustment History Override:

**Adjustment History Sentencing Matrix:**

Effective Date : 12/20/2023

| Rule violation charge | Segregation period | Consecutive/ Concurrent | Credit Revocation |
|---|---|---|---|
| 102 | 60 | | 90 |
| 105 | 0 | | 0 |
| 315 | 0 | | 0 |
| 316 | 0 | | 0 |

End Date :    02/17/2024

**Alternative Sanction:**

| Rule violation charge | Sanction | Other Sanction | Sanction Period | Consecutive/ Concurrent | Effective Date | End Date |
|---|---|---|---|---|---|---|
| 105 | Suspension of Visiting Privileges | | 30 | | 12/26/2023 | 01/24/2024 |

**Suspension of Visitation privilege Imposition:**

| No Records |
|---|

Comment:

Name of Hearing Officer: Adebukola Adewole  Title: Agent
Date of Decision: 12/26/2023

Department of Public Safety and Correctional Services                    Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                    SID Number: ▉▉▉▉▉       Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: ▉▉▉▉▉▉▉                       Case Number: 2023-029    Housing Location: ▉▉▉▉▉
Hearing Officer of Record: Adebukola Adewole   Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

## APPEAL of HEARING OFFICER DECISION

A defendant inmate may only appeal a formal disciplinary hearing decision and/or sanction. If you wish to appeal, you may use this form for that purpose. Do not use Administrative Remedy Procedure forms for your appeal. Your appeal must be submitted to the warden of the facility where you are housed at the time of the appeal so that it is received by the warden within 15 calendar days from the date you received the hearing officer's decision. You may continue on the reverse (please indicate such) and use additional pages if needed (when doing so please indicate the total number). A failure to appeal within the stated 15 calendar days will be deemed a waiver of an appeal.

If your appeal to the warden is denied or you do not receive a response to your appeal from the warden, you may file a grievance with the Inmate Grievance Office. Under COMAR 12.07.01.05C, your grievance must be filed within 30 days of the date that:

1) you received the warden's final response to the appeal; or

2) the Warden's response to the appeal was due to you. The Warden's response is due 30 days from the date you received the hearing officer's decision.

State Reasons for Appeal of the Hearing Officer's Decision and/or Sanction:

Signature: _____ Date: _____

Exhibit 3

## Department of Public Safety and Correctional Services
## NOTICE OF INMATE DISCIPLINARY HEARING

Inmate Name: TREVON YELDELL     SID Number: ▮▮▮     Facility Location: Jessup Correctional Institution

Event ID Number: ▮▮▮     Case Number: ▮▮▮     Control Number: ▮▮▮

Reporting Staff Name: M. Adelowo     Position: COIII     Date of Report: 12/21/2023

Rule Violation Charge: 105 , 315 , 316 , 102     Housing Location: B_B_202_A

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _J. Drummond   ED823_____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request: _Camera , Weapon   Picture of_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

### Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _Trevon Yeldell_   SID#: ▮▮▮   Date: _12-22-23_   Time: _9:55_   AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _FONDONG COII_   _(signature)_   _12-22-23   9:55_   AM/PM

Print Name and Title          Signature     Date and Time

3 of 3

Department of Public Safety and Correctional Services   Intelligence & Investigative Div

## NOTICE OF INMATE RULE VIOLATION

Inmate Name: TREVON YELDELL   SID Number: ▓▓▓▓   Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution   Control Number: ▓▓▓▓
Event ID Number: ▓▓▓▓   Case Number: ▓▓▓▓   Housing Location: ▓▓▓▓
Reporting Staff Name: M. Adelowo   Position: COIII

---

**Reported Facts:**

---

Date of reported conduct:   12/20/2023        Time of reported conduct:   10:52 AM

**Reported Facts:**

On December 20th, 2023 Officer Abdul Salam Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#303**** (E-A 118) and Yeldell, Trevon SID# ▓▓▓▓ ). Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#303****, and Yeldell, Trevon SID# ▓▓▓▓ to stop the assault. Both II's were escorted to medical for evaluation I/I Thomas, Antonio SID# 303**** assigned to E-A 118. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV). Sgt. Adelowo recovered 6" inches long metal, inmate homemade weapon, sharpened to a point, wrapped at one end with white and red clothing material.

Recommended Charge: 316 , 315 , 102 , 105

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | M. Adelowo     COIII | *signature* | 12/21/2023 |
| --- | --- | --- | --- |
| | *Print Name and Title* | *Signature* | *Date* |

---

**Supervisor Review Action**

---

☐  Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑  Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
   ☑   Recommended Administrative Segregation Assignment Pending Formal Hearing      ☑   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
102. Commit assault or battery on an inmate
105. Possess, use, or manufacture a weapon
315. Possess or pass contraband
316. Disobey an order

Comments :

| Shift Supervisor : | Melissa  Venable      Agent | *signature* | 12/21/2023 |
| --- | --- | --- | --- |
| | *Print Name and Title* | *Signature* | *Date* |

<br /><br />

1 of 3

Exhibit 3

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_DEMOGRAPHICS

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Trevon Yeldell | Security Level: | | Medium | Assignment: | CM-WJ-Dis Seg |
| SID: | | Restrictive Status: | Dis Seg | Dis Seg | Current Rel Date: | Intelligence & Investigative Div |
| CL#: | | Housing Status: | Normal | Normal | Enemies: | 7/22/2044 |
| Location: | | Status: | Sentenced | Sentenced | VPI: | Y |
| | | | | | | No Info |

👤 johnsosj  (DOC - HQTRS)

**Home    Intake ▸    Housing ▸    Transfer ▸    Inmate Interaction ▸    Parole Commission ▸    Help    Logout**

Home  >  Search  >  Intake Interview List  >  WIP Summary  >  Demographics

### Demographics

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☐ Intake Interview List
☐ WIP Summary
☐ Demographics
☐ Charges
☐ Aliases
☐ Personal Information
☐ Contact Information
☐ Emergency Contacts
☐ Notes
**Fingerprinting**
☐ Fingerprinting
**Medical**
☐ Medical Dashboard
☐ DNA Collection
**Case Notes/Alerts**
☐ View
☐ Add Case Note
☐ Add Alert
**Sentence Calculation**
☐ Legal Summary
**Documents**
☐ Documents Queue
☐ Documents
**Housing**
☐ Bed Inventory
**Weekender/BCJL**
☐ Weekenders Log
☐ BC Jail
**Orientation/PREA**
☐ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☐ Release Activities

Tracking # : ▮▮▮▮▮▮▮▮          Case # : ★ ▮▮▮▮▮▮▮

FBI # : [        ]              BIN # [        ]

Originating F'lty : [   ▼]

**Personal**

No Name Provided : ☐

Title : [      ▼]

First Name : ★ [TREVON]        Middle Name : [        ]

Last Name : ★ [YELDELL]        Suffix : [   ▼]

Court Title : [       ▼]        Court Date of Birth: [        ]

Court First Name : [        ]   Court Middle Name : [        ]

Court Last Name : [        ]    Court Suffix : [   ▼]

Inmate Type : ★ [Sentenced-DPSCS-Sentenced ▼]   Reason for Confinement : ★ [Sentenced ▼]

Sex : ★ [Male ▼]               Marital Status : ★ [Single ▼]

D.O.B.: ★ ▮▮▮▮▮ Age: 28        D.O.B. Unknown : ☐

SSN : ▮▮▮▮▮▮▮

Race : ★ [Black ▼]             PBMS : ★ [Black ▼]

Admission Date [09/09/2015]  [11 ▼]  [46 ▼]

**Return Dates**

| Sequence # | Return Date |
|---|---|
| | |

Add Return Date

**Appearance**

Weight (lbs) : ★ [230]

Height: ★ [6 ▼] Ft. [2 ▼] Inches

Skin Tone : [      ▼]          Eye Color : ★ [Brown ▼]

Facial Hair : [      ▼]        Hair Color : ★ [Black ▼]

Hair Style : [Eg. Mullet]      Hair Length : [    ▼]

PREA :   ○ PREA AP  ○ PREA MX  ○ PREA ND  ○ PREA VP   ○ Potential  ○ Predator  ○ Victim  ○ Vulnerable

Country of Citizenship : ★ [United States ▼]

Place of Birth : ★ [United States ▼]

Please select a State : ★ [Maryland ▼]

**Primary Incident**

Exhibit 3

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_DEMOGRAPHICS

| | | | | | |
|---|---|---|---|---|---|
| Name: | Trevon Yeldell | Security Level: | Medium | Assignment: | CM-WJ-Dis Seg |
| SID: | | Restrictive Status: | Dis Seg | Current Ref Date: | 7/22/2044 |
| CL#: | | Housing Status: | Normal | Enemies: | Y |
| Location: | | Status: | Sentenced | VPI: | No Info |

Intelligence & Investigative Div

**johnsosj**  (DOC - HQTRS)

**Home**   **Intake** ▶   **Housing** ▶   **Transfer** ▶   **Inmate Interaction** ▶   **Parole Commission** ▶   **Help**   **Logout**

Add Charge

⚠ Please add a primary charge in either the this section or the bottom
section of the charge.

Clear

Primary Charge    CJIS Law    COMAR    Other / Traffic

Primary Charge: [＿＿＿＿＿＿＿＿＿]

[ Save ]   [ Cancel ]      [ Next ]   [ Clear all fields ]

Exhibit 3

# Mi-Case
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:SENTENCE_CALC

Name: Treven Yeldell
SID:
CL#:
Location:

Security Level: Medium
Restrictive Status: Dis Seg
Housing Status: Normal
Status: Sentenced

Assignment: CM Intelligence & Investigative Div
Current Rel Date: 7/
Enemies: Y
VPI: Nc

**johnsosj** (DOC - HQTRS)

**Home**  **Intake** ▶  **Housing** ▶  **Transfer** ▶  **Inmate Interaction** ▶  **Parole Commission** ▶  **Help**  **Logout**

Home  >  Search  >  Intake Interview List  >  WIP Summary  >  Legal Summary

☐ Calculator
**Offender Info**
☐ Legal Summary
▣ Time Credit Record
☐ Local Credits Table
☐ DOC Credit Table
▣ DOC Offense Summary
▣ DOC Revoked Credit Table
☐ Release Forms

## Legal Summary

Current Release Date:          07/22/2044

Maximum Expiration Date:       09/03/2048

No Time Credit Record          ☐

### Sentences

| Sequence # | Imposition Date | Case Number | Type | Sentence Length | Start Date | Expiration Date | Comments | Modify | View |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/08/2015 | | Concurrent | 1825 Days | 1/16/2015 | 1/15/2020 | | ✎ | 👓 |
| 02 | 09/08/2015 | | Concurrent | 1095 Days | 9/8/2015 | 9/7/2018 | | ✎ | 👓 |
| 03 | 02/14/2018 | | Consecutive | 1 Years 1 Days | 1/15/2020 | 1/16/2021 | | ✎ | 👓 |
| 04 | 06/05/2018 | | Split Life-Concurrent | 30 Years | 6/5/2018 | 6/5/2048 | | ✎ | 👓 |
| 05 | 06/05/2018 | | Concurrent | 5 Years | 6/5/2018 | 6/5/2023 | | ✎ | 👓 |
| 06 | 06/11/2021 | | Consecutive | 90 Days | 6/5/2048 | 9/3/2048 | | ✎ | 👓 |

Add New Sentence          Add New Break          Generate S.C Worksheet

Exhibit 3



Version: 5.9.0.4
App_Area:DOC_CHARGE_LIST

| Name: | Trevon Yeldell | Security Level: | Medium | Assignment: | CM-WJ-Dis Seg |
| SID: | | Restrictive Status: | Dis Seg | Current Ref Date: | Intelligence & Investigative Div |
| CL#: | | Housing Status: | Normal | Enemies: | 7/22/2044 |
| Location: | | Status: | Sentenced | VPI: | Y |
| | | | | | No Info |

johnsosj   (DOC - HQTRS)

**Home**   **Intake** ▶   **Housing** ▶   **Transfer** ▶   **Inmate Interaction** ▶   **Parole Commission** ▶   **Help**   **Logout**

Home  >  Search  >  Intake Interview List  >  WIP Summary  >  **Charges**

**Info**
You may not add charges to
an existing Intake event.

**Body Receipt**
- Search Body Receipt

**Intake Interview**
- Intake Interview List
- WIP Summary
- Demographics
- Charges
- Aliases
- Personal Information
- Contact Information
- Emergency Contacts
- Notes

**Fingerprinting**
- Fingerprinting

**Medical**
- Medical Dashboard
- DNA Collection

**Case Notes/Alerts**
- View
- Add Case Note
- Add Alert

**Sentence Calculation**
- Legal Summary

**Documents**
- Documents Queue
- Documents

**Housing**
- Bed Inventory

**Weekender/BCJL**
- Weekenders Log
- BC Jail

**Orientation/PREA**
- Orientation/PREA List

**Dashboards**
- WIP Dashboard

**Release Planning**
- Release Activities

**Charge List**

| Tracking # | Case # | FED ID | Charge Type | Charge Code | Legal Ref | Charge Description | Primary Incident? | |
|---|---|---|---|---|---|---|---|---|
| | | | CJIS | 1 0493 | | FIREARM/DRUG TRAF CRIME | | ✉ |

Add New Charge

[ Next ]

**Info**
You may not add charges to an existing Intake event.

Exhibit 3

Intelligence & Investigative Div

# EXHIBIT 5

Exhibit 3

**Mi-Case**
OFFENDER MANAGEMENT

| | | | | | |
|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | | Maximum | Assignment: | CM-WJ-Dietary |

Version: 5.9.0.4
App Area:DOC_DISCIPLINE_RULE_V

| | |
|---|---|
| Name: | Antonio L Thomas |
| CL#: | 00461658 |
| Location: | JCI B_D_407_B |

| | |
|---|---|
| Security Level: | |
| Housing Status: | |
| Status: | |

| | |
|---|---|
| Maximum | |
| Normal | |
| Sentenced | |

| | |
|---|---|
| Assignment: | CM-WJ-Dietary |
| Enemies: | Y |
| VPI: | No Info |

johnsosj (DOC - HQTRS)

**Home** | **Intake** ▶ | **Housing** ▶ | **Transfer** ▶ | **Inmate Interaction** ▶ | **Parole Commission** ▶ | **Help** | **Logout**

Home > Search > Intake Interview List > Rule Violation Summary > **Add Rule Violation**

**Inmate Discipline**
☐ Add Rule Violation
☐ Inmate Hearing Record
☐ Inmate Hearing Decision Review
☐ Rule Violation Summary

**Staff Report**

Event ID#: 2023-0062530         Case Number : 2023-038

★ General Location:        Other Outdoor Area

★ Specific Location:        Medication Window

★ Date And Approximate Time of Conduct :    12/20/2023    10 ▼    52 ▼

Recommended Charge:

| Code | Description | |
|---|---|---|
| 102 | Commit assault or battery on an inmate | ✕ |
| 316 | Disobey an order | ✕ |

Add Recommended Charge

100 (Engage in a disruptive act) ▼

★ Reporting Staff:    ☐ Same as User    ☑ Different than User

Last Name:    Adelowo

First Name:    M.

Title:    COIII

Font [Arial ▼]  Size [1 ▼]

★ Report Facts:

On December 20th, 2023 Officer Abdul Salam Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#30333851 (E-A 118) and Yeldell, Trevon SID# ▮▮▮▮▮▮▮▮ Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's  did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#30333851, and Yeldell, Trevon SID# ▮▮▮▮▮ to stop the assault. Both II's were escorted to

Check Spelling

Date Of Report :        12/21/2023

Signature:

Save  Clear

**Supervisor Review Action**

**Shift Commander's Administrative Segregation Review**

**Notice of Inmate Disciplinary Hearing**

**Mi-Case**
OFFENDER MANAGEMENT
Version: 5.9.0.4
App_Area:DOC_DEMOGRAPHICS

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | | Maximum | Assignment: | GM-W1-Dietary |
| SID: | 3033851 | Restrictive Status: | Adm Seg | Current Ref Date: | | Intelligence & Investigative Div |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: | | 10/27/2034 |
| Location: | JCI B_D_407_B | Status: | Sentenced | VPI: | | Y |
| | | | | | | No Info |

johnsosj  (DOC - HQTRS)

**Home**    **Intake** ▸    **Housing** ▸    **Transfer** ▸    **Inmate Interaction** ▸    **Parole Commission** ▸    **Help**    **Logout**

Home > Search > Intake Interview List > WIP Summary > Demographics

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☐ Intake Interview List
☐ WIP Summary
☐ Demographics
☐ Charges
☐ Aliases
☐ Personal Information
☐ Contact Information
☐ Emergency Contacts
☐ Notes
**Fingerprinting**
☐ Fingerprinting
**Medical**
☐ Medical Dashboard
☐ DNA Collection
**Case Notes/Alerts**
☐ View
☐ Add Case Note
☐ Add Alert
**Sentence Calculation**
☐ Legal Summary
**Documents**
☐ Documents Queue
☐ Documents
**Housing**
☐ Bed Inventory
**Weekender/BCJL**
☐ Weekenders Log
☐ BC Jail
**Orientation/PREA**
☐ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☐ Release Activities

## Demographics

Tracking # : `171001174304`    Case # : ★ `C02CR17000874`

FBI # : `_____`    BIN # `_____`

Originating F'lty : `MRDCC ▾`

### Personal

No Name Provided : ☐

Title : `▾`

First Name : ★ `ANTONIO`    Middle Name : `LAMAR`

Last Name : ★ `THOMAS`    Suffix : `▾`

Court Title : `▾`    Court Date of Birth: `_____`

Court First Name : `_____`    Court Middle Name : `_____`

Court Last Name : `_____`    Court Suffix : `▾`

Inmate Type : ★ `Sentenced-DPSCS-Sentenced ▾`    Reason for Confinement : ★ `Sentenced ▾`

Sex : ★ `Male ▾`    Marital Status : ★ `Single ▾`

D.O.B.: ★ `████████`  **Age: 31**    D.O.B. Unknown : ☐

SSN : `████████`

Race : ★ `Black ▾`    PBMS : ★ `Black ▾`

Admission Date `12/27/2017`  `11 ▾`  `53 ▾`

**Return Dates**

| Sequence # | Return Date |
|---|---|

Add Return Date

### Appearance

Weight (lbs) : ★ `175`

Height: ★ `5 ▾` Ft. `11 ▾` Inches

Skin Tone : `Medium ▾`    Eye Color : ★ `Brown ▾`

Facial Hair : `▾`    Hair Color : ★ `Black ▾`

Hair Style : `Eg. Mullet`    Hair Length : `▾`

PREA : ○ PREA AP  ○ PREA MX  ○ PREA ND  ○ PREA VP  ○ Potential  ○ Predator  ○ Victim  ○ Vulnerable

Country of Citizenship : ★ `United States ▾`

Place of Birth : ★ `United States ▾`

Please select a State : ★ `Maryland ▾`

### Primary Incident

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_DEMOGRAPHICS

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | | Maximum | Assignment: | CM-WJ-Dietary |
| SID: | 3035851 | Restrictive Status: | | Adm Seg | Current Rel Date: | 10/27/2034 |
| CL#: | 00461658 | Housing Status: | | Normal | Enemies: | Y |
| Location: | JCI B_D_407_B | Status: | | Sentenced | VPI: | No Info |

2305-0353 Intelligence & Investigative Div

**johnsosj**  (DOC - HQTRS)

**Home**    **Intake** ▶    **Housing** ▶    **Transfer** ▶    **Inmate Interaction** ▶    **Parole Commission** ▶    **Help**    **Logout**

Add Charge

⚠  Please add a primary charge in either the this section or the bottom section of the charge.

Clear

Primary Charge    CJIS Law    COMAR    Other / Traffic

○ CJIS Code        [2 0705]        Search

CJIS Description  [ARMED ROBBERY]

ACM Code          [CR3403]

Common Law        [          ]

○ Local Laws       [          ]        Search

Description       [          ]

[Save]   [Cancel]      [Next]   [Clear all fields]

Exhibit 3



**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:SENTENCE_CALC

| | | | | | |
|---|---|---|---|---|---|
| Name: | Antonio L Thomas | Security Level: | | Assignment: | Intelligence & Investigative Div |
| SID: | 3033851 | Restrictive Status: | Adm Seg | Current Rel Date: | |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: | |
| Location: | JCI B_D_407_B | Status: | Sentenced | VPI: | |

👤 **johnsosj**   (DOC - HQTRS)

**Home**   **Intake** ▶   **Housing** ▶   **Transfer** ▶   **Inmate Interaction** ▶   **Parole Commission** ▶   **Help**   **Logout**

Home  >  Search  >  Intake Interview List  >  WIP Summary  >  Legal Summary

☐ Calculator
**Offender Info**
☐ Legal Summary
▪ Time Credit Record
☐ Local Credits Table
☐ DOC Credit Table
☐ DOC Offense Summary
☐ DOC Revoked Credit Table
☐ Release Forms

**Legal Summary**

Current Release Date:          10/27/2034

Maximum Expiration Date:     06/01/2035

No Time Credit Record

**Sentences**

| Sequence # | Imposition Date | Case Number | Type | Sentence Length | Start Date | Expiration Date | Comments | Modify | View |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 12/07/2017 | ███ | Concurrent | 10 Years | 6/1/2017 | 6/1/2027 | | 🖍 | 👓 |
| 02 | 12/07/2017 | ███ | Concurrent | 10 Years | 6/1/2017 | 6/1/2027 | 5 years w/o parole | 🖍 | 👓 |
| 03 | 12/20/2017 | ███ | Consecutive | 4 Years | 6/1/2027 | 6/1/2031 | | 🖍 | 👓 |
| 04 | 12/20/2017 | ███ | Consecutive | 4 Years | 6/1/2031 | 6/1/2035 | | 🖍 | 👓 |

Add New Sentence        Add New Break        Generate S.C Worksheet

**Exhibit 3**

**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_CHARGE_LIST

| Name: | Antonio L Thomas | Security Level: | Maximum | Assignment: | CM-WJ-Dietary |
| SID: | 3033851 | Restrictive Status: | Adm Seg | Current Rel Date: | 10/27/2034 |
| CL#: | 00461658 | Housing Status: | Normal | Enemies: | Y |
| Location: | JCI B_D_407_B | Status: | Sentenced | VPI: | No Info |

Assignment: Intelligence & Investigative Div

johnsosj  (DOC - HQTRS)

**Home      Intake ▶     Housing ▶     Transfer ▶     Inmate Interaction ▶     Parole Commission ▶     Help     Logout**

Home > Search > Intake Interview List > WIP Summary > **Charges**

**Info**
You may not add charges to an existing Intake event.

**Charge List**

| Tracking # | Case # | FED ID | Charge Type | Charge Code | Legal Ref | Charge Description | Primary Incident? | |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | | | CJIS | 2 0705 | CR3403 | ARMED ROBBERY | * | 📝 |

Add New Charge

[ Next ]

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☐ Intake Interview List
☐ WIP Summary
☐ Demographics
☐ Charges
☐ Aliases
☐ Personal Information
☐ Contact Information
☐ Emergency Contacts
☐ Notes
**Fingerprinting**
☐ Fingerprinting
**Medical**
☐ Medical Dashboard
☐ DNA Collection
**Case Notes/Alerts**
☐ View
☐ Add Case Note
☐ Add Alert
**Sentence Calculation**
☐ Legal Summary
**Documents**
☐ Documents Queue
☐ Documents
**Housing**
☐ Bed Inventory
**Weekender/BCJL**
☐ Weekenders Log
☐ BC Jail
**Orientation/PREA**
☐ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☐ Release Activities

Exhibit 3

Intelligence & Investigative Div

# EXHIBIT 6

Appendix 1 to OPS.020.0003
E-mail: sir.doc@maryland.gov

Department of Public Safety and Correctional Services

| [X] Preliminary | [ ] Final | **Serious Incident Report** | Page 1 of 3 |
|---|---|---|---|

**Control #** ___JCI___ - ___2023___ - ___261___    **Incident Date:** __12/20/2023__  **Time:** __10:52 a.m.__
     Facility      Year       Sequence #

| **Section A   Incident Categories** |
|---|
| **Priority 1** |

| | |
|---|---|
| 1a | Accidental Firearm Discharge |
| 1b | Adverse Job Action |
| 1c | Arrest, Staff |
| 1d | Assault, Inmate, Life Threatening |
| 1e | Assault, Staff, Life Threatening |
| 1f | Attempted Escape |
| 1g | Deadly Force |
| 1h | Death, Inmate, Accidental |
| 1i | Death, Inmate, Homicide |
| 1j | Death, Inmate, Suicide |
| 1k | Death, Inmate, Unknown |
| 1l | Death, Staff on Duty |
| 1m | Disturbance, Force Used |
| 1n | EOC Activation |
| 1o | Escape |
| 1p | Fire, Fire Dept. Required |
| 1q | Hazard, Evacuation Required |
| 1r | Homicide, Staff |
| 1s | Injury, Inmate, Life Threatening |
| 1t | Injury, Staff, Life Threatening |
| 1u | other, Hold Staff/Contractor Hostage |

| **Priority 2** | |
|---|---|
| 2a | Arrest, Inmate |
| 2b | Arrest, Visitor |
| **X** **2c** | **Assault, Inmate, Weapon Used** |
| 2d | Assault, Staff, Physical |
| 2e | Attempted PR Escape |
| 2f | Attempted Suicide |
| 2g | Death, Inmate, Natural |
| 2h | Drugs Recovered |
| 2i | Escape, Pre-release |
| 2j | Hazard, No Evacuation |
| 2k | Injury, Visitor |
| 2l | Inmate Group Protest |
| 2m | Other, Assault , staff on inmate |
| 2o | State Property Damage |
| 2p | PREA incident |

| **Section B** | **Facility Notifications** | |
|---|---|---|
| **Time Notified** | **Title** | **Name** |
| Email | Deputy Secretary of Operations | Annie Harvey |
| Email | Commissioner | Phil Morgan |
| Email | Deputy Commissioner | Cleveland Friday |
| Email | Regional Asst. Commissioner | Laura Armstead |
| Email | Director, Security Operations | Keith Dickens |
| Email | Executive Director, IID | Errol Etting |
| Email | Director Investigative Service | Donald Bauer |
| Email | Warden | Robert S. Dean Jr. |
| Email | Assistant Warden | Bettie Harris |
| 11:00 a.m. | Chief of Security | Shanea Ross |
| Email | Shift Commander | Captain Alisha Thompson |
| Email | Intelligence Officer | Lt. Ahmed / Lt. Roman |
| Email | Investigation Captain | David Sieracki |
| Email | Institutional Duty Officer | Shanea Ross |
| Email | IID Duty Officer | IID PCO Stirkens |
| Email | IID Admin. Intel. Unit Chief | David Reitz |
| Email | Other: Management Associate | Daryelle Cooper |
| | | |
| | | |
| | | |
| | | |

| **Section C** | **Reporting Official** |
|---|---|

**Incident Reported to SOU/ HDU**

**Date:** ___12/20/2023___     **Time:** ___10:52 a.m.___

**To:** _____SIR_____          _____SOU_____
                                              Title

**By:** ___Venable,Melissa___        ___Captain___
       Name Last, First              Title

**Shift Commander/Designee**    Major Monique Shaw
                                Name Last, First

| Signature | Date | Time |
|---|---|---|
| | | |

OPS Form 20-3aR (Rev. 01/2017)

SIR 23-261

Intelligence & Investigative Div

| Control # | JCI | 2023 | - | 261 | | | | Page 2 of 3 |
|---|---|---|---|---|---|---|---|---|
| | Facility | Year | | Sequence # | | | | |

| Section D | | | | Involved Inmates | | | | |
|---|---|---|---|---|---|---|---|---|
| **SID #** | **Last Name, First Name M.I.** | | | | **DOB** | **Race** | **Security Level** | **9** |
| ▮ | Yeldell,Travon | | | | ▮ | Black | Medium | Y |

| | Involvement / Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assaulted II Thomas,A SID#303385 with a homemade weapon/None | | | | | | | |

| **Years** | **Months** | **Beginning** | **Offenses** | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | 0 | 6/5/2018 | Attempted 1st Degree Murder | | | | | |

| **SID #** | **Last Name, First Name M.I.** | | | | **DOB** | **Race** | **Security Level** | **9** |
|---|---|---|---|---|---|---|---|---|
| 3033851 | Thomas,Antonio | | | | ▮ | Black | Medium | N |

| | Involvement / Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assaulted by I I Yeldell SID#▮ None | | | | | | | |

| **Years** | **Months** | **Beginning** | **Offenses** | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | 0 | 6/1/2017 | Armed Robbery | | | | | |

| **SID #** | **Last Name, First Name M.I.** | | | | **DOB** | **Race** | **Security Level** | **9** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | Involvement / Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | Sentence | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **Years** | **Months** | **Beginning** | **Offenses** | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| **Last Name, First Name M.I.** | **Title** | **Involvement** |
|---|---|---|
| Venable,Melissa | COV | Completed SIR |
| Adelowo,Michael | COIII | First On The Scene |
| Bayero,Abdulsayed | COII | First On The Scene |
| Adegbite,Samuel | COIII | Escorted II Yeldell SID#3471385 to JCI Medical |
| Fonkem,Samuel | COI | Escorted I I Thomas SID#303385 to JCI Medical |
| Miriam,Charles | COII | Escorted to UMMS |
| Gray,Carlos | COII | Escorted to UMMS |

| Section F | Escape Information |
|---|---|

| | Date | Time |
|---|---|---|
| Last Accounted For | N/A | N/A |
| First Unaccounted For | N/A | N/A |
| Arrived at Pre-Release | N/A | N/A |
| Last Parole Hearing | N/A | N/A |
| Was Inmate Arrested | Yes ☐  No ☒ | |
| History of Escape | Yes ☐  No ☒ | |

OPS Form 20-3aR (Rev. 01/2017)

Exhibit 3

Control # ____JCI____ - __2023__ - ___260___          Page 3 of 3
            Facility        Year    Sequence #

**Section G**                          **Description on Incident / Action Taken**

On December 20,2023 Officer Abdulsalam Bayero who was assigned Central Control called a 10-10 with a weapon at 10:52 a.m. via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed commotion in front of medical line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved.Both I I's were identified as Thomas,Antonio SID#303385(E A 118), and Yeldell,Trevon SID# ██████████████ .

Responding staff Sgt.Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray to the facial area of II Thomas,Antonio SID#303385, and Yeldell,Trevon SID# ████████ to stop the assault. Ofc. Fonkem handcuffed II Thomas,Antonio SID# 303385 assigned to E A 118 and escorted him to medical and Sergeant Adegbite handcuffed I I Yeldell,Trevon SID# ████████ assigned to D D 809, and escorted him to medical. Both II's were escorted to medical for evaluation I I Thomas,Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to Unervisity Of Maryland Shock Trauma.Engine #29 from Anne Arundel County arrived at JCI Sallyport at 11:02 a.m. and exited at 11:20 a.m. Officer's Tyesha Laws and Marcus Bazemore were the escort Officer's. I I Thomas,A was alert and responsive upon exiting JCI. I I Yeldell,Travon SID# ████████ was seen, and treated in medical and placed in B building on disciplinary segregation pending Adjustment without further incident. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions.

A "5" inch homemade weapon was recovered with white sheet wrapped at the end and sharpened to the point.

At 11:59 a.m.PCO Tiara Stirkens of IID was notified of this incident and issues case number 23-35-02673

OCMS event 2023-0062530 was generated.

All notifications were made in accordance with OPS.020.0003

Exhibit 3



# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## USE OF FORCE REPORT

☒ DIVISION OF CORRECTION
☐ DIVISION OF PRETRIAL & DETENTION SERVICES
☐ DIVISION OF PAROLE & PROBATION
☐ PATUXENT INSTITUTION

| UOF # | JCI | 2023 | 114 |
|---|---|---|---|
| | FACILITY | YEAR | SEQUENCE # |

| SIR # | JCI | 2023 | 261 |
|---|---|---|---|
| | FACILITY | YEAR | SEQUENCE # |

1. INSTITUTION/OFFICE: JCI    2. INCIDENT DATE/TIME: 12/20/2023, 10:52AM  A.M. / **P.M.**

3. SPECIFIC LOCATION OF INCIDENT: MEDICATION LINE AT THE MULTI-PURPOSE BUILDING

**4. SENIOR RANKING STAFF ON SCENE:**

| Name | Rank/Title | Injury? | Report Attached? Yes | No | MEDICAL Required? Yes | No | Received? Yes | Refused |
|---|---|---|---|---|---|---|---|---|
| Michael Adelowo | COIII | No | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ |

**5. ADDITIONAL STAFF INVOLVED:**

| Name | Rank/Title | Injury? | Report Attached? Yes | No | Required? Yes | No | Received? Yes | Refused |
|---|---|---|---|---|---|---|---|---|
| Samuel Adegbite | CO III | No | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ |
| Raymond Fonkem | CO II | No | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ |
| Abdusalam Bayero | CO II | No | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**6. OFFENDERS/DETAINEES INVOLVED:**

| Name | ID # | Injury? | MEDICAL Required? Yes | No | Received? Yes | Refused |
|---|---|---|---|---|---|---|
| Antonio Thomas | 3033851 | Yes | ☒ | ☐ | ☒ | ☐ |
| Trevon Yeldell | ▉▉▉▉ | No | ☒ | ☐ | ☒ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ |

7. LEVEL OF FORCE USED:    ☐ Lethal    ☐ Less Lethal    ☒ Less than Lethal    ☐ Physical Force Only/with Instruments
(check one)

**8. IMPLEMENTS OF FORCE USED:**
☐ Hands, Feet, Defensive Holds, etc.
☐ Firearms
☐ Chemical Agents
☐ K-9
☐ Batons
☒ Pepper Spray
☐ Pepper Ball
☐ Stun Shield
☐ Other (specify):

**TYPE OF FORCE EMPLOYED:**
☐ Planned/Organized Team Response
☒ Spontaneous Response by Officer(s)

**REASON FOR FORCE USED:**
☒ Self-Defense/Defense of Another
☐ Effecting an Arrest (DPP)
☐ Prevention of Suicide/Self-Mutilation
☐ Prevention of Escape
☐ Destruction of Property
☐ Refusal of an Order
☐ Prevention of Crime
☐ Other (specify):

9. VIDEO RECORDED?  ☐ Yes  ☒ No    PHOTOGRAPHED?  ☒ Yes  ☐ No
Videographer's Name: N/A    Photographed By: Lieutenant William Bunn

UOF-JCI-23-083

| 10. Institutional Duty Officer/Supervisor Notified? | ☒ Yes ☐ No | Notified By: | Captain Melissa Venable |
| --- | --- | --- | --- |

Name of Duty Officer/Supervisor Notified:  Security Chief Shanea Ross

| 11. Describe Property Damage (Use Additional Sheets if Necessary) | N/A |
| --- | --- |

**12. Use of Force Narrative**

On Wednesday, December 20, 2023, Sergeant Michael Adelowo was assigned to Central Control. At approximately 1052 hours during window medication movement, Sergeant Adelowo observed Incarcerated Individual (II) Trevon Yeldell, SID # ▮▮▮▮▮▮▮▮▮ walked towards II Antonio Thomas, SID #3033851 (EA-118-B) and began stabbing him in the neck. Sergeant Adelowo gave II Trevon Yeldell a direct order to stop stabbing II Thomas, however; he refused Sergeant Adelowo order and continued to stab II Thomas. Sergeant Adelowo then dispersed a one second burst of O.C. (Oleoresin Capsicum) Spray toward the facial area of both II Thomas and II Yeldell. II Yeldell then dropped from his hand the weapon that he was wielding and laid on the ground. After II Yeldell was successfully placed in handcuffs, Sergeant Adelowo recovered the weapon used by II Yeldell in this incident.

II Thomas and II Yeldell were both escorted to medical for evaluation. II Thomas was sent out 911 to University of Maryland Shock Trauma for the stab wounds. II Thomas was alert and responsive upon exiting the Jessup Correctional Institution.

At 1159 hours, PCO Tiara Stirkens of IID was notified of this incident and issued case number 23-35-02673

OCMS event 2023-0062530 was generated for this incident.

Corresponding SIR #23-261 was completed for this incident.

| 13. Senior Officer on scene submitting Use of Force Report | | |
| --- | --- | --- |
| | Signature | Date |

| 14. Shift Commander's/Supervisor's Review: | | |
| --- | --- | --- |
| | Signature | Date |

Comments:

Assigned for Investigation                Investigator:

| 15 Security Chief's/Bureau Chief's Review: | | |
| --- | --- | --- |
| | Signature | Date |

Comments:

| 16. Managing Official's/Exec. Deputy Director's Review: | | |
| --- | --- | --- |
| | Signature | Date |

Comments:

UOF-JCI-23-083

# EXHIBIT 7

Exhibit 3



## Department of Public Safety and Correctional Services

### Intelligence and Investigative Division
### Errol E. Etting, Executive Director
P.O. Box 418 • 8520 Corridor Road • Suite H • Savage, Maryland 20763-0418
GENERAL BUSINESS (410) 724-5720 • COMPLAINT REPORTING (410) 724-5742
FAX (301) 483-3106 • (301) 483-3107 • www.dpscs.maryland.gov

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J. SCRUGGS
SECRETARY

ANTHONY A. GASKINS
CHIEF OF STAFF

CHRISTINA LENTZ
DEPUTY SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT SECRETARY
DATA, POLICY AND GRANTS

RENARD E. BROOKS
ASSISTANT SECRETARY
PROGRAMS, TREATMENT & RE-
ENTRY SERVICES

## COMPLAINT WITHDRAWAL

DATE : **1/18/2024**          IID CASE NO: **23-35-02673**

I, **ANTonio L. THomas 3033851**          , have been involved in an

(Print full name and D.O.C. number)

incident that was reported to the Department of Public Safety and Correctional Services, Internal Investigative Division.  It is my desire to drop the matter for the following reason(s): **I would NoT Like to pursue criminal Charges**

I am now requesting that no investigation be conducted.  By signing this statement, I am requesting that no further investigative action be taken on this complaint and the matter be considered CLOSED.  This statement is being signed freely and voluntarily and with no threat or coercion being used against me to sign this statement.

X **A. Thomas**          SIGNED:

DATE: **1/18/2024**     **1225hs**

**2076**          WITNESSED:

Exhibit 3

# EXHIBIT 8

Exhibit 3



ANTONIO L. THOMAS  SID #3033851    12/28/2022        23-35-02673

Exhibit 3



ANTONIO L. THOMAS  SID#30238851    Exhibit 3  12/20/2023    23-35-02473

# EXHIBIT 9

Exhibit 3



# DISTRICT COURT OF MARYLAND FOR Anne Arundel County

Located at  7500 Gov Ritchie Hwy, Glen Burnie, Maryland  21061

**STATE OF MARYLAND**      VS.      **YELDELL, TREVON**

Case No. D-07-CR-24-004327

7805 HOUSE OF CORRECTION RD
JESSUP, MD 20794-0000

| | | |
|---|---|---|
| CC#: | SID: | FBI#: |
| LID: | DL#: | |
| Race: B   Sex: M | Ht: 6' 02"   Wt: 230 | Hair: BLK   Eyes: BRO |
| DOB: | Home phone: | Cellphone: |

**Charge | Statute | Arrest**

ASSLT 1ST/DOC EMPLOYEE ETC. | CR 3 210 |
POSS CONTBND-PLACE OF CONFINEM | CR 9 412 (a)(3) |
RECKLESS ENDANGERMENT | CR 3 204 (a)(1) |

**Charge | Statute | Arrest**

ASSLT 2ND/DOC EMPLOYEE ETC. | CR 3 210 |
POSS/REC WEAPON WHILE CONF/DET | CR 9 414 (a)(4) |

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Anne Arundel County, to wit:

**To the defendant:**

YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk  to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.**   Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility

Date: 01/24/2024      Judge/Commissioner/~~Clerk~~:                          ID: 7052

Given to: DPSCS INTELLIGENCE & INVESTIGATIVE DIVISION

**NOTICE TO OFFICER:** If not served by  03/24/2024, return to the Court.

## ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: 1-26-2024      Signature of Defendant: X Trevon Yeldell

## RETURN OF SERVICE

☐ I certify that  I delivered a copy of this Summons and Charging Document to the defendant personally at
1130 o'clock A M. on 1-26-2024 at JCI Bldg
Date    Place

☐ I certify that  the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

# 2076
Signature of Issuing Officer

Shawn J. Johnson
Printed Name of Officer

1-26-2024
Date

D/SGT
Officer's Title

PSIU  00/35  # 2076
Agency, Sub Agency, I.D.

Report Run On Wednesday, March 06, 2024  By N. Miraglia
DC-CR-005 (Rev. 05/2021)

Exhibit 3

Tracking No. 231001614115



# DISTRICT COURT OF MARYLAND FOR Anne Arundel County

Located at 7500 Gov Ritchie Hwy, Glen Burnie, Maryland 21061

Case No. D-07-CR-24-004327

### STATE OF MARYLAND　　VS.　　YELDELL, TREVON
7805 HOUSE OF CORRECTION RD
JESSUP, MD 20794

COMPLAINANT:

Officer: JOHNSON,
Agency/Subagency: PSU0035
Officer ID: 2076

| | | |
|---|---|---|
| CC#: ▓▓▓ | SID: ▓▓▓ | FBI#: |
| LID: | DL#: | |
| Race: B　Sex: M | Ht: 6' 2"　Wt: 230 | Hair: BLK　Eyes: BRO |
| DOB: ▓▓▓ | Home phone: | Cellphone: |

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: JOHNSON, IT IS FORMALLY CHARGED THAT YELDELL, TREVON at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 1435 | CR 3 210 | 25 Y | ASSLT 1ST/DOC EMPLOYEE ETC.<br>On or About 12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did assault in the first degree, ANTONIO L. THOMAS an inmate of the Division of Correction.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 1440 | CR 3 210 | 10 Y &/or $2,500.00 | ASSLT 2ND/DOC EMPLOYEE ETC.<br>On or About 12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did assault in the second degree, ANTONIO L. THOMAS an inmate of the Division of Correction.<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 1 1835 | CR 9 412 ((a)(3)) | 3 Y &/or $1,000.00 | POSS CONTBND-PLACE OF CONFINEM<br>On or About 12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>... did knowingly possess contraband, to wit: 6 INCH METAL OBJECT, SHARPENED TO A POINT in JESSUP CORRECTIONAL INSTITUTION, a place of confinement.<br>Against the Peace, Government, and Dignity of the State. |
| 004 | 2 1055 | CR 9 414 ((a)(4)) | 10 Y &/or $5,000.00 | POSS/REC WEAPON WHILE CONF/DET<br>On or About 12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>... did knowingly possess a weapon, to wit: A 6 INCH METAL OBJECT, SHARPENED TO A POINT while confined in JESSUP CORRECTIONAL INSTITUTION, a place of confinement.<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 1 1425 | CR 3 204 ((a)(1)) | 5 Y &/or $5,000.00 | RECKLESS ENDANGERMENT<br>On or About 12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did recklessly engage in conduct, to wit: STABBING ANTONIO L. THOMAS WITH A 6 INCH METAL OBJECT, SHARPENED TO A POINT that created a substantial risk of death or serious physical injury to ANTONIO L. THOMAS.<br>Against the Peace, Government, and Dignity of the State. |

Date : 01/24/2024　Time : 12:38 PM

Tracking No. 231001614115

Judicial Officer: _____

Exhibit 3

7052

**TO THE PERSON CHARGED:**

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five(5) days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
    (A) explaining the charges in this paper;
    (B) telling you the possible penalties;
    (C) explaining any potential collateral consequences of a conviction including immigration consequences;
    (D) helping you at trial;
    (E) helping you protect your constitutional rights; and
    (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

## NOTICE TO DEFENDANT

1. **MUST APPEAR** - If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.
2. **PRESET FINE** - You must either pay the preset fine, request a waiver hearing, or request a trial date within 30 days after receipt of the citation/summons/warrant.

    NOTE: If charged by citation, follow instructions on the citation. **IF CHARGED BY STATEMENT OF CHARGES (SUMMONS OR WARRANT), CHECK ONE OF THE FOLLOWING OPTIONS, SIGN AND DATE, AND MAIL THIS FORM, ALONG WITH A COPY OF THE STATEMENT OF CHARGES (SUMMONS OR WARRANT) TO THE ADDRESS SHOWN BELOW:**

☐ **OPTION #1:**
Pay the full amount of the preset fine at any District Court of Maryland location, with a credit card at the Maryland Judiciary Website, by phone (see below), or by mail to the address shown below.
To pay by mail:
  • Make your check or money order payable to the District Court of Maryland. Include citation number(s) you wish to pay on the check.
  • An additional $30 service fee will be imposed for each dishonored check.

☐ **OPTION #2:**
Request a Waiver Hearing: I admit I committed the violation in this Statement of Charges, and I request a waiver hearing to explain the circumstances to a judge. I understand this is not a trial, the officer and witnesses will not be present, and my appearance in court is for sentencing only.

☐ **OPTION #3:**
Request a trial date: I request a trial date for the violation(s) charged.

_____          _____
Date                          Signature

**District Court Traffic Processing Center**
**District Court of Maryland**
**P.O. Box 6676**
**Annapolis, MD 21401-0676**

Please note that payment in full of the preset fine will close the violation and result in the entry of a conviction for the violation(s). Please note further that points will be assessed by Motor Vehicle Administration (MVA) on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. If you fail to comply with one of the above options within 30 days of receipt of a citation/summons/warrant, MVA will be notified and may take actions to suspend your license. Driving on a suspended license is a criminal offense for which you could be incarcerated.

**FOR MORE INFORMATION AND TO PAY CITATIONS: Visit the Maryland Judiciary Website at mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions.**
**From all areas including out-of-state calls: 1-800-492-2656**
**TTY users call Maryland RELAY: 711**

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

Report Run On Wednesday, March 06, 2024 By N. Miraglia    Defendant    Exhibit 3    Date    Judge/Commissioner    Page: 49 of 52

ADV-SOC   (Rev. 10/2023)



**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County    Intelligence & Investigative Div
(City/County)

LOCATED AT (COURT ADDRESS)
7500 Gov. Ritchie Hwy

Glen Burnie, MD 21061

RELATED CASES:

**D-07-CR-24-004327**



| COMPLAINANT | |
|---|---|
| D/Sgt. Shawn J. Johnson<br>Printed Name<br>8520 Corridor Road, Suite H<br>Address<br>Savage, Maryland 20763    (410) 724-5720<br>City, State, Zip    Telephone<br>PSIU   00/35   2076<br>Agency, Sub-agency, and I.D. #    (Officer Only) | Trevon Yeldell<br>Printed Name<br>7805 House of Correction Road<br>Address<br>Jessup, Maryland, 20794    N/A<br>City, State, Zip    Telephone<br>CC# ▮▮▮▮▮ |

DEFENDANT'S DESCRIPTION: Driver's License #     Sex M   Race B   Ht 6'2"   Wt 230
Hair Blk   Eyes Bro   Complexion    Other N/A    DOB ▮▮▮▮   ID SID ▮▮▮▮

### APPLICATION FOR STATEMENT OF CHARGES    Page 1 of 2

**(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)**

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about 20 December 2023 at Jessup Correctional Institution (JCI) 7805 House of
               Date                       Place

Correction Road, Jessup, Maryland 20794 , the above named defendant

Did assault Inmate Antonio L. Thomas SID#3033851 with a homemade weapon

-Please see attached Page-

(Continued on attached    1    pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/24/2024
Date

                                                    2076
                                               Officer's Signature

D/Sgt. Shawn J. Johnson #2076
                                          Printed Name

I have read or had read to me and I understand the notice on the back of this form.

         Date                                        Applicant's Signature

                                                Printed Name

Subscribed and sworn to before me   1/24/24   at   12:38   ☐ AM ☒ PM
                              Date           Time
Judge/Commissioner

                                                      ID Number

I understand that a charging document will be issued and that I must appear for trial ☐ on
at                  , ☐ when notified by the clerk, at the court location shown at the top of this form.
       Time

                                                     Applicant's Signature

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:

                                     (Describe)

☒ I have advised applicant of the right to request shielding.    ☒ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

      Date                             Commissioner                     ID Number

DC-CR-001 (Rev. 10/2020)

| TRACKING NUMBER | |
|---|---|

                                             Printed Name

**Exhibit 3**

**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

(City/County)

| LOCATED AT (COURT ADDRESS) | | |
|---|---|---|
| 7500 Gov. Ritchie Hwy | *DISTRICT COURT CASE NUMBER* | |
| Glen Burnie, MD 21061 | | |

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Yeldell, Trevon SID# ███████

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 2 of 2

23-35-02673

On 12/20/2023 at 1052 hrs. COIII Michael Adelowo and COII Abdul Sayed Bayero of the Jessup Correctional Institute observed Inmate Trevon Yeldell SID# ████████ stabbing and actively physically assaulting Inmate Antonio L. Thomas SID#3033851, in front of the Multipurpose Building, while being lawfully confined at JCI, a place of confinement. After the Inmates were handcuffed, COIII Adelowo recovered the homemade weapon used and dropped by Def. Yeldell, to wit a six-inch (6") metal object, sharpened to a point. That weapon was submitted via established JCI guidelines.

Inmate Thomas was transported via Anne Arundel County Medic to the University of Maryland Shock Trauma for stab wounds to the rear of the neck and base of the head.

Your Affiant and Detective Sergeant Rosco Lewis responded to Shock Trauma to interview Inmate Thomas. Inmate Thomas refused to cooperate with the investigation and refused to provide a statement of what happened.

Your Affiant and D/Sergeant Lewis responded to JCI and were informed by Captain Higgins that the incident was not captured on video and there was no crime scene. We attempted to interview Def. Yeldell. Def. Yeldell refused to exit his cell to be interviewed. Your Affiant along with D/Sergeant Lewis interviewed COIII Adelowo and COII Bayero who will testify to the facts hereinafter. Your Affiant recovered the weapon used by Def. Yeldell from COII Abeeb Kazeem at JCI. The weapon was transported to the DPSCS IID Savage Dropbox and submitted as evidence.

On 01/18/2024, You Affiant responded to JCI and again interviewed Inmate Thomas about this incident. Your Affiant asked Inmate Thomas to explain in detail what occurred when he was assaulted. Inmate Thomas stated that he did not want to give a statement and refused to provide any information regarding this investigation. Your Affiant also again attempted to interview Def. Yeldell. Def. Yeldell refused to exit his cell for an interview.

On 1/23/2024 Your Affiant was able to recover photographs of Inmate Thomas's injury during the incident at JCI. The injury was an approximate two-inch (2") stab wound to the back of the head which required medical treatment.

All events occurred in Anne Arundel County, State of Maryland.

1/24/2024
Date

# 2076
Applicant's Signature

D/Sgt Shawn J. Johnson #2076
Printed Name

DC-CR-001A (Rev. 04/2015)

TRACKING NUMBER

Exhibit 3

Intelligence & Investigative Div

## REQUEST FOR WITNESS SUMMONS

TO THE DISTRICT COURT:
PLEASE SUMMONS THE FOLLOWING WITNESSES IN THE CASE OF:
**Refer to CC-DC/CR 1S for status of shielding request.**

| Trevon Yeldell | ▮▮▮▮▮ |
|---|---|
| Defendant's Name | Citation/Case Tracking No. |

| | |
|---|---|
| NAME COIII Michael Adelowo | |
| ADDRESS 7805 House of Correction RD. (JCI) | |
| CITY Jessup        STATE Maryland    ZIP 20794 | |
| DAY PHONE ▮▮▮▮▮    ROOM # | |
| NIGHT PHONE       APT. # | |

| | |
|---|---|
| NAME COII Abdul Sayed Bayero | |
| ADDRESS 7805 House of Correction RD (JCI) | |
| CITY Jessup        STATE Maryland    ZIP 20794 | |
| DAY PHONE       ROOM # | |
| NIGHT PHONE      APT. # | |

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY        STATE        ZIP | |
| DAY PHONE       ROOM # | |
| NIGHT PHONE      APT. # | |

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY        STATE        ZIP | |
| DAY PHONE       ROOM # | |
| NIGHT PHONE      APT. # | |

Requested by:

_____
SIGNATURE

_____
PRINTED NAME            DATE

whose interest in the case is as   ☐ Prosecutor      ☐ Defendant
☒ Witness    ☐ Defense Counsel      ☐ Arresting Officer
☐ Other (Explain)

_____
COURT DATE AND LOCATION (IF AVAILABLE)

**DC/CR 92** (Rev. 9/2006)

Exhibit 3