## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTONIO L. THOMAS,        *
      Plaintiff,

      *

      v.                              Civil Action No.: PX-24-1307

      *

CO II TURAY, *et al.*,
      Defendants.       *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DECLARATION OF GILBERT ABRAHAM

I, Gilbert Abraham, am competent to make the following declaration based on my personal knowledge, and I hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am employed by the Department of Public Safety and Correctional Services (DPSCS).

2. In my role as Litigation Coordinator at Jessup Correctional Institution, I have access to request for administrative remedies ("ARPs") that are filed by the incarcerated individuals housed at JCI.

3. I am familiar with the preparation and maintenance of ARP records. The attached records are true and accurate copies of original records, which were made at or near the time of the recorded event, by an individual with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS in the regular course of business.

Exhibit 5

I have read the above statements and hereby declare under the penalty of perjury that they are true and correct.

4/24/35
Date

Gilbert Abraham

2

Exhibit 5

CASE NO. **JCI 0110-24**    INMATE NAME: **Antonio Thomas**    DOC#: 461-658

MARYLAND DIVISION OF CORRECTION
REQUEST FOR ADMINISTRATIVE REMEDY

## Part B – Response

The request is procedurally dismissed at this level. It has been determined that the subject matter of your Request is under investigation by the Department's Intelligence and Investigative Division under case number [23-35-02673] and no further action will be taken under the Administrative Remedy Procedures at this level. You may appeal this decision to the Commissioner of Correction.

1-16-24
_____
Date

_____
Signature of Warden

Appendix 4 to DCD 185-003

Administrative Remedy Procedure
**Receipt of Warden's Response**

Antonio Thomas                    461-658        JCI
_____                   _____ **Institution**
**Name of Inmate**                 **DOC Number**     B-407
I, the undersigned, indicate by my signature that I have received the warden's response to ARP Case
No. JCI 0110-24          , received on  1/22/24 .     **Housing Location**

JCI 0110-24
A. Thomas          1/22/24                            1-22-24
_____    _____  _____  _____
Signature of Inmate   Date            Signature of Staff Witness      Date

DOC Form 185-003d (9/08)

Exhibit 5

*Officer's Name: Print and Signature*    1-5-24    *Date*

Appendix E to DOC.185.0002

0234995

CASE NO. JCI 0110-24

## DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Thomas     Antonio     L     3033851     JCI
     Last Name     First Name     Middle Initial     CL Number     Facility

Housing Location B-D 407    Protective Custody ☐    Administrative Segregation ☑    Disciplinary Segregation ☐

### Part A – INMATE REQUEST

At the end of october 2023 I, Antonio Thomas notifyed my building SGT. and CO II Turay that my Cell mate Mr. Trevon yeldell was high/intoxicated with a Knife tied to his hand halluciorating and i did'nt feel Safe goin back inside of the cell nor anywhere near mr. yeldell.

12/25/23    "See Attached"
*Date*

*Antonio Thomas*
*Signature of Inmate*

### Part B – RESPONSE

See Attached

_____
*Date*

_____
*Signature of Warden/Managing Official/Designee*

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

RETURN TO: Thomas     Antonio     461658     Case No. JCI 0110-24
     Last Name     First Name     Middle Initial     CL Number     JCI
                                                      Facility

I acknowledge receipt of your complaint dated 12/25/23 in regard to: Staff Complaint

1/11/24    Coates
*Date*    *Facility ARP Coordinator*

0234995

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Exhibit 5

Appendix N to DOC.185.0002

2-2

**Part A (Continuation)**

Officer COII Turay went and conducted a search of the cell finding the knife and ~~nothing~~ Sent Mr. yeldell To Disciplinary Seg. I Later Saw "Skinny" Akinwe Konu (Intell) on the compound and told/ask him would Mr yeldell be coming out because i wanted to put him on my enimies list and i was then told he wasn't coming back out on the compound/General population and would be transfered to another facility only for him/Mr. yeldell to end up back in General population on the Same Compound to Stabb me in the back of my Neck/Spine on Dec 20th, 2023 and to make matters extreamly worse adding to the attack on my person officer SGT. Michael Adelowo and officer Bayero Deployed oc Spray into my face causing me to have a asthma attack and as femedy i want all of my Gcc Restored and i want to be compensated for my pain and Suffering.

12/25/23

Date

Antonio Thomas  *Antonio Thomas*

#3033851

Inmate's Name: Print and Signature

CL#

DOC Form 185.0002lC (Rev. 9/19)

Exhibit 5

Department of Public Safety and Correctional Services

Appendix 1 to OPS.020.0003
E-mail: sir.doc@maryland.gov

[X] Preliminary   [ ] Final

## Serious Incident Report

Page 1 of 3

Control # ___JCI___ - _2023_ - _261_
Facility        Year      Sequence #

Incident Date: _12/20/2023_   Time: _10:52 a.m._

| Section A  Incident Categories | |
|---|---|
| **Priority 1** | |
| 1a | Accidental Firearm Discharge |
| 1b | Adverse Job Action |
| 1c | Arrest, Staff |
| 1d | Assault, Inmate, Life Threatening |
| 1e | Assault, Staff, Life Threatening |
| 1f | Attempted Escape |
| 1g | Deadly Force |
| 1h | Death, Inmate, Accidental |
| 1i | Death, Inmate, Homicide |
| 1j | Death, Inmate, Suicide |
| 1k | Death, Inmate, Unknown |
| 1l | Death, Staff on Duty |
| 1m | Disturbance, Force Used |
| 1n | EOC Activation |
| 1o | Escape |
| 1p | Fire, Fire Dept. Required |
| 1q | Hazard, Evacuation Required |
| 1r | Homicide, Staff |
| 1s | Injury, Inmate, Life Threatening |
| 1t | Injury, Staff, Life Threatening |
| 1u | other, Hold Staff/Contractor Hostage |

| | **Priority 2** |
|---|---|
| 2a | Arrest, Inmate |
| 2b | Arrest, Visitor |
| X 2c | **Assault, Inmate, Weapon Used** |
| 2d | Assault, Staff, Physical |
| 2e | Attempted PR Escape |
| 2f | Attempted Suicide |
| 2g | Death, Inmate, Natural |
| 2h | Drugs Recovered |
| 2i | Escape, Pre-release |
| 2j | Hazard, No Evacuation |
| 2k | Injury, Visitor |
| 2l | Inmate Group Protest |
| 2m | Other, Assault , staff on inmate |
| 2o | State Property Damage |
| 2p | PREA incident |

OPS Form 20-3aR (Rev. 01/2017)

### Section B — Facility Notifications

| Time Notified | Title | Name |
|---|---|---|
| Email | Deputy Secretary of Operations | Annie Harvey |
| Email | Commissioner | Phil Morgan |
| Email | Deputy Commissioner | Cleveland Friday |
| Email | Regional Asst. Commissioner | Laura Armstead |
| Email | Director, Security Operations | Keith Dickens |
| Email | Executive Director, IID | Errol Etting |
| Email | Director Investigative Service | Donald Bauer |
| Email | Warden | Robert S. Dean Jr. |
| Email | Assistant Warden | Bettie Harris |
| 11:00 a.m. | Chief of Security | Shanea Ross |
| Email | Shift Commander | Captain Alisha Thompson |
| Email | Intelligence Officer | Lt. Ahmed / Lt. Roman |
| Email | Investigation Captain | David Sieracki |
| Email | Institutional Duty Officer | Shanea Ross |
| Email | IID Duty Officer | IID PCO Stirkens |
| Email | IID Admin. Intel. Unit Chief | David Reitz |
| Email | Other: Management Associate | Daryelle Cooper |

### Section C — Reporting Official

**Incident Reported to SOU/ HDU**

Date: _12/20/2023_   Time: _10:52 a.m._

To: _____SIR_____        SOU
                              Title

By: ___Venable,Melissa___     Captain
      Name Last, First        Title

**Shift Commander/Designee**

Major Monique Shaw
Name Last, First

Signature        Date        Time

Control # __JCI__  __2023__ - __261__
           Facility    Year    Sequence #                                    Page 2 of 3

**Section D**

**Involved Inmates**

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| ▮ | Yeldell,Travon | | ▮ | Black | Medium | Y |

**Involvement / Injury:**
Assaulted II Thomas,A SID#303385 with a homemade weapon/None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| 30 | 0 | 6/5/2018 | Attempted 1st Degree Murder |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| 3033851 | Thomas,Antonio | | ▮ | Black | Medium | N |

**Involvement / Injury:**
Assaulted by I I Yeldell SID# ▮ None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| 18 | 0 | 6/1/2017 | Armed Robbery |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| | | | | | | |

**Involvement / Injury:**

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| | | | |

**Sentence**

| Last Name, First Name M.I. | Title | Involvement |
|---|---|---|
| Venable,Melissa | COV | Completed SIR |
| Adelowo,Michael | COIII | First On The Scene |
| Bayero,Abdulsayed | COII | First On The Scene |
| Adegbite,Samuel | COIII | Escorted II Yeldell SID#3471385 to JCI Medical |
| Fonkem,Samuel | COI | Escorted I I Thomas SID#303385 to JCI Medical |
| Miriam,Charles | COII | Escorted to UMMS |
| Gray,Carlos | COII | Escorted to UMMS |

**Section F**

**Escape Information**

| | Date | Time |
|---|---|---|
| Last Accounted For | N/A | N/A |
| First Unaccounted For | N/A | N/A |
| Arrived at Pre-Release | N/A | N/A |
| Last Parole Hearing | N/A | N/A |

Was Inmate Arrested   Yes ☐   No ☒

History of Escape   Yes ☐   No ☒

OPS Form 20-3aR (Rev. 01/2017)

SIR 23-261

Control # _____ JCI _____ - _____ 2023 _____ - _____ 260 _____    Page 3 of 3
                    Facility              Year           Sequence #

Section G                    Description on Incident / Action Taken

On December 20,2023 Officer Abdulsalam Bayero who was assigned Central Control called a 10-10 with a weapon at 10:52 a.m. via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed commotion in front of medical line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both II's were identified as Thomas,Antonio SID#303385(E A 118), and Yeldell,Trevon SID█████████████████

Responding staff Sgt.Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray to the facial area of II Thomas,Antonio SID#303385, and Yeldell,Trevon SID#████████ to stop the assault. Ofc. Fonkem handcuffed II Thomas,Antonio SID# 303385 assigned to E A 118 and escorted him to medical and Sergeant Adegbite handcuffed II Yeldell,Trevon SID# ██████████ assigned to D D 809, and escorted him to medical. Both II's were escorted to medical for evaluation II Thomas,Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to Unervisity Of Maryland Shock Trauma.Engine #29 from Anne Arundel County arrived at JCI Sallyport at 11:02 a.m. and exited at 11:20 a.m. Officer's Tyesha Laws and Marcus Bazemore were the escort Officer's. II Thomas,A was alert and responsive upon exiting JCI. II Yeldell,Travon SID#█████████was seen, and treated in medical and placed in B building on disciplinary segregation pending Adjustment without further incident. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions.

A "5" inch homemade weapon was recovered with white sheet wrapped at the end and sharpened to the point.

At 11:59 a.m.PCO Tiara Stirkens of IID was notified of this incident and issues case number 23-35-02673

OCMS event 2023-0062530 was generated.

All notifications were made in accordance with OPS.020.0003

_Officer's Name: Print and Signature_        1-5-24          Appendix E to DOC.185.0002
                                              _Date_          0234995

CASE NO. __JCI 0110-24__

## DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO:        ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ✔ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Thomas        Antonio        L        3033851        JCI
      _Last Name_   _First Name_   _Middle Initial_   _CL Number_   _Facility_

Housing Location B-D 407    Protective Custody ☐    Administrative Segregation ☐    Disciplinary Segregation ✔ ☐

### Part A – INMATE REQUEST

At the end of october 2023 I, Antonio Thomas notifyed my building SGT. and CO II Turay that my Cell mate Mr. Trevon yeldell was high/intoxicated with a Knife tied to his hand halluicnating and i did'nt feel Safe goin back inside of the cell nor anywhere near mr. yeldell.

12/25/23        "See Attached"        _Antonio Thomas_
_Date_                                _Signature of Inmate_

### Part B – RESPONSE

_Date_

_Signature of Warden/Managing Official/Designee_

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

RETURN TO: Thomas    Antonio        461658        Case No. JCI 0110-24
           _Last Name_  _First Name_  _Middle Initial_   _CL Number_   JCI
                                                                       _Facility_

I acknowledge receipt of your complaint dated 12/25/23 in regard to: Staff Complaint

1/11/24        Coates                                    0234995
_Date_         Facility ARP Coordinator

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)                    Exhibit 5



Appendix N to DOC.185.0002    2-2

**Part A (Continuation)**

Officer COII Turay went and conducted a search of the cell finding the knife and ~~something~~ sent Mr. yeldell to Disciplinary Seg. I Later saw "Skinny" Akinwe Konu (Intell) on the compound and told/ask him would Mr yeldell be coming out because i wanted to put him on my enimies list and i was then told he wasn't coming back out on the compound/General population and would be transfered to another facility Only for him/Mr. yeldell to end up back in General population on the Same compound to Stabb me in the back of my Neck/Spine on Dec, 20th 2023 and to Make matters **extreamly** worse adding to the attack on my person officer SGT. Michael Adelowo and officer Bayero Deployed OC Spray into my face causing me to have a asthma attack and as remedy i want all of my GCC Restored and i want to be compensated for my pain and suffering.

12/25/23
Date

Antonio Thomas  *Antonio Thomas*
Inmate's Name: Print and Signature

#3033851
CL#

DOC Form 185.0002lC (Rev. 9/19)

Exhibit 5

*Officer's Name: Print and Signature*    1-5-24    *Date*    Appendix E to DOC.185.0002

0234995

**WARDEN Received JAN 0 9 2024**

CASE NO. JCI 0110-24

# DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Thomas _____ Antonio _____ L _____ 3033851 _____ JCI
Last Name    First Name    Middle Initial    CL Number    Facility

Housing Location B-D 407   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑ ☐

**Part A – INMATE REQUEST**

At the end of october 2023 I, Antonio Thomas notifyed my building SGT. and COII Turay that my cell mate Mr. Trevon yeldell was high/intoxicated with a knife tied to his hand hallucinating and i didn't feel safe goin back inside of the cell nor anywhere near mr. yeldell.

12/25/23    "See Attached"    Antonio Thomas
Date                                   Signature of Inmate

**Part B – RESPONSE**

_____
Date

_____
Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**

RETURN TO: Thomas _____ Antonio _____ 461658 _____    Case No. JCI 0110-24
Last Name    First Name    Middle Initial    CL Number    JCI
Facility

I acknowledge receipt of your complaint dated 12/25/23 in regard to: Staff Complaint

1/11/24    Coates
Date    Facility ARP Coordinator

**WARDEN'S Received JAN 0 9 2024**

0234995

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

Exhibit 5

**Part A (Continuation)**

Officer COII Turay went and conducted a search of the cell finding the knife and ~~something~~ sent Mr. yeldell To Disciplinary Seg. I later saw "Skinny" Akinwe Konu (Intell) on the compound and told/ask him would Mr yeldell be coming out because i wanted to put him on my enimies list and i was then told he wasn't coming back out on the compound / General population and would be transfered to another facility only for him/Mr. yeldell to end up back in General population on the same compound to Stabb me in the back of my Neck/Spine on Dec 20th, 2023 and to make matters **extreamly** worse adding to the attack on my person officer SGT. Michael Adelowo and officer Bayero Deployed oc spray into my face causing me to have a asthma attack and as remedy i want all of my Gcc Restored and i want to be compensated for my pain and suffering.

12/25/23
**Date**

Antonio Thomas    Antonio Thomas
**Inmate's Name: Print and Signature**

#3033851
**CL#**

DOC Form 185.0002lC (Rev. 9/19)

Exhibit 5

_(Officer's signature)_    1-5-24
Officer's Name: Print and Signature        Date

Appendix E to DOC.185.0002

0234995

CASE NO. _JCI 0110-24_

# DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO:    ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Thomas          Antonio          L          3033851          JCI
      Last Name        First Name      Middle Initial    CL Number        Facility

Housing Location B-D 407    Protective Custody ☐    Administrative Segregation ☐    Disciplinary Segregation ☑

### Part A – INMATE REQUEST

At the end of october 2023 I, Antonio Thomas notifyed my building SGT. and COII Turay that my cell mate Mr. Trevon yeldell was high/intoxicated with a knife tied to his hand hallucinating and i did'nt feel safe goin back inside of the cell nor anywhere near mr. yeldell.

12/25/23    "See Attached"    _Antonio Thomas_
Date                          Signature of Inmate

### Part B – RESPONSE

_____        _____
Date                            Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

RETURN TO: Thomas    Antonio         461658        Case No. _JCI 0110-24_
          Last Name  First Name  Middle Initial  CL Number    JCI
                                                              Facility

I acknowledge receipt of your complaint dated 12/25/23 in regard to: Staff Complaint

1/11/24        _Coates_
Date          Facility ARP Coordinator

0234995

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Exhibit 5

Appendix N to DOC.185.0002

**Part A (Continuation)**

Officer COII Turay went and conducted a search of the cell finding the Knife and ~~~~~~~ sent Mr. yeldell To Disciplinary Seg. I Later saw "Skinny" Akinwe Konu (Intell) on the compound and told/ask him would Mr yeldell be coming out because i wanted to put him on my enimies list and i was then told he wasn't coming back out on the compound/General population and would be transfered to another facility Only for him/Mr. yeldell to end up back in General population on the same compound to Stabb me in the back of my Neck/Spine on Dec, 20th 2023 and to Make matters **extreamly** worse adding to the attack on my person officer SGT. Michael Adelowo and Officer Bayero Deployed oc spray into my face Causing me to have a asthma attack and a's remedy i want all of my GCC Restored and i want to be compensated for my pain and Suffering.

12/25/23
Date

Antonio Thomas   *Antonio Thomas*
Inmate's Name: Print and Signature

#303385I
CL#

DOC Form 185.0002IC (Rev. 9/19)

Exhibit 5

SIR 23-261

Department of Public Safety and Correctional Services

Appendix 1 to OPS.020.0003
E-mail: sir.doc@maryland.gov

[X] Preliminary  [ ] Final

## Serious Incident Report

Control #  __JCI__  - __2023__  - __261__  :

Page 1 of 3

| | | |
|---|---|---|
| Facility | Year | Sequence # |

Incident Date: __12/20/2023__  Time: __10:52 a.m.__

### Section A  Incident Categories

#### Priority 1

| | |
|---|---|
| 1a | Accidental Firearm Discharge |
| 1b | Adverse Job Action |
| 1c | Arrest, Staff |
| 1d | Assault, Inmate, Life Threatening |
| 1e | Assault, Staff, Life Threatening |
| 1f | Attempted Escape |
| 1g | Deadly Force |
| 1h | Death, Inmate, Accidental |
| 1i | Death, Inmate, Homicide |
| 1j | Death, Inmate, Suicide |
| 1k | Death, Inmate, Unknown |
| 1l | Death, Staff on Duty |
| 1m | Disturbance, Force Used |
| 1n | EOC Activation |
| 1o | Escape |
| 1p | Fire, Fire Dept. Required |
| 1q | Hazard, Evacuation Required |
| 1r | Homicide, Staff |
| 1s | Injury, Inmate, Life Threatening |
| 1t | Injury, Staff, Life Threatening |
| 1u | other, Hold Staff/Contractor Hostage |

#### Priority 2

| | | |
|---|---|---|
| | 2a | Arrest, Inmate |
| | 2b | Arrest, Visitor |
| X | 2c | Assault, Inmate, Weapon Used |
| | 2d | Assault, Staff, Physical |
| | 2e | Attempted PR Escape |
| | 2f | Attempted Suicide |
| | 2g | Death, Inmate, Natural |
| | 2h | Drugs Recovered |
| | 2i | Escape, Pre-release |
| | 2j | Hazard, No Evacuation |
| | 2k | Injury, Visitor |
| | 2l | Inmate Group Protest |
| | 2m | Other, Assault , staff on inmate |
| | 2o | State Property Damage |
| | 2p | PREA incident |

OPS Form 20-3aR (Rev. 01/2017)

### Section B  Facility Notifications

| Time Notified | Title | Name |
|---|---|---|
| Email | Deputy Secretary of Operations | Annie Harvey |
| Email | Commissioner | Phil Morgan |
| Email | Deputy Commissioner | Cleveland Friday |
| Email | Regional Asst. Commissioner | Laura Armstead |
| Email | Director, Security Operations | Keith Dickens |
| Email | Executive Director, IID | Errol Etting |
| Email | Director Investigative Service | Donald Bauer |
| Email | Warden | Robert S. Dean Jr. |
| Email | Assistant Warden | Bettie Harris |
| 11:00 a.m. | Chief of Security | Shanea Ross |
| Email | Shift Commander | Captain Alisha Thompson |
| Email | Intelligence Officer | Lt. Ahmed / Lt. Roman |
| Email | Investigation Captain | David Sieracki |
| Email | Institutional Duty Officer | Shanea Ross |
| Email | IID Duty Officer | IID PCO Stirkens |
| Email | IID Admin. Intel. Unit Chief | David Reitz |
| Email | Other: Management Associate | Daryelle Cooper |
| | | |
| | | |
| | | |

### Section C  Reporting Official

Incident Reported to SOU/ HDU

Date:  __12/20/2023__    Time:  __10:52 a.m.__

To:  __SIR__                    __SOU__
                                  Title

By:  __Venable,Melissa__          __Captain__
     Name Last, First            Title

Shift Commander/Designee

__Major Monique Shaw__
Name Last, First

__Signature__                __Date__    __Time__

Exhibit 5

SIR-23-261

Control # __JCI__ __2023__ - __261__
             Facility     Year    Sequence #

Page 2 of 3

## Section D

### Involved Inmates

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| ▉ | Yeldell,Travon | | ▉ | Black | Medium | Y |

**Involvement / Injury:**
Assaulted II Thomas,A SID#303385 with a homemade weapon/None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| 30 | 0 | 6/5/2018 | Attempted 1st Degree Murder |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| 3033851 | Thomas,Antonio | | ▉ | Black | Medium | N |

**Involvement / Injury:**
Assaulted by I I Yeldell SID# ▉ /None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| 18 | 0 | 6/1/2017 | Armed Robbery |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| | | | | | | |

**Involvement / Injury:**

### Sentence

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| | | | |

| Last Name, First Name M.I. | Title | Involvement |
|---|---|---|
| Venable,Melissa | COV | Completed SIR |
| Adelowo,Michael | COIII | First On The Scene |
| Bayero,Abdulsayed | COII | First On The Scene |
| Adegbite,Samuel | COIII | Escorted II Yeldell SID#3471385 to JCI Medical |
| Fonkem,Samuel | COI | Escorted I I Thomas SID#303385 to JCI Medical |
| Miriam,Charles | COII | Escorted to UMMS |
| Gray,Carlos | COII | Escorted to UMMS |

## Section F

### Escape Information

| | Date | Time |
|---|---|---|
| Last Accounted For | N/A | N/A |
| First Unaccounted For | N/A | N/A |
| Arrived at Pre-Release | N/A | N/A |
| Last Parole Hearing | N/A | N/A |

Was Inmate Arrested    Yes ☐    No ☒

History of Escape    Yes ☐    No ☒

OPS Form 20-3aR (Rev. 01/2017)

Exhibit 5

Control #    JCI      -   2023   -     260                                                    Page 3 of 3
             Facility      Year       Sequence #
Section G                            Description on Incident / Action Taken

On December 20,2023 Officer Abdulsalam Bayero who was assigned Central Control called a 10-10 with a weapon at 10:52 a.m. via radio transmission while standing at the entrance of the medication line with Sergeant Michael Adelowo. Sergeant Adelowo, and Officer Bayero witnessed commotion in front of medical line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved.Both II's were identified as Thomas,Antonio SID#303385(E A 118), and Yeldell,Trevon SID# ███████████.

Responding staff Sgt.Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray to the facial area of II Thomas,Antonio SID#303385, and Yeldell,Trevon SID# ███████ to stop the assault. Ofc. Fonkem handcuffed II Thomas,Antonio SID# 303385 assigned to E A 118 and escorted him to medical and Sergeant Adegbite handcuffed I I Yeldell,Trevon SID# ██████ assigned to ███████ and escorted him to medical. Both II's were escorted to medical for evaluation I I Thomas,Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to Unervisity Of Maryland Shock Trauma.Engine #29 from Anne Arundel County arrived at JCI Sallyport at 11:02 a.m. and exited at 11:20 a.m. Officer's Tyesha Laws and Marcus Bazemore were the escort Officer's. I I Thomas,A was alert and responsive upon exiting JCI. I I Yeldell,Travon SID# ███████ was seen, and treated in medical and placed in B building on disciplinary segregation pending Adjustment without further incident. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions.

A "5" inch homemade weapon was recovered with white sheet wrapped at the end and sharpened to the point.

At 11:59 a.m.PCO Tiara Stirkens of IID was notified of this incident and issues case number 23-35-02673

OCMS event 2023-0062530 was generated.

All notifications were made in accordance with OPS.020.0003

Exhibit 5