IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTONIO L. THOMAS,                        *

        Plaintiff,                        *

v.                                        *          Civil Action No.: PX-24-1307

CO II TURAY, *et al.*,                    *

        Defendants.                       *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## DECLARATION OF F. TODD TAYLOR, JR.

I, F. Todd Taylor, Jr., being competent to testify, hereby declare on my personal knowledge as follows:

1. I am the Director of the Incarcerated Individual Grievance Office ("IIGO"), previously known as the Inmate Grievance Office ("IGO"), which is an agency of the Maryland Department of Public Safety and Correctional Services ("DPSCS") located at 6776 Reisterstown Road, Baltimore, Maryland. I am the custodian of the IIGO's records.

2. Serving in the capacity of the Director of the IIGO, I am familiar with Maryland's statutory incarcerated individual grievance process and the record maintenance practices of the IIGO.

3. I have been asked by the Maryland Attorney General's Office to search the records of the IIGO to determine whether Incarcerated Individual Antonio Thomas has filed a grievance with the IIGO regarding an alleged stabbing

Exhibit 6

incident on December 20, 2023 between him and Incarcerated Individual Trevon Yeldell at Jessup Correctional Institution.

4. Upon my review of the IIGO's records, Incarcerated Individual Antonio Thomas appealed ARP JCI-0110-24 to the IIGO, which was dismissed on October 29, 2024.

5. The attached IIGO records are true and accurate copies of original records, which were made at or near the time of the recorded event, by an individual with personal knowledge of the recorded event, and were kept, made and maintained by the DPSCS in the regular course of business.

I have read the above statements and hereby declare under penalties of perjury that the foregoing is true and correct.

4/29/25
Date

F. Todd Taylor, Jr.

2

Exhibit 6



## Department of Public Safety and Correctional Services

### Inmate Grievance Office
6776 REISTERSTOWN ROAD • SUITE 200A • BALTIMORE, MARYLAND, 21215
(410) 585-3840 • FAX (410) 318-6015 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

October 29, 2024

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J. SCRUGGS
SECRETARY

ANTHONY A. GASKINS
CHIEF OF STAFF

JOSEPH SEDTAL
DEPUTY SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT
SECRETARY
DATA, POLICY AND
GRANTS

RENARD E. BROOKS
ASSISTANT
SECRETARY
PROGRAMS,
TREATMENT &
RE-ENTRY SERVICES

F. TODD TAYLOR, JR.
EXECUTIVE DIRECTOR

Antonio Thomas, #461658
JCI

RE:    IGO No. 20240164 – ARP-JCI-0110-24

Dear Mr. Thomas:

I have conducted a preliminary review of your grievance received February 9, 2024 as an appeal from the disposition of ARP-JCI-0110-24. You complain your cellmate threatened you with a knife. He later attacked you causing injury. You claim staff was negligent in failing to prevent the attack.

I have given careful consideration to the issue you raised and have decided that your grievance is without merit. Your allegations do not meet the requirements of Section 10-207 (c) of the Correctional Services and are dismissed. You failed to substantiate that custody staff knew or should have known about the attack or were negligent. I reviewed IID Case No. 23-35-02673 and I note that you refused to cooperate with investigators. I also note that you withdrew your complaint.

You are entitled to judicial review of this final decision by the Inmate Grievance Office by filing a Petition for Judicial Review in the Circuit Court of the County where the Correctional Institution in which you are confined is located. Your Petition must be filed within thirty (30) days of the date of this final decision.

In reaching my decision, I have taken into account the applicable laws, statutes, rules and regulations as well as any departmental policies/directives as they relate to this issue.

Accordingly, your grievance is hereby administratively dismissed pursuant to Md. Code Ann. Corr. Serv. . §10-207(b)(1) and this matter is closed.

Sincerely,

Robin Woolford
Deputy Director

RW/sh

Exhibit 6





## Department of Public Safety and Correctional Services

### Inmate Grievance Office

6776 REISTERSTOWN ROAD • SUITE 200A • BALTIMORE, MARYLAND, 21215
(410) 585-3840 • FAX (410) 318-6015 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J. SCRUGGS
SECRETARY

ANTHONY A. GASKINS
CHIEF OF STAFF

JOSEPH SEDTAL
DEPUTY SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT
SECRETARY
DATA, POLICY AND
GRANTS

RENARD E. BROOKS
ASSISTANT
SECRETARY
PROGRAMS,
TREATMENT &
RE-ENTRY SERVICES

F. TODD TAYLOR, JR.
EXECUTIVE DIRECTOR

April 26, 2024

Antonio Thomas, #461656
JCI

RE:    IGO No. 20240164 – ARP-JCI-0110-24

Dear Mr. Thomas:

I have conducted a preliminary review of your grievance received February 9, 2024 as an appeal from the disposition of ARP-JCI-0110-24. You complain your cellmate threatened you with a knife. He later attacked you causing injury. You claim staff was negligent in failing to prevent the attack.

These allegations are presently under investigation by the Internal Investigative Division of the Division of Correction as IID Case No. 23-35-02673 to determine whether or not criminal proceedings should be instituted. So as to not hinder or interfere with an open investigation and to avoid inconsistent adjudications of the same subject matter, this agency is deferring consideration of your grievance until the receipt of the IID report. After the report is received, IGO will complete its preliminary review.

Sincerely,

Robin Woolford
Deputy Director

cc: Errol Etting, Director of Internal Investigation Division
RW/sh

Exhibit 6

sent
5-26-24



# DPSCS Intelligence & Investigative Division
## Incident Report
8520 Corridor Road Suite H Savage, MD 20763
Phone: (410) 724 - 5720 Fax: (301) 483 - 3106

**Errol E. Etting,**
**Executive Director**

(US/Eastern)

| ORI | County | Venue | | Report # |
|---|---|---|---|---|
| MD0023C00 | Anne Arundel | Jessup | | 23-35-02673 |
| **Report Date / Time** | **Occurrence Date / Time** | | | **File Class** |
| 12/20/2023 12:19 Hrs | 12/20/2023 12:19 Hrs | | | 1 1420 |

| Incident Report Type(s) / Nature of Incident | Supplements |
|---|---|
| Assault (Inmate On Inmate) | Approved Report (1) |

**Summary**

Assault I/I

## Incident Location

| Address | | City | State | ZIP | Country |
|---|---|---|---|---|---|
| 7805 House Of Correction Road | | Jessup | Maryland | 20794 | United States of America |
| **County:** | **Township of Occurrence** | | **Clery Location** | | |
| Anne Arundel | | | | | |
| **Intersection** | | | | | |
| **Latitude** | **Longitude** | **Beat** | **Sub-Beat** | | |
| 39.144947 | -76.779811 | Jessup | JCI | | |

## Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 1 1420 - Cr, 3-202 : Assault-First Degree | Closed | 12/20/2023 12:19 Hrs |
| **Attempted / Completed** | **Weapons Used** | | |
| Completed | Knife/Cutting Instrument | | |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Investigating | D/Sergeant S. Johnson (#2076) | Intelligence & Investigative Div | 0 |
| Reporting | D/Sergeant S. Johnson (#2076) | Intelligence & Investigative Div | 0 |

## Incident People

| Roles | | Supp # | | | |
|---|---|---|---|---|---|
| **Arrestee,Suspect / Offender** | | 0 | | | |
| **Name** | | | **Title** | **Date of Birth** | |
| YELDELL, TREVON ▓▓▓▓ (Primary Name) | | | | ▓▓▓▓ | |

04/08/2017

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| Black or African American | M | 28 Years Old | |

**Address:**

30420 Revells Neck Road Westover, MD 21890 (Date of Info: 06/16/2021)

| Height | Weight | Hair | Hair Length | Skin |
|---|---|---|---|---|
| 602 | 230 | Black Curly | Very Short | Meduim Brown |
| **Eye Color** | **Build** | | **Facial Hair** | **Date of Info** |
| Brown | | | Mustache&Beard | 04/16/2020 |
| **Arrest Date** | **Arrest Type** | | | |
| 01/26/2024 | Summoned/Cited | | | |
| **Person Type** | | | | |
| Inmate | | | | |

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

| Roles | | | | | |
|---|---|---|---|---|---|
| **Victim** | | | | Supp # 0 | |
| Name | | | | Title | Date of Birth ▓ |
| THOMAS, ANTONIO LAMAR (Primary Name) | | | | | |
| Race Black or African American | Sex M | Age at Occurrence 31 Years Old | | DL # ▓ | |
| Address: | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 10/17/2023) | | | | | |
| Height 511 | Weight 175 | Hair Black Afro | | Hair Length Very Short | Skin Meduim Brown |
| Eye Color Brown | Build Medium | | | Facial Hair Mustache&Beard | Date of Info 10/17/2023 |
| Injuries | | | | | |
| Apparent Minor Injury | | | | | |
| Person Type | | | | | |
| Inmate | | | | | |

| Roles | | | | | |
|---|---|---|---|---|---|
| **Witness** | | | | Supp # 0 | |
| Name | | | | Title SGT | Date of Birth ▓ |
| ADELOWO, M▓ (Primary Name) | | | | | |
| Race Black or African American | Sex M | Age at Occurrence 48 Years Old | | DL # ▓ | |
| Address: | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 07/17/2023) | | | | | |
| Height 603 | Weight 224 | Hair Black | | Hair Length | Skin |
| Eye Color Brown | Build | | | Facial Hair | Date of Info 07/17/2023 |

| Roles | | | | | |
|---|---|---|---|---|---|
| **Witness** | | | | Supp # 0 | |
| Name | | | | Title COII | Date of Birth ▓ |
| BAYERO, A▓ (Primary Name) | | | | | |
| Race Black or African American | Sex M | Age at Occurrence 58 Years Old | | DL # ▓ | |
| Address: | | | | | |
| 7805 House of Correction Road Jessup, MD 20794 (Date of Info: 01/31/2024) | | | | | |
| Height 510 | Weight 191 | Hair Black | | Hair Length | Skin |
| Eye Color Black | Build | | | Facial Hair | Date of Info 01/31/2024 |

Report Run On Wednesday, March 06, 2024  By N. Miraglia

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

**Incident Narratives**

## Original Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| D/Sergeant S. Johnson #2076 | 01/16/2024 1320 Hrs | 0 |

**SUBJECT OF INVESTIGATION:**

Assault First Degree, CR-3-202

**LIST OF EXHIBITS:**

1. Statement of COIII M███ Adelowo
2. Statement Of COII A███ Bayero
3. Chain of Custody and Photograph of Weapon
4. Offender Case Management System (OCMS) for inmate Trevon Yeldell B/M DOB███ SID███
5. Offender Case Management System (OCMS) for inmate Antonio L.Thomas B/M DOB███ SID#3033851
6. SIR Serious Incident Report (SIR 23-261) and Use of Force Report
7. Complaint Withdrawal Form (Inmate Antonio L. Thomas)
8. Photographs of Inmate Trevon Yeldell's injury
9. Criminal Summons for Inmate Trevon Yeldell through the District Court of Maryland for Anne Arundel County; Case Number███ ███

**Victim(s):**

Inmate Antonio Thomas

**Suspect(s):**

Inmate Trevon Yeldell

**ACTION TAKEN:**

Jessup Correctional Institution (JCI) Captain Alicia Thompson reported that on 12/20/2023 at 1052 hours, Inmate Trevon Yeldell SID ███ B/M ███ and Inmate Antonio Thomas SID 3033851 B/M ███ were involved in a physical altercation. Both inmates' were in the medication line and began fighting using weapons. Sgt. M███ Adelowo dispersed pepper spray and both inmates were secured and escorted to the JCI medical section. Inmate Antonio Thomas went out 911 to the University of MD Shock Trauma. The ambulance arrived at 1102 hours and left at 1120 hours. Engine #44 and Ambulance #29 from Anne Arundel County were the responding agencies. Inmate Yeldell sustained injuries to his finger and was treated in-house. Inmate Thomas had stab wounds on the back of his head and neck, and shoulder. Inmate Thomas was alert and conscious when he went out 911. COII Laws and COII Bazemore were the escort officers who could be reached at ███. SIR# 23-261 was generated. No staff injuries, and the incident was not captured on camera.

On 12/20/2023 at approximately 1230 hours Detective Sergeant Lewis and I responded to the University of Maryland, Shock Trauma for a condition check and interview of the victim Antonio Thomas. The interview took place on the fifth floor at 1247 hours. Inmate Thomas refused to cooperate with this investigation and stated he "didn't remember what happened, or who did it" to him. The injuries to the inmate were not able to be photographed due to his pain level and not wanting to continue with the investigation.

On 12/20/2023 D/Sergeant Lewis and I responded to JCI and spoke with Captain Higgins. Captain Higgins advised that the incident occurred during medication movement in front of the multipurpose building, and there was no crime scene or video of the incident. The Captain further made arrangements to have the Correctional Officers involved, COIII Adelowo, and COII Bayero available to be

Exhibit 6

interviewed by us.

On 12/20/23 at approximately 1430 hours, D/Sgt Lewis and I interviewed COIII Adelowo in a private room at JCI. COIII Adelowo stated he observed Inmate Yeldell walk towards Inmate Thomas during medication movement in front of the multipurpose building. Inmate Yeldell started stabbing Inmate Thomas in the neck area. He stated he ordered the inmates to stop, but they refused, and dispersed pepper spray at the inmates. He further stated that Inmate Yeldell dropped the weapon and laid on the ground. COIII stated that once Inmate Yeldell was handcuffed, he recovered the weapon that was used. During the interview, it was also learned the inmates knew each other due to being cellmates at one time. COIII Adelowo advised his written statement was true and accurate to the best of his memory. **(See Exhibit #1)**

On 12/20/2023 at approximately 1445 hours, D/Sgt Lewis and I interviewed COII A⬛⬛⬛Bayero in a private room at JCI. COII Bayero stated that at approximately 1052 hours, he observed two inmates involved in an altercation. He called a 10-10 code (Inmate/Inmate Fighting) for officer assistance. He stated the inmates were separated and escorted to medical for further evaluation. COII Bayero Stated that his written statement was true and accurate to the best of his memory. **(See Exhibit #2)**

While exiting the facility COII A⬛⬛ Kazeem provided us with the homemade weapon recovered in this incident. The weapon appeared to be homemade, approximately six inches in length, and sharpened to a point. The weapon was retrieved and transported to the DPSCS IID Savage Dropbox and submitted as evidence. **(See Exhibit #3)**

On 12/21/2023, I utilized the Offender Case Management System (OCMS) and obtained the information on Inmate Trevon Yeldell. I learned that he was incarcerated ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛ **(See Exhibit #4)** I again utilized the Offender Case Management System (OCMS) and obtained the information on Inmate Antonio L. Thomas. I learned that he was incarcerated for Armed Robbery and received a sentence of 30 years with a maximum release day of 06/01/2035. **(See Exhibit #5)**

On 12/28/2023, I received and reviewed the Serious Incident Report (SIR 23-261) and Use of Force (UOF) report from Captain M⬛⬛Jenable. It indicated that on 12-20-2023 Officer A⬛⬛⬛ Bayero who was assigned Central Control called a 10-10 with a weapon at 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant M⬛⬛ Adelowo. Sergeant Adelowo, and Officer Bayero witnessed a commotion in front of the medical line area, Sergeant Adelowo and Officer Bayero observed two inmates engaging in what appeared to be a fight with closed fists and a homemade weapon involved. Both inmates's were identified as Thomas, Antonio SID#303385(E A 118), and Yeldell, Trevon SID⬛⬛⬛ (D-D 809). Responding staff Sgt.Adelowo, and Officer Bayero who were on the scene, gave several direct orders to both combative inmates to stop fighting. Both inmates did not comply with the orders given, and Sergeant Adelowo disbursed a one-second burst of OC spray to the facial area of Inmate Thomas, Antonio SID#303385, and Yeldell, Trevon SID⬛⬛⬛ to stop the assault. Ofc. Fonkem handcuffed Inmate Thomas, Antonio SID# 303385 assigned to E A 118, and escorted him to medical, and Sergeant Adegbite handcuffed Inmate Yeldell, Trevon SID#⬛⬛⬛ assigned to D-D 809, and escorted him to medical. Both inmates were escorted to medical for evaluation. Inmate Thomas, Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to the University of Maryland, Shock Trauma. Engine #29 from Anne Arundel County arrived at the JCI Sallyport at 1102 hours and exited at 1120 hours. Officers T⬛⬛ Laws and M⬛⬛ Bazemore were the escort Officers. Inmate Thomas was alert and responsive upon exiting JCI. Inmate Yeldell, Travon SID⬛⬛⬛ was seen, and treated in medical, and placed in B building on disciplinary segregation pending Adjustment without further incident. Both inmates were identified by the tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions. A 6-inch homemade weapon was recovered with a white sheet wrapped at the end and sharpened to a point. At 1159 hours PCO T⬛⬛ Stirkens of IID was notified of this incident and issued case number 23-35-02673 and OCMS event 2023-0062530 was generated. All notifications were made in accordance with OPS. 020.0003. **(See Exhibit #6)**

On 01/18/2024, I responded to JCI and interviewed Inmate Antonio L. Thomas about this incident. I asked Inmate Thomas to explain in detail what occurred when he was assaulted. Inmate Thomas stated that he did not want to give a statement and refused to provide me with any information regarding this investigation. I then provided Inmate Thomas with a Complaint Withdrawal Form, which he read, understood, and signed. Inmate Thomas wrote, "I would not like to pursue criminal charges" in the comment section. **(See**

Exhibit 6

**Exhibit #7)**

On 01/18/2024, I also attempted to interview Inmate Trevon Yeldell. Inmate Yeldell refused to exit his cell for the interview.

On 01/23/2024, I retrieved photographs from Lieutenant B█████ Ahmed of the JCI Intel Unit showing Inmate Thomas's injury from the incident.(SEE Exhibit #8) Lieutenant Ahmed also confirmed there was no video of the incident. **(See Exhibit #8)**

On 01/24/2024, I obtained a Criminal Summons against Inmate Trevon Yeldell under the District Court of Maryland for Anne Arundel County; Case Number███████████. The following charges were issued; Assault 1st Degree CR 3 202, Assault-Sec Degree CR 3 203, Poss/Rec Weapon While Conf/Det CR 9 412, Poss Contbnd-Place of Confinem CR 9 412 (a)(3), and Reckless Endangerment CR 3 204 (a)(1)

On 01/26/2024, I responded to Jessup Correctional Institute (JCI) and served Inmate Trevon Yeldell with the Criminal Summons. Inmate Yeldell accepted and signed the criminal summons. **(See Exhibit #9)**

On 01/26/2024, I responded to the District Court of Maryland for Anne Arundel County and turned the Criminal Summons over to the court. Based on the totality of circumstances, including the written/verbal statement of COIII M█████ Adelowo stating Inmate Trevon Yeldell attacked and stabbed Inmate Antonio L. Thomas with a homemade weapon, I believe that criminal charges are necessary for this incident. I have concluded Inmate Trevon Yeldell has been charged accordingly and is awaiting trial.

No further investigation at this time.

| Signed: D/Sergeant S. Johnson #2076 | Reviewed: D/Lieutenant J. Nwanja #2015 |
|---|---|

# EXHIBIT 1

Exhibit 6

Jessup Correctional Institutic
Jessup, Maryland

23-35-02673 - Intelligence & Investigative Div

DATE: _12/20/23_

## MATTER OF RECORD

| NAME: | NUMBER: | CELL: |
|---|---|---|

FACTS: On Wednesday December 20, 2023, I Sergeant M█████ Adelowo assigned to Central Control. At approximately 1052 hrs during Winslow medication movement, I Observed Incarcerated Individual (II) Trevon Yeldell SID █████ OD809 Walked towards II Antonio Thomas SID 3033851 EA118 Stabbing him in the neck. I Sgt Adelowo ordered II Trevon Yeldell to stop which he refused. I then dispursed the O.C Spray to the facial area of II Thomas and II Yeldell. II Yeldell dropped The weapon in his hand and Laid on the ground. II Yeldell was handcuffed and I Sgt Adelowo recovered the weapon used.

End of report

CONTINUED ON REVERSE

REPORTED BY: ██████████    TITLE: _AOW_

NAME (PRINT)  _ADELOWO M█████_

REMARKS BY SUPERVISOR:

_12/20/2023_

SUPERVISOR'S SIGNATURE

Exhibit 6

# EXHIBIT 2

Exhibit 6

Jessup Correctional Institutic
Jessup, Maryland

23-35-02673 - Intelligence & Investigative Div

DATE: 12/20/2023

## MATTER OF RECORD

NAME: _____   NUMBER: _____   CELL: _____

FACTS: On 12/20/2023, I Officer A████████ Bayero CODI was assigned to Central Control at Multi-Purpose Building on 743. Approximately 10:52 hrs, while window meds in progress, I Observed two IIB, in altercations. I thereby called code 10-10 for Officers Assistance. The two II were Isolated and Escorted to medical for further Evaluation

CONTINUED ON REVERSE

REPORTED BY: ████████████   TITLE: COII

NAME (PRINT): R████████

REMARKS BY SUPERVISOR:

SUPERVISOR'S SIGNATURE   12/20/23

SSS #3

Report Run On Wednesday, March 06, 2024  By N. Miraglia

Page: 9 of 52

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

# EXHIBIT 3

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

| **MARYLAND STATE POLICE** | | FSD #: | |
|---|---|---|---|
| **REQUEST FOR LABORATORY EXAMINATION - CHAIN OF CUSTODY LOG** | | -FSD21- | |

| Submitting Agency/Barrack: | Return Evidence to: (indicate agency/barrack) | Case # | Property Held #: |
|---|---|---|---|
| Investigator Name: | | Investigator Email: | Investigator Phone #: |

Offense:

Check for CDS: ☐ CDS Possession ☐ CDS PWID ☐ Unknown

| | Offense Date: | County: |
|---|---|---|
| | 12-20-23 | |

Suspect ☐ Juvenile ☐ Unknown   DOB: ████████    FBI #:    SID #: ████████

Last: YELDELL    First: IREVON    MI:    SUF:

Victim ☐ Unknown    DOB:

Last:    First:    MI:    SUF:

Type of Examination Requested: ☐ N/A

Crime Lab Use Only:

## LIST OF ARTICLES

| FSD Exhibit # (lab use only) | Item # | Description |
|---|---|---|
| | 1 | Six inches long Homemade weapon Sharppened at to a point |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The undersigned hereby certifies that the above listed evidence submitted in this case, while in custody, remained and was delivered to the person/location indicated on the date and time stated in essentially the same condition as when received, except that material or portion consumed in the analysis at the Forensic Sciences Division.

| Type/Print and Sign Name or Location<br>Line # 1: Location or Person Where Evidence was Obtained<br>Line # 2: First Person Who Takes Possession of Evidence | Date | Time | | | | |
|---|---|---|---|---|---|---|
| 1. Irevon Yeldell ████ | 12/20/23 | 10:52 am | 11. | | | |
| 2. Sgt M████ Adelow | 12/20/23 | 10:52 am | 12. | | | |
| 3. Contraband Container | 12/20/23 | 11:00 am | 13. | | | |
| 4. Contraband Locker | 12/20/23 | 12:17 pm | 14. | | | |
| 5. | | | 15. | | | |
| 6. | | | 16. | | | |
| 7. | | | 17. | | | |
| 8. | | | 18. | | | |
| 8. | | | 19. | | | |
| 10. | | | 20. | | | |
| | | | 21. | | | |
| | | | 22. | | | |

Report Run On Wednesday, March 06, 2024  By N. Miraglia

Page: 11 of 52

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

# Department of Public Safety and Correctional Services
## JESSUP CORRECTIONAL INSTITUTION
## P.O. Box 534
## Jessup, Maryland 20794.



| | |
|---|---|
| **INMATE (S) NAME:** | YELDELL TREVON SID# |
| **EVENT#** | 2023-0062396 |
| **TIME:** | 1052HOUR |
| **DATE:** | 12/20/2023 |
| **LOCATION:** | MPB ENTRANCE MEDICAL LINE |

ON DECEMBER, 20TH, 2023,



Exhibit 6

23-35-02673 - Intelligence & Investigative Div

ns for Completing Form MSP 67

...me of the person or the specific location from which the ... suspect's vehicle, etc.

...erson who takes possession of the evidence at the original

...of the next person handling the evidence, or location where ... lock box or property room. This includes the signature of ... move the evidence from a lock box to the property room.

...se of the location where the evidence is placed will be ... sequential order. Example: The person recovering the ...nother person, the entry on line 1, will be the original source.

...who recovered the evidence from the original source

...son who handles the evidence.

...as transferred to at that point, e.g. lock box, property locker, ... he next person who handles the evidence.

...oted in sequential order as mentioned above until the

Exhibit 6

# EXHIBIT 4

Exhibit 6

**Mi-Case**
OFFENDER MANAGEMENT
Version: 5.9.0.4
Aria, Area DOC_Data_Integration / Location:

| | | |
|---|---|---|
| Name: | evon Yeldell | |
| SID: | | |
| CL#: | 00441181 | |
| Location: | JCI B_B_202_A | |

| | | |
|---|---|---|
| Security Level: | Medium | |
| Restrictive Status: | Dis Seg | |
| Housing Status: | Normal | |
| Status: | Sentenced | |

| | |
|---|---|
| Assignment: | CM-WJ-Dis Seg |
| Current Rel Date: | 23-35-02673 - Intelligence & Investigative Div 7/22/2044 |
| Enemies: | Y |
| VPI: | No Info |

𝆕 johnsosj  (DOC - HQTRS)

Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout

Home > Search > Intake Interview List > Rule Violation Summary > **Add Rule Violation**

**Inmate Discipline**
☐ Add Rule Violation
☐ Inmate Hearing Record
☐ Inmate Hearing Decision Review
☐ Rule Violation Summary

**Staff Report**

Event ID#: 2023-0062530          Case Number : 2023-029

★ General Location:          Other Outdoor Area          ⌄

★ Specific Location:          Medication Window

★ Date And Approximate Time of Conduct :          12/20/2023     10 ⌄   52 ⌄

Recommended Charge:

| | | |
|---|---|---|
| 102 | Commit assault or battery on an inmate | X |
| 105 | Possess, use, or manufacture a weapon | X |
| 315 | Possess or pass contraband | X |
| 316 | Disobey an order | X |

Add Recommended Charge

100 (Engage in a disruptive act)          ⌄

★ Reporting Staff:          Same as User          Different than User

Last Name:          Adelowo

First Name:          M.

Title:          COIII

★ Report Facts:

On December 20th, 2023 Officer A█████Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant M███ Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were Identified as Thomas, Antonio SID#303**** (E-A 118) and Yeldell, Trevon SID█████(D-D 809). Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's  did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#303****, and Yeldell, Trevon SID████ to stop the assault.  Both II's were escorted to medical for evaluation I/I Thomas, Antonio SID# 303**** assigned to E-A 118. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV). Sgt. Adelowo recovered 6" inches long metal, inmate homemade weapon,

Check Spelling

Date Of Report :          12/21/2023

Signature:

████ ████

**Supervisor Review Action**

**Shift Commander's Administrative Segregation Review**

**Notice of Inmate Disciplinary Hearing**

Exhibit 6



## Department Of Public Safety and Correctional Services
### Inmate Waiver of Appearance with a Plea Agreement

Inmate Name: Trevon Yeldell    SID Number: ▓▓    Facility Location: JCI

Housing Location: DB-202    Date of Report: 12/20/2023    Event Number: 2023-006259(

Rule Violation Charges: 105, 315, 102, 316

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### I. Inmate Waiver with Plea Agreement ( check those factors that apply):

X The subject inmate informed me that they wish to waive an appearance before the hearing officer and accept a plea agreement in this matter and accept the following: *(Check box that applies)*

☒ Guilty

☐ Informal

☐ Incident Report

☐ Institution has elected NOT TO PURSUE. *(Please Note Reason)*

☐ Not Competent *( Please Note If a DPSCS Form 124-225aR was Completed)*

Merging Tickets
#028
#029

#### With the Following Sanctions:

| | | |
|---|---|---|
| ▓ Days Loss Credits | | |
| ▓ Days Segregation | Effective Date: | ▓ |
| ▓ Days Cell Restriction | Effective Date: | |
| ▓ Days Loss of Visits | Effective Date: | |
| ▓ Days loss of Commissary | Effective Date: | |
| ▓ Days loss of Phones | Effective Date: | |

**Notes:**

**Pleading Guilty:** ▓    **Not Pursuing:** ▓

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### II. Inmate Signature:
I understand and agree to waive my appearance before a Hearing Officer in regard to the above rule violation(s) charged. I have made an informed decision not to appear and I waive my participation in the hearing for the rule violation(s) charged and accept the plea agreement listed above. This pl is given voluntarily and I understand by accepting this plea I waive my right to appeal the decision as well as a representative, witness, and/or evidence I may have requested. I also acknowledge this decision will be maintained in my case record.

*I have read the above statement and understand by my signature below I accept this to be tru*

Inmate Signature: X ▓    SID #: ▓    Date 12-24-2

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### III. Reporting Staff:
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in this document are true.*

X Inmate was correctly identified by me at service

| Signature: ▓ | ▓ | 12-26-23 | 11 1/6 AM |
|---|---|---|---|
| Officer | COII Signature | Date | Time |

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

Department of Public Safety and Correctional Services
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                    SID Number: ████████    Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: 2023-0062530          Case Number: 2023-029    Housing Location: JCI B_B_202_A
Hearing Officer of Record: A████████Adewole    Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

**Receipt of this Notice: By my signature below, I acknowledge receipt of this Notice and understand a refusal to sign for receipt of this Notice shall be deemed a waiver of the Facility's service obligation.**

Inmate Signature:_____ Date:_____

**Service of this Notice:** Inmate identified at service. Inmate refused to sign for receipt of this Notice. Inmate received a copy of this Notice at Service.

*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth above regarding Service of this Notice are true.*

Served By: _____     Time:_____ **AM/PM**
              *Print Name*              *Signature*                    *Date*

Exhibit 6

epartment of Public Safety and Correctional Ser      ;        23-35-02673 - Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                    SID Number: ▮         Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: 2023-0062530                  Case Number: 2023-029      Housing Location: JCI B_B_202_A
Hearing Officer of Record: A▮▮▮▮Adewole         Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

Preliminary Review

### Appearance of Defendant Inmate:

Reason for not appearing: Waived appearance
Comment:

### Service of Notice on Defendant Inmate:

Defendant received a copy of notice of inmate Rule Violation from:   Yes
Comment:

### Facility Representation:

Facility Request Representative: Yes
Comment:

Facility Representative: Ofc Otusajo

### Defendant Inmate Representation Request:

Defendant request representation: No
Comment:

### Defendant Inmate Witness Request:

Defendant requested witness or witnesses on notice at Service: No
Comment:

### Defendant Inmate Evidence Request:

Defendant requested evidence: No
Comment:

### Motion Request:

Was there a motion request: No
Comment:

### Defendant Inmate Attachment Review

Attachment Review: No
Comment:

### Defendant Inmate Plea to Rule Violation Charge:

Exhibit 6

Department of Public Safety and Correctional Ser    s    **23-35-02673 - Intelligence & Investigative Div**
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                     SID Number: ██████        Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: 2023-0062530                    Case Number: 2023-029        Housing Location: JCI B_B_202_A
Hearing Officer of Record: A█████████Adewole    Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

Case Presentation

---

**Appearance of defendant inmate:**
Date of Appearance: 12/26/2023        Comment:

**Preparation of Hearing Participants:**
Are participants prepared to proceed with hearing?   Yes

**Case Presentation:**
Two cases merged (2023-028 & 029)

███████████████████████████████████████

**Informal Resolution:**
Hearing Officer offered Defendant an informal Resolution:   No

---

Hearing Officer Decision

---

**List evidence found credible:**

**Based on the credible evidence, the finding of Fact:**

███████████████████████████████████████

**Decision:**

███████████████████████████████████████

**Based upon the credible evidence and findings of facts, provide a written explanation for the Decision:**

███████████████████████████████████████

Exhibit 6

epartment of Public Safety and Correctional Se    s
23-35-02673 - Intelligence & Investigative Div
INMATE HEARING RECORD

Inmate Name: TREVON YELDELL                SID Number: ▮▮▮▮        Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution
Event ID Number: 2023-0062530              Case Number: 2023-029      Housing Location: JCI B_B_202_A
Hearing Officer of Record: A▮▮▮▮ Adewole   Reporting Staff Name: M. Adelowo
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

---

### Sanction Imposition

**Adjustment History:**
The defendant inmate's adjustment History is:

Adjustment History Override:

**Adjustment History Sentencing Matrix:**



**Alternative Sanction:**

**Suspension of Visitation privilege Imposition:**

| No Records |
| --- |

Comment:

Name of Hearing Officer: A▮▮▮▮ Adewole                                    Title: Agent
Date of Decision: 12/26/2023

4 of 5

Exhibit 6

Department of Public Safety and Correction  Services

**INMATE HEARING RECORD**

23-35-02673 - Intelligence & Investigative Div.

Inmate Name: TREVON YELDELL
Facility Location: Jessup Correctional Institution
Event ID Number: 2023-0062530
Hearing Officer of Record: A███████ Adewole
Inmate Rule Violation Charged: 102 , 315 , 316 , 105

SID Number: ███████    Date of Report: 12/21/2023

Case Number: 2023-029    Housing Location: JCI B_B_202_A
Reporting Staff Name: M. Adelowo

---

## APPEAL of HEARING OFFICER DECISION

A defendant inmate may only appeal a formal disciplinary hearing decision and/or sanction. If you wish to appeal, you may use this form for that purpose. Do not use Administrative Remedy Procedure forms for your appeal. Your appeal must be submitted to the warden of the facility where you are housed at the time of the appeal so that it is received by the warden within 15 calendar days from the date you received the hearing officer's decision. You may continue on the reverse (please indicate such) and use additional pages if needed (when doing so please indicate the total number). A failure to appeal within the stated 15 calendar days will be deemed a waiver of an appeal.

If your appeal to the warden is denied or you do not receive a response to your appeal from the warden, you may file a grievance with the Inmate Grievance Office. Under COMAR 12.07.01.05C, your grievance must be filed within 30 days of the date that:

1) you received the warden's final response to the appeal; or

2) the Warden's response to the appeal was due to you. The Warden's response is due 30 days from the date you received the hearing officer's decision.

State Reasons for Appeal of the Hearing Officer's Decision and/or Sanction:

Signature: _____ Date: _____

Exhibit 6

23-35-02673 - Intelligence & Investigative D.

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: TREVON YELDELL | SID Number: ▮▮▮ | Facility Location: Jessup Correctional Institution |
| Event ID Number: 2023-0062530 | Case Number: 2023-029 | Control Number: 00441181 |
| Reporting Staff Name: M. Adelowo | | Position: COIII    Date of Report: 12/21/2023 |
| Rule Violation Charge: 105 , 315 , 316 , 102 | | Housing Location: B_B_202_A |

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _J. Drummond 8D823_

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request: _Camera  picture if picture if_

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

---

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: ▮▮▮    SID#: ▮▮▮    Date: _12-22-23_    Time: _9:55_    (AM)/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☑ Was correctly identified by me at service;

☑ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _FONBONG COII_ ▮▮▮    _12-22-23    9:55_ (AM)/PM
        *Print Name and Title*            *Signature*        *Date and Time*

Exhibit 6

Department of Public Safety and Correctional Services <sup>23-35-02673 - Intelligence & Inves</sup>

## NOTICE OF INMATE RULE VIOLATION

Inmate Name: TREVON YELDELL    SID Number: █████    Date of Report: 12/21/2023
Facility Location: Jessup Correctional Institution    Control Number: 00441181
Event ID Number: 2023-0062530    Case Number: 2023-029    Housing Location: JCI B_B_202_A
Reporting Staff Name: M. Adelowo    Position:COIII

---

**Reported Facts:**

Date of reported conduct:    12/20/2023    Time of reported conduct:    10:52 AM

**Reported Facts:**

On December 20th, 2023 Officer A██████ Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant M█ Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#303**** (E-A 118) and Yeldell, Trevon SID█████ D-D 809). Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#303****, and Yeldell, Trevon SID█████ to stop the assault. Both II's were escorted to medical for evaluation I/I Thomas, Antonio SID# 303**** assigned to E-A 118. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV). Sgt. Adelowo recovered 6" inches long metal, inmate homemade weapon, sharpened to a point,wrapped at one end with white and red clothing material .

**Recommended Charge:** 316 , 315 , 102 , 105

**Signature of Reporting Staff :**
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:    M. Adelowo    COIII    ██████████    12/21/2023
    *Print Name and Title*    *Signature*    *Date*

---

**Supervisor Review Action**

☐ Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑ Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
    ☑ Recommended Administrative Segregation Assignment Pending Formal Hearing    ☑ Use Of Force Reported
☐ Contraband Disposition

Rule Violation Charge :
102.Commit assault or battery on an inmate
105.Possess, use, or manufacture a weapon
315.Possess or pass contraband
316.Disobey an order

Comments :

Shift Supervisor :    M█████ Venable    Agent    ██████████    12/21/2023
    *Print Name and Title*    *Signature*    *Date*

&lt;br /&gt;&lt;br /&gt;

Exhibit 6

# Redacted under GP §3-602 of the Correctional Services Article

Exhibit 6

# EXHIBIT 5

Exhibit 6

**Mi-Case**

DIVISION MANAGEMENT

Version: 5.9.0.4

App: Ard  DOC DISCIPLINE FILE

| | | |
|---|---|---|
| Main: Antonio L Thomas | Security Level: Ma | Assignment: CM-WJ-Dietary |
| SID: 3033851 | Restrictive Status: Adm Seg | Current Rel Date: 23-35-02673 - Intelligence & Investi |
| CL#: 00461658 | Housing Status: Normal | Enemies: Y |
| Location: JCI B_D_407_B | Status: Sentenced | VPI: No Info |

johnsosj  (DOC - HQTRS)

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**

Home > Search > Intake Interview List > Rule Violation Summary > Add Rule Violation

**Inmate Discipline**
☐ **Add Rule Violation**
☐ Inmate Hearing Record
☐ Inmate Hearing Decision Review
☐ **Rule Violation Summary**

**Staff Report**

Event ID#: 2023-0062530          Case Number : 2023-038

★ General Location:          Other Outdoor Area          ˅

★ Specific Location:  .          Medication Window

★ Date And Approximate Time of Conduct :          12/20/2023    10 ˅    52 ˅

Recommended Charge:

| | | |
|---|---|---|
| 102 | Commit assault or battery on an Inmate | ✗ |
| 316 | Disobey an order | ✗ |

100 (Engage in a disruptive act)                                                                          ˅

★ Reporting Staff:          Same as User          Different than User

Last Name:          Adelowo

First Name:          M.

Title:          COIII

Font  Arial  ˅    Size  1  ˅

★ Report Facts:

On December 20th, 2023 Officer A▮▮▮▮▮▮▮Bayero who was assigned Central Control called a 10-10 code (inmate Fighting) with a weapon at approximately 1052 hours via radio transmission while standing at the entrance of the medication line with Sergeant M▮▮▮▮▮Adelowo. Sergeant Adelowo, and Officer Bayero witnessed the Inmate assault in front of medication line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved. Both I/I's were identified as Thomas, Antonio SID#30333851 (E-A 118) and Yeldell, Trevon SID#▮▮▮▮**** (D-D 809). Responding staff Sgt. Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray toward the facial area of II Thomas, Antonio SID#30333851, and Yeldell, Trevon SID#▮▮▮▮**** to stop the assault. Both II's were escorted to

Check Spelling

Date Of Report :          12/21/2023

Signature:

**Supervisor Review Action**

**Shift Commander's Administrative Segregation Review**

**Notice of Inmate Disciplinary Hearing**

Exhibit 6

**Mi-Case**
OFFENDER MANAGEMENT
Version: 5.9.0.4

| Name | Antonio L. Thomas | Security Level: | Ma... n | Assignment: 23-35-02673 - Intelligence & Investigativ |
|---|---|---|---|---|
| SID: | 3033851 | Restrictive Status: | Adm Seg | CM-W1-Dietary |
| CL#: | 00461658 | Housing Status: | Normal | Current Rel Date: 10/27/2034 |
| Location: | JCI B_D_407_B | Status: | Sentenced | Enemies: Y. |
| | | | | VPI: No Info |

johnsosj (DOC - HQTRS)

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**

Home > Search > Intake Interview List > WIP Summary > Demographics

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☐ Intake Interview List
☐ WIP Summary
☐ Demographics
☐ Charges
☐ Aliases
☐ Personal Information
☐ Contact Information
☐ Emergency Contacts
☐ Notes
**Fingerprinting**
☐ Fingerprinting
**Medical**
☐ Medical Dashboard
☐ DNA Collection
**Case Notes/Alerts**
☐ View
☐ Add Case Note
☐ Add Alert
**Sentence Calculation**
☐ Legal Summary
**Documents**
☐ Documents Queue
☐ Documents
**Housing**
☐ Bed Inventory
**Weekender/BCJL**
☐ Weekenders Log
☐ BC Jail
**Orientation/PREA**
☐ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☐ Release Activities

## Demographics

| | | | |
|---|---|---|---|
| Tracking # : | 171001174304 | Case # : ✱ | C02CR17000874 |
| FBI # : | | BIN # | |
| Originating F'lty : | MRDCC ▼ | | |

**Personal**

No Name Provided : ☐

| | | | |
|---|---|---|---|
| Title : | ▼ | | |
| First Name : ✱ | ANTONIO | Middle Name : | LAMAR |
| Last Name : ✱ | THOMAS | Suffix : | ▼ |
| Court Title : | ▼ | Court Date of Birth: | |
| Court First Name : | | Court Middle Name : | |
| Court Last Name : | | Court Suffix : | ▼ |
| Inmate Type : ✱ | Sentenced-DPSCS-Sentenced ▼ | Reason for Confinement : ✱ | Sentenced ▼ |
| Sex : ✱ | Male ▼ | Marital Status : ✱ | Single ▼ |
| D.O.B.: ✱ | ▇▇▇▇ Age: 31 | D.O.B. Unknown : | ☐ |
| SSN : | ▇▇▇▇ | | |
| Race : ✱ | Black ▼ | PBMS : ✱ | Black ▼ |
| Admission Date | 12/27/2017   11 ▼   53 ▼ | | |

**Return Dates**

| Sequence # | Return Date |
|---|---|
| Add Return Date | |

**Appearance**

| | | | |
|---|---|---|---|
| Weight (lbs) : ✱ | 175 | | |
| Height: ✱ | 5 ▼ Ft. 11 ▼ Inches | | |
| Skin Tone : | Medium ▼ | Eye Color : ✱ | Brown ▼ |
| Facial Hair : | ▼ | Hair Color : ✱ | Black ▼ |
| Hair Style : | Eg. Mullet | Hair Length : | ▼ |

PREA :   ○ PREA AP   ○ PREA MX   ○ PREA ND   ○ PREA VP   ○ Potential Predator   ○ Victim   ○ Vulnerable

| | | |
|---|---|---|
| Country of Citizenship : ✱ | United States ▼ | |
| Place of Birth : ✱ | United States ▼ | |
| Please select a State : ✱ | Maryland ▼ | |

**Primary Incident**

Report Run On Wednesday, March 06, 2024 By N. Miraglia

Page: 31 of 52

Exhibit 6

**Mi-Case**

OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_DEMOGRAPHICS

| | |
|---|---|
| Name: | Antonio L Thomas |
| SID: | 3033851 |
| CL#: | 00461658 |
| Location: | JCI B_D_407_B |

| | |
|---|---|
| Security Level: | Maxin |
| Restrictive Status: | Adm Seg |
| Housing Status: | Normal |
| Status: | Sentenced |

| | |
|---|---|
| Assignment: | EMoNG-Dietary |
| Current Rel Date: | 23-35-02673 - Intelligence & Investigative Div |
| | 10/27/2034 |
| Enemies: | Y |
| VPI: | No Info |

johnsosj  (DOC - HQTRS)

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**

Clear

⚠ Please add a primary charge in either the this section or the bottom section of the charge.

Primary Charge    CJIS Law    COMAR    Other / Traffic

| | |
|---|---|
| CJIS Code | 2 0705 |
| CJIS Description | ARMED ROBBERY |
| ACM Code | CR3403 |
| Common Law | |
| Local Laws | |
| Description | |

[ Save ]  [ Cancel ]    [ Next ]  [ Clear all fields ]

Exhibit 6



**Mi-Case**
OFFENDER MANAGEMENT

Version: 5.9.0.4
App_Area: SENTENCE_CALC

SID: 3033851
CL#: 00461658
Location: JCI B_D_407_B

Security Level:
Restrictive Status:
Housing Status:
Status:

Maximum
Adm Seg
Normal
Sentenced

26-35-02673 - Intelligence & Investigative Div

Assignment:
Current Rel Date:
Enemies:
VPI:

**Home    Intake ▶    Housing ▶    Transfer ▶    Inmate Interaction ▶    Parole Commission ▶    Help    Logout**          johnsosj   (DOC - HQTRS)

Home > Search > Intake Interview List > WIP Summary > Legal Summary

☐ Calculator
**Offender Info**
☐ Legal Summary
■ Time Credit Record
☐ Local Credits Table
☐ DOC Credit Table
☐ DOC Offense Summary
☐ DOC Revoked Credit Table
☐ Release Forms

**Legal Summary**

Current Release Date:              10/27/2034

Maximum Expiration Date:        06/01/2035

No Time Credit Record

**Sentences**

| Sequence # | Imposition Date | Case Number | Type | Sentence Length | Start Date | Expiration Date | Comments | Modify | View |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 12/07/2017 | C02CR1700874 | Concurrent | 10 Years | 6/1/2017 | 6/1/2027 | | 🖊 | 👓 |
| 02 | 12/07/2017 | C02CR1700874 | Concurrent | 10 Years | 6/1/2017 | 6/1/2027 | 5 years w/o parole | 🖊 | 👓 |
| 03 | 12/20/2017 | 511136003 | Consecutive | 4 Years | 6/1/2027 | 6/1/2031 | | 🖊 | 👓 |
| 04 | 12/20/2017 | 511136004 | Consecutive | 4 Years | 6/1/2031 | 6/1/2035 | | 🖊 | 👓 |

Add New Sentence              Add New Break              Generate S.C Worksheet

Exhibit 6

**Mi-Case**
DETENTION MANAGEMENT

Version: 5.9.0.4
App_Area:DOC_CHARGE_LIST

Name: Antonio Currie

SID: 3033851
CL#: 00461658
Location: JCI_B_D_407_B

Security Level: Maximum
Restrictive Status:
Housing Status: Adm Seg
Status: Normal Sentenced

Assignment: 23-35-02673 - Intelligence & Investigative Div
Current Rel Date: 10/27/2034
Enemies: Y
VPI: No Info

Home     Intake ▶     Housing ▶     Transfer ▶     Inmate Interaction ▶     Parole Commission ▶     Help     Logout

👤 johnsosj  (DOC - HQTRS)

Home > Search > Intake Interview List > WIP Summary > Charges

**Info**
You may not add charges to an existing Intake event.

**Charge List**

**Body Receipt**
☐ Search Body Receipt
**Intake Interview**
☐ Intake Interview List
☐ WIP Summary
☐ Demographics
☐ Charges
☐ Aliases
☐ Personal Information
☐ Contact Information
☐ Emergency Contacts
☐ Notes
**Fingerprinting**
☐ Fingerprinting
**Medical**
☒ Medical Dashboard
☒ DNA Collection
**Case Notes/Alerts**
☐ View
☐ Add Case Note
☒ Add Alert
**Sentence Calculation**
☒ Legal Summary
**Documents**
☐ Documents Queue
☐ Documents
**Housing**
☐ Bed Inventory
**Weekender/BCJL**
☒ Weekenders Log
☐ BC Jail
**Orientation/PREA**
☐ Orientation/PREA List
**Dashboards**
☐ WIP Dashboard
**Release Planning**
☒ Release Activities

| Tracking # | Case # | FED ID | Charge Type | Charge Code | Legal Ref | Charge Description | Primary Incident? | |
|---|---|---|---|---|---|---|---|---|
| 171001174304 | C02CR17000874 | | CJIS | 2 0705 | CR3403 | ARMED ROBBERY | * | 📝 |

Add New Charge

[ Next ]

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

# EXHIBIT 6

Exhibit 6

Appendix 1 to OPS.020.0003
E-mail: sir.doc@maryland.gov

Department of Public Safety and Correctional Services

| X | Preliminary |  | Final |

# Serious Incident Report

Page 1 of 3

| Control # | JCI | - | 2023 | - | 261 | Incident Date: | 12/20/2023 | Time: | 10:52 a.m. |
| | Facility | | Year | | Sequence # | | | | |

| **Section A   Incident Categories** | **Section B** | **Facility Notifications** | |
|---|---|---|---|

| **Section A   Incident Categories** |
|---|
| **Priority 1** |
| 1a   Accidental Firearm Discharge |
| 1b   Adverse Job Action |
| 1c   Arrest, Staff |
| 1d   Assault, Inmate, Life Threatening |
| 1e   Assault, Staff, Life Threatening |
| 1f   Attempted Escape |
| 1g   Deadly Force |
| 1h   Death, Inmate, Accidental |
| 1i   Death, Inmate, Homicide |
| 1j   Death, Inmate, Suicide |
| 1k   Death, Inmate, Unknown |
| 1l   Death, Staff on Duty |
| 1m   Disturbance, Force Used |
| 1n   EOC Activation |
| 1o   Escape |
| 1p   Fire, Fire Dept. Required |
| 1q   Hazard, Evacuation Required |
| 1r   Homicide, Staff |
| 1s   Injury, Inmate, Life Threatening |
| 1t   Injury, Staff, Life Threatening |
| 1u   other, Hold Staff/Contractor Hostage |

| **Section B**  Facility Notifications | | |
|---|---|---|
| **Time Notified** | **Title** | **Name** |
| Email | Deputy Secretary of Operations | A___ Harvey |
| Email | Commissioner | F___ Morgan |
| Email | Deputy Commissioner | C___ Friday |
| Email | Regional Asst. Commissioner | L___ Armstead |
| Email | Director, Security Operations | K___ Dickens |
| Email | Executive Director, IID | E___ Etting |
| Email | Director Investigative Service | D___ Bauer |
| Email | Warden | R___ Dean Jr. |
| Email | Assistant Warden | B___ Harris |
| 11:00 a.m. | Chief of Security | S___ Ross |
| Email | Shift Commander | Captain A___ Thompson |
| Email | Intelligence Officer | Lt. Ahmed / Lt. Roman |
| Email | Investigation Captain | D___ Sieracki |
| Email | Institutional Duty Officer | S___ Ross |
| Email | IID Duty Officer | IID PCO Stirkens |
| Email | IID Admin. Intel. Unit Chief | D___ Reitz |
| Email | Other. Management Associate | D___ Cooper |
| | | |
| | | |
| | | |
| | | |
| | | |

| **Priority 2** |
|---|
| 2a   Arrest, Inmate |
| 2b   Arrest, Visitor |
| X   2c   Assault, Inmate, Weapon Used |
| 2d   Assault, Staff, Physical |
| 2e   Attempted PR Escape |
| 2f   Attempted Suicide |
| 2g   Death, Inmate, Natural |
| 2h   Drugs Recovered |
| 2i   Escape, Pre-release |
| 2j   Hazard, No Evacuation |
| 2k   Injury, Visitor |
| 2l   Inmate Group Protest |
| 2m   Other. Assault , staff on inmate |
| | |
| 2o   State Property Damage |
| 2p   PREA  incident |

**Section C**          **Reporting Official**

Incident Reported to SOU/ HDU

| Date: | 12/20/2023 | Time: | 10:52 a.m. |
|---|---|---|---|

| To: | SIR | SOU |
|---|---|---|
| | | Title |

| By: | Venable, M___ | Captain |
|---|---|---|
| | Name Last, First | Title |

**Shift Commander/Designee**          Major M___ Shaw

Name Last, First

| Signature | Date | Time |
|---|---|---|

OPS Form 20-3aR (Rev. 01/2017)

Exhibit 6

Control #  __JCI__  __2023__ - __261__
       Facility      Year     Sequence #

Page 2 of 3

**Section D**

**Involved Inmates**

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| ▉ | Yeldell,Travon | | ▉ | Black | ▉ | ▉ |

**Involvement / Injury:** Assaulted II Thomas,A SID#303385 with a homemade weapon/None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| 3033851 | Thomas,Antonio | | ▉ | Black | Medium | N |

**Involvement / Injury:** Assaulted by I I Yeldell SID# ▉ None

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| 18 | 0 | 6/1/2017 | Armed Robbery |

| SID # | Last Name, First Name M.I. | | DOB | Race | Security Level | 9 |
|---|---|---|---|---|---|---|
| | | | | | | |

**Involvement / Injury:**

**Sentence**

| Years | Months | Beginning | Offenses |
|---|---|---|---|
| | | | |

| Last Name, First Name M.I. | Title | Involvement |
|---|---|---|
| Venable,M▉ | COV | Completed SIR |
| Adelowo,M▉ | COIII | First On The Scene |
| Bayero,A▉ | COII | First On The Scene |
| Adegbite,S▉ | COIII | Escorted II Yeldell SID# ▉ to JCI Medical |
| Fonkem,S▉ | COI | Escorted I I Thomas SID#303385 to JCI Medical |
| M▉ Charles | COII | Escorted to UMMS |
| Gray,C▉ | COII | Escorted to UMMS |

**Section F**

**Escape Information**

| | Date | Time |
|---|---|---|
| Last Accounted For | N/A | N/A |
| First Unaccounted For | N/A | N/A |
| Arrived at Pre-Release | N/A | N/A |
| Last Parole Hearing | N/A | N/A |
| Was Inmate Arrested | Yes ☐  No ☒ | |
| History of Escape | Yes ☐  No ☒ | |

OPS Form 20-3aR (Rev 01/2017)

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

Control # _____ JCI _____ - _____ 2023 _____ - _____ 260 _____
Section G      Facility                Year              Sequence #

Description on Incident / Action Taken

Page 3 of 3

On December 20,2023 Officer A████████Bayero who was assigned Central Control called a 10-10 with a weapon at 10:52 a.m. via radio transmission while standing at the entrance of the medication line with Sergeant M████Adelowo. Sergeant Adelowo, and Officer Bayero witnessed commotion in front of medical line area, Sergeant Adelowo and Officer Bayero observed two Incarcerated Individuals (II's) engaging in what appeared to be a fight with closed fist and a homemade weapon involved.Both I I's were identified as Thomas,Antonio SID#303385(E A 118), and Yeldell,Trevon SID████████(D D 809).

Responding staff Sgt.Adelowo, and Officer Bayero who were on scene, and gave several direct orders to both combative (II's) to stop fighting. Both II's did not comply to the orders given, and Sergeant Adelowo disbursed a one second burst of OC spray to the facial area of II Thomas,Antonio SID#303385, and Yeldell,Trevon SID#████ to stop the assault. Ofc. Fonkem handcuffed II Thomas,Antonio SID# 303385 assigned to E A 118 and escorted him to medical and Sergeant Adegbite handcuffed I I Yeldell,Trevon SID# ████████assigned to D D 809, and escorted him to medical. Both II's were escorted to medical for evaluation I I Thomas,Antonio SID# 303385 assigned to E A 118 was sent out 911 for stab wounds to Unervisity Of Maryland Shock Trauma.Engine #29 from Anne Arundel County arrived at JCI Sallyport at 11:02 a.m. and exited at 11:20 a.m. Officer's ████ Laws and M████ Bazemore were the escort Officer's. I I Thomas,A was alert and responsive upon exiting JCI. I I Yeldell,Travon SID#████████was seen, and treated in medical and placed in B building on disciplinary segregation pending Adjustment without further incident. Both II's were identified by way of tier roster and informed they would be receiving a Notice of Inmate Rule Violation (NOIRV) for their actions.

A "5" inch homemade weapon was recovered with white sheet wrapped at the end and sharpened to the point.

At 11:59 a.m.PCO T████Stirkens of IID was notified of this incident and issues case number 23-35-02673

OCMS event 2023-0062530 was generated.

All notifications were made in accordance with OPS.020.0003

Report Run On Wednesday, March 06, 2024 By N. Miraglia

SIR-JCI-23-261

Page: 38 of 52

Exhibit 6

23-35-02673 - Intelligence & Investigative Div



# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES
## USE OF FORCE REPORT

| | | | |
|---|---|---|---|
| ☒ DIVISION OF CORRECTION | **UOF #** | JCI | 2023 | 114 |
| ☐ DIVISION OF PRETRIAL & DETENTION SERVICES | | FACILITY | YEAR | SEQUENCE # |
| ☐ DIVISION OF PAROLE & PROBATION | **SIR #** | JCI | 2023 | 261 |
| ☐ PATUXENT INSTITUTION | | FACILITY | YEAR | SEQUENCE # |

1. INSTITUTION/OFFICE: JCI

3. SPECIFIC LOCATION OF INCIDENT: MEDICATION LINE AT THE MULTI-PURPOSE BUILDING

2. INCIDENT DATE/TIME: 12/20/2023, 10:52AM   A.M. P.M.

4. SENIOR RANKING STAFF ON SCENE:

| Name | Rank/Title | Injury? | Report Attached? | MEDICAL Required? | MEDICAL Received? |
|---|---|---|---|---|---|
| M███ Adelowo | COIII | No | Yes ☒ No ☐ | Yes ☐ No ☒ | Yes ☐ Refused ☒ |

5. ADDITIONAL STAFF INVOLVED:

| Name | Rank/Title | Injury? | Report Attached? | MEDICAL Required? | MEDICAL Received? |
|---|---|---|---|---|---|
| S███ Adegbite | CO III | No | ☒ ☐ | ☐ ☒ | ☐ ☒ |
| R███ Fonkem | CO II | No | ☒ ☐ | ☐ ☒ | ☐ ☒ |
| A███ Bayero | CO II | No | ☒ ☐ | ☐ ☒ | ☐ ☒ |
| | | | ☐ ☐ | ☐ ☐ | ☐ ☐ |

6. OFFENDERS/DETAINEES INVOLVED:

| Name | ID # | Injury? | MEDICAL Required? | MEDICAL Received? |
|---|---|---|---|---|
| Antonio Thomas | ███ | Yes | Yes ☒ No ☐ | Yes ☒ Refused ☐ |
| Trevon Yeldell | | No | Yes ☒ No ☐ | Yes ☒ Refused ☐ |

7. LEVEL OF FORCE USED: ☐ Lethal   ☐ Less Lethal   ☒ Less than Lethal   ☐ Physical Force Only/with Instruments
(check one)

8. IMPLEMENTS OF FORCE USED:
- ☐ Hands, Feet, Defensive Holds, etc.
- ☐ Firearms
- ☐ Chemical Agents
- ☐ K-9
- ☐ Batons
- ☒ Pepper Spray
- ☐ Pepper Ball
- ☐ Stun Shield
- ☐ Other (specify):

TYPE OF FORCE EMPLOYED:
- ☐ Planned/Organized Team Response
- ☒ Spontaneous Response by Officer(s)

REASON FOR FORCE USED:
- ☒ Self-Defense/Defense of Another
- ☐ Effecting an Arrest (DPP)
- ☐ Prevention of Suicide/Self-Mutilation
- ☐ Prevention of Escape
- ☐ Destruction of Property
- ☐ Refusal of an Order
- ☐ Prevention of Crime
- ☐ Other (specify):

9. VIDEO RECORDED? ☐ Yes ☒ No
Videographer's Name: N/A

PHOTOGRAPHED? ☒ Yes ☐ No
Photographed By: Lieutenant W███ Bunn

UOF-JCI-23-083

Exhibit 6

10. Institutional Duty Officer/Supervisor Notified?

23-35-02673 - Intelligence & Investigative Div

Name of Duty Officer/Supervisor Notified: Security Chief S███ Ross    ☒ Yes  ☐ No   Notified By: Captain M███ Venable

11. Describe Property Damage (Use Additional Sheets if Necessary)      N/A

12. Use of Force Narrative

On Wednesday, December 20, 2023, Sergeant M███ Adelowo was assigned to Central Control. At approximately 1052 hours during window medication movement, Sergeant Adelowo observed Incarcerated Individual (II) Trevon Yeldell, SID ███ (DD-809-A) walked towards II Antonio Thomas, SID #3033851 (EA-118-B) and began stabbing him in the neck. Sergeant Adelowo gave II Trevon Yeldell a direct order to stop stabbing II Thomas, however; he refused Sergeant Adelowo order and continued to stab II Thomas. Sergeant Adelowo then dispersed a one second burst of O.C. (Oleoresin Capsicum) Spray toward the facial area of both II Thomas and II Yeldell. II Yeldell then dropped from his hand the weapon that he was wielding and laid on the ground. After II Yeldell was successfully placed in handcuffs, Sergeant Adelowo recovered the weapon used by II Yeldell in this incident.

II Thomas and II Yeldell were both escorted to medical for evaluation. II Thomas was sent out 911 to University of Maryland Shock Trauma for the stab wounds. II Thomas was alert and responsive upon exiting the Jessup Correctional Institution.

At 1159 hours, PCO T███ Stirkens of IID was notified of this incident and issued case number 23-35-02673

OCMS event 2023-0062530 was generated for this incident.

Corresponding SIR #23-261 was completed for this incident.

13. Senior Officer on scene submitting Use of Force Report

14. Shift Commander's/Supervisor's Review:                    Signature _____    _____ Date

Comments: _____                    Signature _____    _____ Date

Assigned for Investigation

15 Security Chief's/Bureau Chief's Review:                    Investigator: _____

Comments: _____                    Signature _____    _____ Date

16. Managing Official's/Exec. Deputy Director's Review:

Comments: _____                    Signature _____    _____ Date

UOF-JCI-23-083

Report Run On Wednesday, March 06, 2024 By N. Miraglia

Page: 40 of 52

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

# EXHIBIT 7

23-35-02673 - Intelligence & Investigative Div

**Department of Public Safety and Correctional Services**

**Intelligence and Investigative Division**
Errol E. Etting, Executive Director
P.O. Box 418 · 8520 Corridor Road · Suite H · Savage, Maryland 20763-0418
GENERAL BUSINESS (410) 724-5720 · COMPLAINT REPORTING (410) 724-5742
FAX (301) 483-3106 · (301) 483-3107 · www.dpscs.maryland.gov

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J. SCRUGGS
SECRETARY

ANTHONY A. GASKINS
CHIEF OF STAFF

CHRISTINA LENTZ
DEPUTY SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT SECRETARY
DATA, POLICY AND GRANTS

RENARD E. BROOKS
ASSISTANT SECRETARY
PROGRAMS, TREATMENT & RE-
ENTRY SERVICES

## COMPLAINT WITHDRAWAL

DATE: 1/18/2024          IID CASE NO: 23-35-02673

I, ANTONIO L. THOMAS 3033851

an _____, have been involved in

(Print full name and D.O.C. number)

incident that was reported to the Department of Public Safety and
Correctional Services, Internal Investigative Division. It is my desire to drop
the matter for the following

reason(s): I would NOT Like to pursue criminal
Charges

I am now requesting that no investigation be conducted. By signing this
statement, I am requesting that no further investigative action be taken on
this complaint and the matter be considered CLOSED. This statement is
being signed freely and voluntarily and with no threat or coercion being used
against me to sign this statement.

X A. Thomas          SIGNED: _____

DATE: 1/18/2024          1225hs

████████ 2076          WITNESSED: _____

Exhibit 6

23-35-02673 - Intelligence & Investigative Div

# EXHIBIT 8

Exhibit 6



23-35-02673 - Intelligence & Investigative Div

Report Run On Wednesday, March 06, 2024  By N. Miraglia

ANTONIO L. THOMAS SID #3033851          12/20/2022

Exhibit 6                                    23-35-02673          Page: 44 of 52



23-35-02673 - Intelligence & Investigative Div

Report Run On Wednesday, March 06, 2024  By N. Miraglia

ANTONIO L. THOMAS  SID # 3023851     12/20/2023

Exhibit 6

23-35-02673     Page: 45 of 52

23-35-02673 - Intelligence & Investigative Div

# EXHIBIT 9

Exhibit 6

**DISTRICT COURT OF MARYLAND FOR Anne Arundel County**

Located at 7500 Gov Ritchie Hwy, Glen Burnie, Maryland 21061

**STATE OF MARYLAND        VS.**        YELDELL, TREVON
7805 HOUSE OF CORRECTION RD
JESSUP, MD 20794-0000

Case No: ████

CC#: 233502673
LID:                            SID: ████
Race: B    Sex: M    DL#: ████    FBI#:
DOB: ████    Ht: 6' 02"    Wt: 230    Hair: BLK  Eyes: BRO
Home phone ████    Cellphone:

**Charge | Statute | Arrest**
ASSLT 1ST/DOC EMPLOYEE ETC. | CR 3 210 |
POSS CONTBND-PLACE OF CONFINEM | CR 9 412 (a)(3) |
RECKLESS ENDANGERMENT | CR 3 204 (a)(1) |

**Charge | Statute | Arrest**
ASSLT 2ND/DOC EMPLOYEE ETC. | CR 3 210 |
POSS/REC WEAPON WHILE CONF/DET | CR 9 414 (a)(4) |

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Anne Arundel County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 01/24/2024        Judge/Commissioner/Clerk ████        D: 7052
Given to: DPSCS INTELLIGENCE & INVESTIGATIVE DIVISION

**NOTICE TO OFFICER:** If not served by 03/24/2024, return to the Court.

## ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: 1-26-2024        Signature of Defendant: X ████

## RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
1130 o'clock A M. on 1-26-2024 at JCI Burg

☐ I certify that the defendant could not be found.
☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

████ # 2076
████ J. HNSON
Printed Name of Officer
1-26-2024        D/SGT
Officer's Title

PSTU  00/35  # 2076
Tracking No. ████    Agency Sub Agency I.D.



# DISTRICT COURT OF MARYLAND FOR Anne Arundel County
Located at: 7500 Gov. Ritchie Hwy, Glen Burnie, Maryland 21061

## STATE OF MARYLAND          VS.          YELDELL, TREVON          Case No.

COMPLAINANT:                                 7805 HOUSE OF CORRECTION RD
Officer: JOHNSON,                            JESSUP, MD 20794
Agency/Subagency: PSU 0035
Officer ID: 2076

CC#: 233502673
LID:                                 SID:          FBI#:
Race: B    Sex: M    Ht: 6' 2"    Wt: 230    Hair: BLK  Eyes: BRO
DOB:          Home phone:                 Cellphone:
DL#:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: JOHNSON, IT IS FORMALLY CHARGED
THAT YELDELL, TREVON at the dates, times and locations specified below:

| NUM | CHG/CIT | STATE ID | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 1435 | CR 3 210 | 25 Y | ASSLT 1ST DOC EMPLOYEE ETC<br>On or About  12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did assault in the first degree, ANTONIO L. THOMAS, an inmate of the Division of Correction.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 1440 | CR 3 210 | 10 Y & or $2,500.00 | ASSLT 2ND DOC EMPLOYEE ETC<br>On or About  12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did assault in the second degree, ANTONIO L. THOMAS an inmate of the Division of Correction<br>Against the Peace, Government, and Dignity of the State |
| 003 | 1 1835 | CR 9 412 ((a)(3)) | 3 Y & or $1,000.00 | POSS CONTBND-PLACE OF CONFINEM<br>On or About  12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did knowingly possess contraband, to wit: 6 INCH METAL OBJECT, SHARPENED TO A POINT in JESSUP CORRECTIONAL INSTITUTION, a place of confinement.<br>Against the Peace, Government, and Dignity of the State |
| 004 | 2 1055 | CR 9 414 ((a)(4)) | 10 Y & or $5,000.00 | POSS REC WEAPON WHILE CONF DET<br>On or About  12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did knowingly possess a weapon, to wit:A 6 INCH METAL OBJECT, SHARPENED TO A POINT  while confined in JESSUP CORRECTIONAL INSTITUTION, a place of confinement.<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 1 1425 | CR 3 204 ((a)(1)) | 5 Y & or $5,000.00 | RECKLESS ENDANGERMENT<br>On or About  12/20/2023<br>JCI, 7805 HOC RD, JESSUP, MD 20794<br>ANNE ARUNDEL CO<br>did recklessly engage in conduct, to wit: STABBING ANTONIO L. THOMAS WITH A 6 INCH METAL OBJECT, SHARPENED TO A POINT that created a substantial risk of death or serious physical injury to ANTONIO L. THOMAS<br>Against the Peace, Government, and Dignity of the State. |

Date : 01/24/2024   Time : 12:38 PM
Report Run On Wednesday, March 06 2024   By N. Miraglia
Tracking No:

Judicial Officer:

Exhibit 6

Page: 48 of 52

# NOTICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five(5) days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

# NOTICE TO DEFENDANT

1. MUST APPEAR - If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.
2. PRESET FINE - You must either pay the preset fine, request a waiver hearing, or request a trial date within 30 days after receipt of the citation/summons/warrant.

NOTE: If charged by citation, follow instructions on the citation. IF CHARGED BY STATEMENT OF CHARGES (SUMMONS OR WARRANT), CHECK ONE OF THE FOLLOWING OPTIONS, SIGN AND DATE, AND MAIL THIS FORM, ALONG WITH A COPY OF THE STATEMENT OF CHARGES (SUMMONS OR WARRANT) TO THE ADDRESS SHOWN BELOW:

☐ OPTION #1:
Pay the full amount of the preset fine at any District Court of Maryland location, with a credit card at the Maryland Judiciary Website, by phone (see below), or by mail to the address shown below.
To pay by mail:
   • Make your check or money order payable to the District Court of Maryland. Include citation number(s) you wish to pay on the check.
   • An additional $30 service fee will be imposed for each dishonored check.

☐ OPTION #2:
Request a Waiver Hearing: I admit I committed the violation in this Statement of Charges, and I request a waiver hearing to explain the circumstances to a judge. I understand this is not a trial, the officer and witnesses will not be present, and my appearance in court is for sentencing only.

☐ OPTION #3:
Request a trial date: I request a trial date for the violation(s) charged.

_____
Date

_____
Signature

**District Court Traffic Processing Center**
**District Court of Maryland**
**P.O. Box 6676**
**Annapolis, MD 21401-0676**

Please note that payment in full of the preset fine will close the violation and result in the entry of a conviction for the violation(s). Please note further that points will be assessed by Motor Vehicle Administration (MVA) on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. If you fail to comply with one of the above options within 30 days of receipt of a citation/summons/warrant, MVA will be notified and may take actions to suspend your license. Driving on a suspended license is a criminal offense for which you could be incarcerated.

FOR MORE INFORMATION AND TO PAY CITATIONS: Visit the Maryland Judiciary Website at mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions. From all areas including out-of-state calls: 1-800-492-2656
TTY users call Maryland RELAY: 711

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof

Report Run On Wednesday, March 06, 2024  By N. Miraglia      _____
                                                              Defendant

ADV-SOC  (Rev. 10/2023)

_____
Date

_____
Judge/Commissioner

Page: 49 of 52

Exhibit 6

DISTRICT COURT OF MARYLAND FOR Anne Arundel County

23-35-02673 - Intelligence & Investigative Div
(City/County)

LOCATED AT (COURT ADDRESS)
7500 Gov. Ritchie Hwy
Glen Burnie, MD 21061

RELATED CASES:

**COMPLAINANT**

D/Sgt. S████ Johnson
Printed Name
8520 Corridor Road, Suite H
Address
Savage, Maryland 20763
City, State, Zip
PSIU  00/35  2076
Agency, Subagency and I.D. #

Telephone
(Officer Only)

Trevon Yeldell
Printed Name
7805 House of Correction Road
Address
Jessup, Maryland, 20794
City, State, Zip
CC# 23-35-02673

N/A
Telephone

DEFENDANT'S DESCRIPTION: Driver's License #

Hair Blk    Eyes Bro    Complexion ·    Other N/A    Sex M    Race B    Ht 6'2"    Wt 230    DOB ████    ID S█

## APPLICATION FOR STATEMENT OF CHARGES

Page 1 of 2

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about 29 December 2023 at Jessup Correctional Institution (JCI) 7805 House of Correction Road, Jessup, Maryland 20794
Date                    Place

Did assault Inmate Antonio L. Thomas SID#3033851 with a homemade weapon , the above named defendant

-Please see attached Page-

(Continued on attached pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/24/2024
Date

2676

D/Sgt. S████ Johnson #2076
Printed Name

Officer's Signature

I have read or had read to me and I understand the notice on the back of this form.

Date

Applicant's Signature

Printed Name

Subscribed and sworn to before me

Date            at ████        Time        □ AM ☒ PM

Judge/Commissioner

Applicant's Signature

I understand that a charging document will be issued and that I must appear for trial □ on ████ , □ when notified by the clerk, at the court location shown at the top of this form.

ID Number
Date

at ____
Time

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:

Applicant's Signature

☒ I have advised applicant of the right to request shielding.        (Describe)        ☒ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

Date

Commissioner

ID Number

DC-CR-001 (Rev. 10/2020)

TRACKING NUMBER

Printed Name

ID Number

Page: 50 of 52

Exhibit 6

**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

23-35-02673 - Intelligence & Investigative Div

LOCATED AT (COURT ADDRESS)

7500 Gov. Ritchie Hwy

Glen Burnie, MD 21061

(City/County)

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Yeldell, Trevon SID# ███████

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page 2 of 2

23-35-02673

On 12/20/2023 at 1052 hrs. COIII M█████ Adelowo and COII A█████████ Bayero of the Jessup Correctional Institute observed Inmate Trevon Yeldell SID# ███████ stabbing and actively physically assaulting Inmate Antonio L. Thomas SID#3033851, in front of the Multipurpose Building, while being lawfully confined at JCI, a place of confinement. After the Inmates were handcuffed, COIII Adelowo recovered the homemade weapon used and dropped by Def. Yeldell, to wit a six-inch (6") metal object, sharpened to a point. That weapon was submitted via established JCI guidelines.

Inmate Thomas was transported via Anne Arundel County Medic to the University of Maryland Shock Trauma for stab wounds to the rear of the neck and base of the head.

Your Affiant and Detective Sergeant R█████ Lewis responded to Shock Trauma to interview Inmate Thomas. Inmate Thomas refused to cooperate with the investigation and refused to provide a statement of what happened.

Your Affiant and D/Sergeant Lewis responded to JCI and were informed by Captain Higgins that the incident was not captured on video and there was no crime scene. We attempted to interview Def. Yeldell. Def. Yeldell refused to exit his cell to be interviewed.

Your Affiant along with D/Sergeant Lewis interviewed COIII Adelowo and COII Bayero who will testify to the facts hereinafter.

Your Affiant recovered the weapon used by Def. Yeldell from COII A█████ Kazeem at JCI. The weapon was transported to the DPSCS IID Savage Dropbox and submitted as evidence.

On 01/18/2024, You Affiant responded to JCI and again interviewed Inmate Thomas about this incident. Your Affiant asked Inmate Thomas to explain in detail what occurred when he was assaulted. Inmate Thomas stated that he did not want to give a statement and refused to provide any information regarding this investigation. Your Affiant also again attempted to interview Def. Yeldell. Def. Yeldell refused to exit his cell for an interview.

On 1/23/2024 Your Affiant was able to recover photographs of Inmate Thomas's injury during the incident at JCI. The injury was an approximate two-inch (2") stab wound to the back of the head which required medical treatment.

All events occurred in Anne Arundel County, State of Maryland.

1/24/2024
Date

# 2076

Applicant's Signature

D/Sgt S█████ Johnson #2076
Printed Name

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)

Report Run On Wednesday, March 06, 2024 By N. Miraglia

Exhibit 6

# REQUEST FOR WITNESS SUMMONS

TO THE DISTRICT COURT:
PLEASE SUMMONS THE FOLLOWING WITNESSES IN THE CASE OF:
Refer to CC-DC/CR 1S for status of shielding request.

| Trevon Yeldell | 23-35-02673 |
|---|---|
| Defendant's Name | Citation/Case Tracking No. |

| NAME COII M███ Adelowo |
|---|
| ADDRESS 7805 House of Correction RD. (JCI) |

| CITY Jessup | STATE Maryland | ZIP 20794 |
|---|---|---|
| DAY PHONE ███████ | ROOM # | |
| NIGHT PHONE | APT. # | |

| NAME COII A███████ Bayero |
|---|
| ADDRESS 7805 House of Correction RD (JCI) |

| CITY Jessup | STATE Maryland | ZIP 20794 |
|---|---|---|
| DAY PHONE | ROOM #· | |
| NIGHT PHONE | APT. # | |

| NAME |
|---|
| ADDRESS |

| CITY | STATE | ZIP |
|---|---|---|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |

| NAME |
|---|
| ADDRESS |

| CITY | STATE | ZIP |
|---|---|---|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |

Requested by:

_____
SIGNATURE

PRINTED NAME                                    DATE
whose interest in the case is as    ☐ Prosecutor    ☐ Defendant
☒ Witness        ☐ Defense Counsel        ☐ Arresting Officer
☐ Other (Explain)

_____
COURT DATE AND LOCATION (IF AVAILABLE)

**DC/CR 92** (Rev. 9/2006)

Exhibit 6



## Department of Public Safety and Correctional Services

### Inmate Grievance Office

6776 REISTERSTOWN ROAD • SUITE 200A • BALTIMORE, MARYLAND, 21215
(410) 585-3840 • FAX (410) 318-6015 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J. SCRUGGS
SECRETARY

ANTHONY A. GASKINS
CHIEF OF STAFF

JOSEPH SEDTAL
DEPUTY SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT
SECRETARY
DATA, POLICY AND
GRANTS

RENARD E. BROOKS
ASSISTANT
SECRETARY
PROGRAMS,
TREATMENT &
RE-ENTRY SERVICES

F. TODD TAYLOR, JR.
EXECUTIVE DIRECTOR

March 12, 2024

Antonio Thomas, #461656
JCI

      RE:    IGO No. 20240164 – ARP-JCI-0110-24

Dear Mr. Thomas:

I have conducted a preliminary review of your grievance received February 9, 2024 as an appeal from the disposition of ARP-JCI-0110-24. You complain your cellmate threatened you with a knife. He later attacked you causing injury. You claim staff was negligent in failing to prevent the attack.

These allegations are presently under investigation by the Internal Investigative Division of the Division of Correction as IID Case No. 23-35-02673 to determine whether or not criminal proceedings should be instituted. So as to not hinder or interfere with an open investigation and to avoid inconsistent adjudications of the same subject matter, this agency is deferring consideration of your grievance until the receipt of the IID report. After the report is received, IGO will complete its preliminary review.

Sincerely,

Robin Woolford
Deputy Director

cc: Errol Etting, Director of Internal Investigation Division
RW/sh

Exhibit 6



Appendix H to DOC.185.0002

CASE NO. JCI 0110-24

# DOC HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE
(Instructions for completing this form are on the back)

TO (Choose one):          ☐ Commissioner of Correction

☑ Executive Director, Inmate Grievance Office

**Reason for Appeal** (Choose One):     ☑ Dismissal for Procedural Reasons

☐ Warden/Managing Official/Designee's Response

☐ No Response from Warden Managing Official/Designee

FROM:    Thomas              Antonio                    L    3033851

| Last Name | First Name | Middle Initial | CL Number |

Facility: Jessup Correctional Institution Housing Location: B-D406

☐ Protective Custody     ☑ Administrative Segregation     ☐ Disciplinary Segregation

---

**Part A - REASON FOR APPEAL**

At the end of October 2023 I notifyed my building SGT. and Correctional officer II Turay that my Cell mate mr. Trevon yeldell was high/intoxicated with a knife tied to hand and

"See Attached"

2-7-24       A. Thomas

Date       Signature of Inmate

---

**Part B - RESPONSE**

RECEIVED

FEB 09 2024

Inmate Grievance Office

Date       Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C - RECEIPT**               CASE NO._____

RETURN
TO: _____ _____ _____ _____
     Last Name       First Name       MI       CL Number

Facility:_____

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

Date       Headquarters ARP Coordinator

DOC Form 185.0002fR (Rev. 9/19)          **Exhibit 6**

461658



CaSe NO. JCI 0110-24

**Part A (Continued) - REASON FOR APPEAL**

I didn't feel Safe going back inside of the cell nor anywhere near mr.yeldell.

Officer/COII Turay went and Conducted a search of the cell and Mr. yeldells person finding the home made jail house knife and escorted mr. yeldell to Lock up/Segregation.

I later Spoke with intelligence officer Akinwe Konu on the walk from dinner and asked would mr. yeldell be returning back to general population because Mr.yeldell was a known gang member and would most likely retaliate against me for notifying the officers that he posesed a knife and having him sent to disciplinary Segregation and i was told that Mr.yeldell would not be returning and would be transfered out of facility and i had nothing to worrie about only for Mr. yeldell to end up back in population only to Stabb me in the back of my Neck/spine on Dec.20,2023 Cousing me to be rushed to Shock Trama medical center/UMMC in alot of pain and to make matters worse adding to my assult officer SGT. Michel Adelwo and officer Bayero deployed a burst of OC spray into my face causing me to have an asthma attack and as a remedy i want/need to be compensated for my pain and suffering.

2/7/24
_____
Date

Antonio Thomas / A. Thomas 461-658
_____
Inmates Name: Print and Signature          DOC#

Exhibit 6

CASE NO. JCI 0110-24

## DOC HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE
(Instructions for completing this form are on the back)

RECEIVED
FEB 01 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

TO (Choose one):

☑ Commissioner of Correction

☐ Executive Director, Inmate Grievance Office

**Reason for Appeal** (Choose One):

☑ Dismissal for Procedural Reasons

☐ Warden/Managing Official/Designee's Response

☐ No Response from Warden Managing Official/Designee

FROM:  Thomas              Antonio                        L        3033851
       Last Name           First Name          Middle      CL Number
                                               Initial

Facility: JCI          Housing Location: B-D407

☐ Protective Custody    ☑ Administrative Segregation    ☐ Disciplinary Segregation

### Part A - REASON FOR APPEAL

At the end of october 2023
I, Antonio Thomas notified my building SGT. and Correctional officer II
Turay that my cell mate Mr., Trevon yeldell was high/intoxicated with a knife
tied to his hand hallucinating and, "See Attached"

1/22/24    A. Thomas
Date       Signature of Inmate

### Part B - RESPONSE

Date    Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

CASE NO. JCI-0110-2

### Part C - RECEIPT

                                                                    4616 5
RETURN   Thomas              Antonio                        MI     CL Number
TO:      Last Name           First Name
                                              Dismissed for procedural reasons:
Facility: JCI                                 Final per C.O.M.A.R 12.02.28.11.B.(1)(h)
I acknowledge receipt of your complaint dated 1/22/24 in regard to: This issue is being investigated by IID.
                                              Case number: 23-35-02673

2/1/2024    K.Redditt
Date        Headquarters ARP Coordinator

RECEIVED
FEB 01 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

DOC Form 185.0002fR (Rev. 9/19)              **Exhibit 6**

**Part A (Continued) - REASON FOR APPEAL**

I didn't feel safe going back inside of the cell nor any where near mr. yeldell.

Officer CO.II Turay went and conducted a search of the cell and Mr. yeldell's person finding the homemade jail house knife and escorted Mr. yeldell to disciplinary segregation. I later spoke with intelligence officer Akinwe konu on the walk from dinner and asked would mr. yeldell be returning back to general population because i would like to have him added to my enimies list because Mr. yeldell was a known gang member and would most likely retaliate against me for telling that he had a knife and having him sent to disciplinary seg and officer Akinwe konu stated to me Mr. yeldell would be transfered to another facility and i had nothing to worrie about only for Mr. yeldell to end up back in general population on Dec 20th 2023 to stabb me in the back of my neck and spine causing me to be rushed to ummc in alot of pain and to make matters worse adding to the attack on my person officer SGT. Michael Adelowo and officer Bayero deployed oc spray into my face causing me to have an asthma attack and as a remedy I want all of my GCC restored and i want to be compensated for my pain and suffering.

1/22/24
Date

Antonio Thomas / A. Thomas    461-658
Inmates Name: Print and Signature    DOC#

RECEIVED
FEB 01 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

Exhibit 6

CASE NO. **JCI 0110-24**    INMATE NAME:  **Antonio Thomas**        DOC#:  461-658

MARYLAND DIVISION OF CORRECTION
REQUEST FOR ADMINISTRATIVE REMEDY

## Part B – Response

The request is procedurally dismissed at this level. It has been determined that the subject matter of your Request is under investigation by the Department's Intelligence and Investigative Division under case number [23-35-02673] and no further action will be taken under the Administrative Remedy Procedures at this level. You may appeal this decision to the Commissioner of Correction.

1-16-24
_____
Date

_____
Signature of Warden

RECEIVED
FEB 0 1 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

Exhibit 6

Appendix E to DOC.185.0002

0234995

Lt. Jenkins
Officer's Name: Print and Signature

1-5-24
Date

CASE NO. JCI 0110-24

**DIVISION OF CORRECTION**
**REQUEST FOR ADMINISTRATIVE REMEDY**
(Instructions for completing this form are on the back)

WARDEN
Received
JAN 0 9 ---
JCI

RECEIVED
FEB 01 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Thomas        Antonio        L        3033851        JCI
        Last Name      First Name    Middle Initial    CL Number      Facility

Housing Location B-D 407    Protective Custody ☐    Administrative Segregation ☐    ☑ Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

At the end of october 2023 I, Antonio Thomas notifyed my building SGT. and CO II Turay that my Cell mate Mr. Trevon yeldell was high/intoxicated with a knife tied to his hand hallucinating and i did'nt feel Safe goin back inside of the cell nor anywhere near mr. yeldell.

12/25/23        "See Attached"        Antonio Thomas
Date                                    Signature of Inmate

**Part B – RESPONSE**

See attached

Signature of Warden/Managing Official/Designee

Date

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**        Case No. JCI 0110-24

RETURN TO: Thomas    Antonio        461658        JCI
            Last Name  First Name  Middle Initial    CL Number    Facility

I acknowledge receipt of your complaint dated 12/25/23    in regard to: Staff Complaint

1/11/24        Coates        0234995
Date            Facility ARP Coordinator

Received
JAN 0 9 ---

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

Exhibit 6

DOC Form 185.0002cC (Rev. 9/19)

**Part A (Continuation)**

Officer COII Turay went and conducted a search of the cell finding the Knife and ~~booking~~ sent Mr. Yeldell (Intell) To Disciplinary Seg. I Later saw "Skinny" Akinwe Konu on the compound and told/ask him would Mr. Yeldell be coming out because i wanted to put him on My enimies list and i was then told he wasn't coming back out on the compound/General population and would be transfered to another facility Only for him/Mr. Yeldell to end up back in General population on the same compound to stabb me in the back of my Neck/Spine on Dec, 20th 2023 and to Make matters **extreamly** worse adding to the attack on my person officer SGT. Michael Adelowo and officer Bayero Deployed OC spray into my face causing me to have a asthma attack and as femey i want all of my GCC Restored and i want to be compensated for my pain and suffering.

#3033851

12/25/23        Antonio Thomas   Antonio Thomas

Date         Inmate's Name: Print and Signature         CL#

RECEIVED
FEB 01 2024
DIVISION OF CORRECTION
ARP/IGO UNIT

DOC Form 185.0002lC (Rev. 9/19)

Exhibit 6

Antonio Thomas #461-658
P.O. box #534
Jessup, MD 20794



Executive Director
Inmate Grievance office
6776 Reisterstown Road, Suite 200
Balt, MD 21215

Exhibit 6